1  David R. Shaub (Cal. SBN 032322)
   Lisbeth Bosshart (Cal. SBN 201822)
2  Stephen D. Morgan (Cal. SBN 239345)
   SHAUB & WILLIAMS LLP
3  12121 Wilshire Boulevard, Suite 205
   Los Angeles, CA 90025-1165
4  (310) 826-6678; (310) 826-8042 (fax)

5  Attorneys for Plaintiff, Modavox, Inc.

6

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12  MODAVOX, INC., a Delaware        CASE NO.
    corporation,                     C09  05386
13
              Plaintiff,             COMPLAINT FOR:
14
    v.                               1. Patent Infringement of U.S. Patent No.
                                     6,594,691
15  YAHOO! INC., a Delaware
    Corporation,                     2. Patent Infringement of U.S. Patent No.
16                                   7,269,636
              Defendant.
17                                   [DEMAND FOR JURY TRIAL]

18

19       Plaintiff, Modavox, Inc. ("Plaintiff" or "MODAVOX"), by and through its above-

20  referenced attorneys, hereby complains and alleges as follows:

21              **NATURE OF THE ACTION AND THE PARTIES**

22       1.   This is an action against Defendant YAHOO! INC. ("Yahoo") for patent

23  infringement of Plaintiff MODAVOX's U.S. Patent No. 6,594,691 ("the '691 patent")

24  and U.S. Patent No. 7,269,636 ("the '636 patent"). A copy of the '691 patent is attached

25  hereto as Exhibit A, and a copy of the '636 patent is attached hereto as Exhibit B.

26       2.   Plaintiff MODAVOX is, and at all times mentioned herein was, a

27  corporation organized under the laws of Delaware, with its principal place of business in

28  Phoenix, Arizona.

COMPLAINT

SHAUB & WILLIAMS LLP
12121 WILSHIRE BLVD. STE. 205
LOS ANGELES, CA 90025
(310) 826-6678 FAX (310) 826-8042
LAWFIRM@SW-LAW.CM

3. Upon information and belief, Defendant Yahoo is, and at all times mentioned herein was, a corporation organized under the laws of Delaware, with its principal place of business in Sunnyvale, California, which is in Santa Clara County, California.

4. Plaintiff MODAVOX believes that other entities owned by or related to Yahoo may also be engaging in the infringement of its patents and intends to amend this complaint accordingly.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1338 as well as pendent jurisdiction over any state law claims asserted herein pursuant to 28 U.S.C. § 1367(a). Further, this is an action for patent infringement arising under the Patent Laws of the United States, Title 35, United States Code. The Court has subject-matter jurisdiction over this action under 28 U.S.C. §1331 and 1338.

6. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1400(b) because the Defendants reside in this district, have committed acts of infringement in this district and engage in business dealings in this district by providing interactive websites within this district and/or soliciting sales, contributions and memberships in this district.

## FIRST CAUSE OF ACTION

### (Patent Infringement of U.S. Patent 6,594,691)

### (Against All Defendants)

7. Plaintiff incorporates and realleges paragraphs 1 through 6 as though fully set forth herein.

8. Plaintiff MODAVOX is the assignee of record and the sole owner of all right, title and interest in the '691 patent.

2                                                              COMPLAINT

9. On information and belief, Defendants have operated a business for profit that uses Plaintiff's technology claimed and described in the '691 patent. Defendants have neither sought nor received authorization to use Plaintiff's patented technology.

10. To the best of Plaintiff's information and belief, Defendants make, use, sell, offer for sale and/or induce others to use in this judicial district, and elsewhere throughout the United States, products and services which infringe upon and embody the patented inventions of the '691 patent in violation of 35 U.S.C. §271(a). There exists evidentiary support for such belief and Plaintiff is informed and believes it is likely to have additional evidentiary support for its allegations after it has a reasonable opportunity for further investigation and discovery.

11. Defendants will continue to infringe the '691 patent in violation of 35 U.S.C. §271(a), unless enjoined by this Court.

12. Plaintiff is informed and believes, and on that basis alleges, that Defendants have been inducing, and/or contributing to the infringement of the '691 patent and will continue to induce and/or contribute to the infringement of the '691 patent, in violation of 35 U.S.C. sections 271 (b) and (c), unless enjoined by this Court. There exists evidentiary support for such belief and Plaintiff is informed and believes it is likely to have additional evidentiary support for its allegations after it has a reasonable opportunity for further investigation and discovery.

13. As a direct and proximate consequence of Defendants' acts of infringement, Plaintiff has been irreparably injured. Unless such acts and practices are preliminarily and permanently enjoined by this Court, Plaintiff will continue to suffer additional and irreparable injury.

14. Plaintiff is entitled to injunctive relief pursuant to 35 U.S.C. §283.

15. As a direct and proximate consequence of Defendants' acts of infringement, Plaintiff has suffered, and continues to suffer, damages, in an amount not yet determined, of at least a reasonable royalty due to the infringing acts by Defendants,

COMPLAINT

and lost profits due to loss of sales, profits, and potential sales that Plaintiff would have made but for the infringing acts and practices of Defendants for which Plaintiff is entitled to relief pursuant to 35 U.S.C. §284.

16. On April 28, 2009, Defendant Yahoo was given actual notice of its infringement of the '691 patent through a cease and desist letter.

17. Defendants' infringement of the '691 patent has been and continues to be willful and deliberate, in disregard of Plaintiff's rights in the '691 patent.

## SECOND CAUSE OF ACTION

### (Patent Infringement of U.S. Patent 7,269,636)

### (Against All Defendants)

18. Plaintiff incorporates and realleges paragraphs 1 through 17 as though fully set forth herein.

19. Plaintiff MODAVOX is the assignee of record and the sole owner of all right, title and interest in the '636 patent.

20. On information and belief, Defendants have operated a business for profit that uses Plaintiff's technology claimed and described in the '636 patent. Defendants have neither sought nor received authorization to use Plaintiff's patented technology.

21. To the best of Plaintiff's information and belief, Defendants make, use, sell, offer for sale and/or induce others to use in this judicial district, and elsewhere throughout the United States, products and services which infringe upon and embody the patented inventions of the '636 patent in violation of 35 U.S.C. §271(a). There exists evidentiary support for such belief and Plaintiff is informed and believes it is likely to have additional evidentiary support for its allegations after it has a reasonable opportunity for further investigation and discovery.

22. Defendants will continue to infringe the '636 patent in violation of 35 U.S.C. §271(a), unless enjoined by this Court.

23. Plaintiff is informed and believes, and on that basis alleges, that

4                                                                              COMPLAINT

Defendants have been inducing, and/or contributing to the infringement of the '636 patent and will continue to induce and/or contribute to the infringement of the '636 patent, in violation of 35 U.S.C. sections 271 (b) and (c), unless enjoined by this Court. There exists evidentiary support for such belief and Plaintiff is informed and believes it is likely to have additional evidentiary support for its allegations after it has a reasonable opportunity for further investigation and discovery.

24. As a direct and proximate consequence of Defendants' acts of infringement, Plaintiff has been irreparably injured. Unless such acts and practices are preliminarily and permanently enjoined by this Court, Plaintiff will continue to suffer additional and irreparable injury.

25. Plaintiff is entitled to injunctive relief pursuant to 35 U.S.C. §283.

26. As a direct and proximate consequence of Defendants' acts of infringement, Plaintiff has suffered, and continues to suffer, damages, in an amount not yet determined, of at least a reasonable royalty due to the infringing acts by Defendants, and lost profits due to loss of sales, profits, and potential sales that Plaintiff would have made but for the infringing acts and practices of Defendants for which Plaintiff is entitled to relief pursuant to 35 U.S.C. §284.

27. On April 28, 2009, Defendant Yahoo was given actual notice of its infringement of the '636 patent through a cease and desist letter.

28. Defendants' infringement of the '636 patent has been and continues to be willful and deliberate, in disregard of Plaintiff's right in the '636 patent.

///

///

///

5                                                                    COMPLAINT

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

## ON THE FIRST AND SECOND CAUSES OF ACTION AGAINST ALL DEFENDANTS

1. That this Court issue a preliminary and permanent injunction pursuant to 35 U.S.C. §283 restraining, prohibiting and enjoining Defendants and their agents, employees and any person in active concert or participation with Defendants or who are acting under their direction, who receive actual notice of the injunction through personal service or otherwise, from making, using selling and offering for sale any products or services that infringe the '691 or '636 patents;

2. That this Court issue a preliminary and permanent injunction pursuant to 35 U.S.C. §283 restraining, prohibiting and enjoining Defendants and their agents, employees and any person in active concert or participation with Defendants or who are acting under their direction, who receive actual notice of the injunction through personal service or otherwise, from inducing or contributing to the infringement of the '691 or '636 patents;

3. That this Court grant judgment in favor of Plaintiff and award damages to Plaintiff adequate to compensate for the infringement by Defendants of the '691 and '636 patents in an amount to be determined at trial, but in no event less than a reasonable royalty;

4. That it be adjudged that Defendants' infringement of the '691 and '636 patents has been willful and that this Court enhance the award of damages for willful infringement, up to three times the amount of damages found, pursuant to 35 U.S.C. §284;

5. That this Court order against Defendants an assessment of interest on the damages so computed, and an assessment of costs, pursuant to 35 U.S.C. §284;

6                                    COMPLAINT

6. · That this Court issue a declaration that this case is exceptional pursuant to 35 U.S.C. §285 and accordingly order an award of attorneys' fees and costs in this action.

7. That this Court afford Plaintiff such other and further relief as the Court deems equitable and just.

Dated: November 16, 2009          By:

Stephen D./Morgan,
Attorneys for Plaintiff,
MODAVOX, INC.

7          COMPLAINT

1

## DEMAND FOR JURY TRIAL

2          Plaintiff MODAVOX, INC. hereby demands a jury trial as provided by Rule

3    38(a-b) of the Federal Rules of Civil Procedure.

4

5    November 16, 2009                              SHAUB & WILLIAMS, LLP

6

7                                         By:

8                                              Stephen D. Morgan,
                                               Attorneys for Plaintiff,
9                                              MODAVOX, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**8**                                                    COMPLAINT

# EXHIBIT A

US006594691B1

(12) **United States Patent**

McCollum et al.

(10) **Patent No.:** US 6,594,691 B1
(45) **Date of Patent:** Jul. 15, 2003

(54) **METHOD AND SYSTEM FOR ADDING FUNCTION TO A WEB PAGE**

(75) Inventors: **Charles P. McCollum**, Phoenix, AZ (US); **Andrew L. Burgess, Jr.**, Desert Hills, AZ (US)

(73) Assignee: **Surfnet Media Group, Inc.**, Tempe, AZ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/429,357**

(22) Filed: **Oct. 28, 1999**

(51) Int. Cl.⁷ ............................................. G06F 15/16
(52) U.S. Cl. ......................................... 709/218; 709/219
(58) Field of Search .............................. 709/219, 203, 709/224, 225, 227, 281, 310, 217

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,845,075 A | | 12/1998 | Uhler et al. | 395/200.3 |
| 5,903,727 A | | 5/1999 | Nielsen | 395/200.42 |
| 6,009,410 A | * | 12/1999 | LeMole et al. | 709/219 |
| 6,112,240 A | * | 8/2000 | Pogue et al. | 709/224 |
| 6,128,655 A | * | 10/2000 | Fields et al. | 709/225 |
| 6,212,564 B1 | * | 4/2001 | Harter et al. | 709/227 |
| 6,317,761 B1 | * | 11/2001 | Landsman et al. | 709/231 |
| 6,327,609 B1 | * | 12/2001 | Ludewig et al. | 709/203 |
| 6,401,134 B1 | * | 6/2002 | Razavi et al. | 709/310 |

6,415,319 B1 * 7/2002 Ambroziak ............... 709/219

OTHER PUBLICATIONS

"Information Bulletin: Internet Cookies" U.S. Department of Energy Computer Incident Advisory Capability, Mar. 12, 1998.*
"RealThings Design Guide" IBM, 1998.*

* cited by examiner

Primary Examiner—Zarni Maung
Assistant Examiner—Gregory Clinton
(74) Attorney, Agent, or Firm—Jordan M. Meschkow; Lowell W. Gresham; Charlene R. Jacobsen

(57) **ABSTRACT**

A computer network (20) includes a first processor (22) for maintaining a Web page (34) having an embedded first code module (36) and accessible through a Web address (38). A second processor (24) supports a Web browser (52) for downloading the Web page (34) and executing the first code module (36). When executed, the first code module (36) issues a first command (93) to retrieve a second code module (90) from a server system (26). The server system (26) includes a database (68) having a service response (162, 176, 186) associated with the Web address (38). A processor (62) assembles the second code module (90) having the service response (162, 176, 186). When the second code module is retrieved, the first code module (36) issues a second command (106) to initiate execution of the second code module (90) to provide added function to the Web page (34).

**28 Claims, 11 Drawing Sheets**





FIG. 1

| | LINE NO. | 93 CODE |
|---|---|---|
| 92 | 1 | <script src= "http://bslserver.domainname.com/ cgi-bin/bslservercall.cgi>   ─94 |
| 98 | 2 | </script> |
| 100 | 3 | <script><! ─  ─102 |
| 104 | 4 | BSLStart ();   ─106 |
| 108 | 5 | //─></script>  ─102 |

36

FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



| WEB ADDRESS FIELD | PROFILE FIELD | SERVICE RESPONSE FIELD 162 | PARAMETER SET FIELD |
|---|---|---|---|
| URL 1 160 | RECREATION/ GOLF | DENIAL OF SERVICE 176 | DENIAL CONTENT |
| URL 2 174 | TEXAS COOKING | CONDITIONAL SERVICE 186 | CONDITIONAL CONTENT (INCLUDING URL 5) |
| URL 3 184 | WEDDING | PREDETERMINED SERVICE 186 | PREDETERMINED CONTENT |
| URL 4 | FOOTBALL 234 176 | PREDETERMINED SERVICE (FLAG- CONDITIONAL SERVICE FOR TRACKING INDEX 60) | PREDETERMINED CONTENT 236 |
| ⋮ | | ⋮ | |
| URL n | | • | |

150   152   154
156
158
38
172
164
182
178
240
232
188
188

FIG. 7     68

VISITOR REGISTRATION SUBPROCESS ~196

↓

APPLY TRACKING INDEX TO FIRST PLATFORM ~198

↓

GENERATE ENTRY IN VISITOR DATABASE TO STORE BROWSER AND PLATFORM INFO. IN ASSOCIATION WITH TRACKING INDEX ~200

↓

RETURN

FIG. 8

| TRACKING INDEX | BROWSER ID | PLATFORM ID | VISITOR PREFERENCES |
|---|---|---|---|
| SECOND PLATFORM | BROWSER INFO | PLATFORM INFO | VISITOR SPECIFIED PATAMETER SET |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

202    204    206    208

210    60    56    58    212

70

FIG. 9



FIG. 10



FIG. 11



FIG. 12

US 6,594,691 B1

**1**

## METHOD AND SYSTEM FOR ADDING FUNCTION TO A WEB PAGE

### TECHNICAL FIELD OF THE INVENTION

The present invention relates to the field of computer networks. More specifically, the present invention relates to methods and systems for adding function to Web pages that are accessible through the Internet.

### BACKGROUND OF THE INVENTION

The worldwide network of computers commonly referred to as the "Internet" has seen explosive growth in the last several years. The Internet is expected to evolve with the adaptation of new forms of interactive technology applied to the basic Internet infrastructure which consists of many elements, not the least of which are the Web browser and Web page.

Groups of Web pages, forming Web sites, are evolving to a high level of sophistication at an staggering rate. Small to large corporations are taking advantage of this trend, and electronic commerce (E-Commerce), that is, business transactions taking place over the Internet is advancing at a rapid pace. It is highly desirable for those who would like to carry out commerce on the Internet to have a very sophisticated Web site that can perform numerous functions and services to an increasingly sophisticated class of Web site visitors. Such Web sites may desirably include such information services as searchable databases for price, stock, shipping, etc.; product information; competitive comparisons, and so forth.

In order for such information services to be successfully communicated to potential customers, it is imperative to garner the interest of large numbers of Internet users. As with more traditional forms of commerce, advertising plays an important role in attracting customers. Accordingly, what is needed is economical, yet effective, advertising and publicity in order to attract the interest of Internet users.

A recent advance in Web site technology is the addition of streaming media, as well as other more sophisticated functional enhancements, to Web sites. The concept of streaming media is defined broadly as audio and video being delivered to a Web site visitor in packets over the Internet. The streaming media can be delivered so quickly that audio sounds and/or graphic images can be heard and seen almost immediately, comparable in quality to commercial, over-the-air radio or television. Some examples of streaming media include banners, informational feeds using a "marquee", audio based commercials, and so forth.

Unfortunately, it is expensive to add such enhancements to Web sites. Bandwidth costs for delivering streaming media may be prohibitively expensive. In addition, there are problems associated with the complexity of producing the streaming media that is to be "broadcast" over the Web sites, and licensing of the streaming media if it is propriety.

A typical example of adding function to a Web site is the addition of an "affiliate" program. An affiliate program, provided by a third party may be desired by the Web site developer to add functionality to their Web site for the purpose of enhancing the appeal of the site or for revenue sharing in which they will receive a percentage of sales. In order to obtain such an affiliate program, the Web site developer may be required to register with the supplier of the affiliate program in order to obtain and execute the affiliate program in connection with his/her Web site. Unfortunately,

**2**

such a registration process typically requires the Web site developer to fill out lengthy on-line electronic forms. Such forms may be cumbersome and so frustrating, that filling out such forms leads to their abandonment on the part of the Web site developer. If the Web site developer successfully manages to register, the Web site developer must then wait for the implementing code for the affiliate program to be e-mailed to him/her. Once the Web site developer receives the implementing code, the code is then copied and pasted onto the HyperText Markup Language (HTML) for the Web site where desired.

Unfortunately, universal capability with the Web browsers that subsequently access the Web site with the enhanced function provided by the affiliate program is limited. That is, even though a Web site developer has successfully added the implementing code for the affiliate program, all Web browsers accessing the Web site may not be able to interpret the affiliate program and the Web site visitor may not be able to experience the added function.

### SUMMARY OF THE INVENTION

Accordingly, it is an advantage of the present invention that a method and system for adding function to a Web page are provided.

It is another advantage of the present invention that a method and system are provided that are compatible with Web browsers which adhere to the standards for HyperText Transfer Protocol (HTTP).

It is another advantage of the present invention that a method and system are provided that add function to a Web page through an easily distributed software code module.

It is yet another advantage of the present invention that a method and system are provided that deliver services by client demand that are specific to predetermined parameters.

The above and other advantages of the present invention are carried out in one form by a method of operating a computer network to add function to a Web page. The method calls for downloading the Web page at a processor platform. When the Web page is downloaded, automatically executing a first code module embedded in the Web page. The first code module issues a first command to retrieve a second code module, via a network connection, from a server system, and the first code module issues a second command to initiate execution of the second code module at the processor platform.

The above and other advantages of the present invention are carried out in another form by a computer readable code module for adding function to a Web page. The code module is configured to be embedded in the Web page which is generated in a HyperText Markup Language (HTML), and is configured for automatic execution when the Web page is downloaded to a client machine supporting a graphical user interface and a Web browser. The computer readable code module includes means for communicating a Web address of the Web page to a server system via a network connection to initiate a download of a second computer readable code module to the client machine. The computer readable code module further includes means for communicating first information characterizing said Web browser to said server and means for communicating second information, characterizing said client machine to said server. In addition, the computer readable code module includes means for initiating execution of said second computer readable code module following the download of the second computer readable code module and means for providing a comment tag informing the Web browser to ignore the initiating means.

US 6,594,691 B1

3

## BRIEF DESCRIPTION OF THE DRAWINGS

A more complete understanding of the present invention may be derived by referring to the detailed description and claims when considered in connection with the Figures, wherein like reference numbers refer to similar items throughout the Figures, and:

FIG. 1 shows a block diagram of a computer network in accordance with a preferred embodiment of the present invention;

FIG. 2 shows an exemplary computer readable code module in accordance with the preferred embodiment of the present invention,

FIG. 3 shows a flow chart of a Web page display process.

FIG. 4 shows an electronic display presenting a Web page including a media appliance metaphor;

FIG. 5 shows a flow chart of a service response provision process;

FIG. 6 shows a registration subprocess of the service response provision process;

FIG. 7 shows a Web address database generated by a server system of the computer network;

FIG. 8 shows a visitor registration subprocess of the service response provision process;

FIG. 9 shows a visitor database generated by the server system of the computer network;

FIG. 10 shows a visitor pre-registration process performed prior to the Web page display process of FIG. 3;

FIG. 11 shows the electronic display presenting the media appliance metaphor detached from the Web page; and

FIG. 12 shows the electronic display presenting another Web page including the media appliance metaphor.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. 1 shows a block diagram of a computer network 20 in accordance with a preferred embodiment of the present invention. Computer network 20 includes a first processor platform 22, a second processor platform 24, and a server system 26. First processor platform 22, second processor platform 24, and server system 26 are connected together via a network 28. In a preferred embodiment, network 28 is the Internet. However, network 28 can also represent a LAN, a WAN, a wireless cellular network, or a combination of a wireline and wireless cellular network. It should be readily apparent to those skilled in the art that computer network 20 also includes many more processors and server systems which are not shown for the sake of clarity.

First processor platform 22 includes a central processing unit (CPU) 30 and a memory 32. Memory 32 includes a Web page 34 in which a first code module 36 is embedded. A Web address 38 in memory 32 is associated with Web page 34. In a preferred embodiment, Web page 34 is generated in HyperText Markup Language (HTML). HTML is the authoring software language used on the Internet's World Wide Web for creating Web pages.

Web address 38 is a Universal Resource Locator (URL), or a string expression used to locate Web page 34 via network 28. It should be readily apparent to those skilled in the art that first processor platform 22 also includes additional components such as input/output lines, a keyboard and/or mouse, and a display terminal which are not shown for the sake of clarity. In addition, memory 32 also contains additional information, such as application programs, operating systems, data, etc., which also are not shown for the sake of clarity.

4

Second processor platform 24 includes a CPU 40, a memory 42, input/output lines 44, an input device 46, such as a keyboard or mouse, a display device 48, such as a display terminal, and speakers 50. Memory 42 includes Web browser software 52 and a temporary memory 54. A first portion of memory 42 is designated for browser information (BROWSER INFO.) 56, and a second portion of memory 42 is designated for platform information (PLATFORM INFO.) 58. In addition, a third portion of memory 42 is designated for a tracking index 60, or cookie, which will be discussed in detail below. Those skilled in the art will understand that memory 42 also contains additional information, such as application programs, operating systems, data, etc., which are not shown in FIG. 1 for the sake of clarity.

Web browser 52 is software which navigates a web of interconnected documents on the World Wide Web via Internet 28. When a Web site, such as Web page 34, is accessed through Web address 38, Web browser 52 moves a copy of Web page 34 into temporary memory 58. Web browser 52 uses HyperText Transfer Protocol (HTTP) for communicating over Internet 28. In a preferred embodiment, Web browser 52 supports the HyperText Markup Language 1.0 and the Javascript 1.0 standards, such as Netscape 2.0 and above, Internet Explorer 3.0, and above, and the like.

Browser information 56 is information specific to Web browser 52. Browser information 56 includes, for example, make and version of Web browser 52, what plug-ins are currently present, and so forth. Platform information 58 is information specific to second processor platform 24. Platform information 58 includes, for example, make and version of platform 24, make and version of the operating system operating on platform 24, and so forth.

Server system 26 includes a processor (CPU) 62, a memory 64, a database structure 66 having a Web address database 68 and a visitor database 70, and a server structure 72 for accommodating streaming media servers 74 and other media servers 76. Ports 78 are in communication with server structure 72 and Internet 28 and are used by the Transmission Control Protocol/Internet Protocol (TCP/IP) transport protocol for providing communication across interconnected networks, between computers with diverse hardware architectures, and with various operating systems.

Memory 64 includes Web address database instructions 80, visitor database instructions 82, a common gateway interface program 84, code assembler instructions 86, and communication instructions 88. Web address database instructions 80 are executed by processor 62 for maintaining and accessing Web address database 68. Likewise, visitor database instructions 82 are executed by processor 62 for maintaining and accessing visitor database 70. CGI interface program 84 executes functions at server system 26 including among other things, checking if Web site 34 is registered. Code assembler instructions 86 are executed by processor 62 to assemble a second code module 90 which is subsequently communicated to second processor platform 24 through the execution of CGI interface program 84 and communication instructions 88. Second code module 90 is communicated from ports 78 over Internet 28 and downloaded to temporary memory 54 at second processor platform 24.

FIG. 2 shows an example format of first code module 36 in accordance with the preferred embodiment of the present invention. First code module 36 is generated in HTML and embedded in the HTML of Web page 34 (FIG. 1) when a Web page developer designs Web page 34. In a preferred embodiment, first code module 36 is generally distributable. That is, first code module 36 may be distributed via Internet

5

28, and copied and pasted into a Web page during Web page development. First code module 36 executes enough functionality to act as a "bootstrap loader" in order to load second code module 90 (FIG. 1) into temporary memory 54 (FIG. 1) of second processor platform 24 (FIG. 1) for subsequent execution.

A first command line (LINE NO. 1) 92 contains an exemplary initialization for a first command 93, i.e., a script, that will activate a Web address 94 for contacting server system 26 (FIG. 1) and calls CGI program 84 into execution. In addition, first command line 92 communicates Web address 38 to server system 26 via a network connection 96 (FIG. 1) over Internet 28. CGI program 84 executes multiple functions at server system 26. For example, CGI program 84 checks to see whether or not Web page 34 is registered. In addition CGI program 84 initiates the downloading of second code module 90 to second processor platform 24. A second command line (LINE NO. 2) 98 terminates the script started in first command line 92.

A third command line (LINE NO. 3) 100 starts a new script. Third command line 100 also contains a comment tag 102 used to allow Web browser 52 to ignore a fourth command line (LINE NO. 4) 104. Fourth command line 104 contains a second command 106 that initiates execution of second code module 90 that was downloaded to temporary memory 54 of second processor platform 24. A fifth command line 108 terminates comment tag 102 and terminates the script begun on third command line 100.

FIG. 3 shows a flow chart of a Web page display process 110. Web page display process 110 is performed by second processor platform 24 to add function, such as streaming media or other media services to Web page 34 when downloaded to second processor platform 24.

With reference to FIG. 4, FIG. 4 shows display device 48 (FIG. 1) presenting Web page 34 with added function, namely with the added function of a media appliance metaphor 111 in response to the activities carried out in connection with Web page display process 110.

Media appliance metaphor 111 is a software device that exists in the realm of electronic communication and has a counterpart in the real world. When displayed with Web page 34 on display device 48 of second processor platform 24, media appliance metaphor 111 is a graphic representation of something that looks and behaves like a media appliance. In the exemplary embodiment, media appliance metaphor 111 represents a radio image. Other examples of media appliance metaphors include television images, computer images, computer game toy images, and so forth. When applied to Web page 34, media appliance metaphor 111 gives the visitor to Web page 34 the impression that they already know how to use the device because it looks and acts like something that they are already familiar with.

Metaphors take any form desired for which practical programming constraints can be met. This includes, but is not limited to interactive video games, network games, network information appliances such as web based telephones or call centers, and notification service appliances, like beepers. First code module 36 (FIG. 1) used to apply the metaphor on a Web page is a universal program interface, and acts as a bootstrap loader capable of retrieving and executing programs suitable for such a purpose.

Although the present invention is described in connection with the presentation of media appliance metaphor 111 as applied to Web page 34, it need not be limited to such a media appliance metaphor. Rather, first code module 36 (FIG. 2) can be embedded in a Web page to be executed by

6

a visiting processor platform in order to execute other code modules not associated with media appliance metaphors.

With reference back to FIG. 3, Web page display process 110 begins with a task 112. Task 112 causes Web browser 52 to download Web page 34 at second processor platform 24. In other words, Web browser 52 moves a copy of Web page 34, with the embedded first code module 36 into temporary memory 54 (FIG. 1) of second processor platform 24.

When Web page 34 is downloaded at second processor platform 24 in task 112, a task 114 is performed. Task 114 causes Web browser 52 to automatically execute first code module 36 embedded in Web page 34, a copy of which is now stored in temporary memory 54.

Following task 114, a task 116 is performed. At task 116, first code module 36 executes first command line 92 (FIG. 2) to retrieve second code module 90 by issuing first command 93 to activate Web address 94, contact server system 26 (FIG. 1), and call CGI program 84 into execution.

A task 118 is performed in connection with task 116. Task 118 causes second processor platform 24 to communicate Web address 38 to server system 26 through the execution of first command line 92, as discussed previously.

Next, a task 120 is performed. Like task 118, task 120 causes second processor platform 24 to communicate browser information 56 (FIG. 1) and platform information 58. (FIG. 1), through the execution of first command line 92, to server system 26. Following task 120, second processor platform 24 performs additional activities (not shown) pertinent to the downloading and presentation of Web page 34 on display device 48 (FIG. 1). Furthermore, as indicated by ellipses following task 120, and relevant to display process 110, second processor platform 24 awaits communication from server system 26 before display process 110 can proceed.

FIG. 5 shows a flow chart of a service response provision process 122 performed by server system 26 (FIG. 1) in response to display process 110 (FIG. 3). Process 122 begins with a task 124. Task 124 causes processor 62 (FIG. 1) of server system 26 to receive first command 93 (FIG. 3).

In response to receipt of first command 93 in task 124, a task 126 is performed. At task 126, server system 26 receives Web address 38 communicated by second processor platform 24 at task 118 (FIG. 3) of display process 110 (FIG. 3).

Following task 126, a query task 128 is performed. At query task 128, server system 26 determines if Web page 34 located by Web address 38 is previously registered. That is, processor 62 executes a portion of Web address database instructions 80 to access Web address database 68 in order to locate an entry in Web address database 68 corresponding to Web address 38.

When processor 62 determines that there is no entry in Web Address database 68 for Web address 38, process 122 proceeds to a task 130. Task 130 causes processor 62 of server system 26 to perform a registration subprocess.

FIG. 6 shows a registration subprocess 132 performed in response to task 130 of service response provision process 122 (FIG. 4). Registration subprocess 132 is performed by server system 26 to register Web page 34 with the controlling entity of server system 26. In addition, registration subprocess 132 is performed to determine a service response (discussed below) for Web page 34.

Registration subprocess 132 is performed automatically the first time that Web page 34 is downloaded at a processor platform. Desirably, registration subprocess 132 is invoked immediately following the design of Web page 34 by a Web

page developer. For example, following the design of Web page 34, the Web page developer may download Web page 34 at a processor platform to review the graphical, textual, and audio content of Web page 34 before Web page 34 becomes generally accessible by visitors.

When query task 128 determines that there is no entry in Web address database 68 for Web address 38 (FIG. 1), server system 26 may schedule a time to perform registration subprocess 132. Alternatively, registration subprocess 132 may be performed at task 130 (FIG. 4) immediately upon acknowledgment that there is no entry in Web address database 68 (FIG. 1).

Registration subprocess 132 begins with a task 134. Task 134 causes server system 26 (FIG. 1) to retrieve Web page 34. Task 134 may also causes server system 26 to retrieve Web pages (not shown) that are nested in association with Web page 34.

In response to task 134, a task 136 is performed. Task 136 causes processor 62 of server system 26 execute a portion of Web address database instructions 80 to extract information content of Web page 34. The information content of Web page 34 is derived from all characters and words that are written on Web page 34, and that are publicly accessible. The information content may then be reduced by extracting informational metatags, or HTML tags, embedded in Web page 34 that are used to specify information about Web page 34. In particular, the "keyword" and "description" metatags usually contain words and description information that accurately describe Web page 34. Other informational content which may be extracted are links, other URLs, domain names, domain name extensions (such as com, .edu., .jp, .uk, etc.), and so forth.

Following task 136, a task 138 is performed. Task 138 causes processor 62 to archive the information content described in connection with task 136.

In response to extraction task 136 and archival task 138, a task 140 is performed. Task 140 causes processor 62 (FIG. 1) executing Web address database instructions 80 to produce a particular "signature" or profile of Web page 34. This profile is important for determining the nature of the interest by a visitor using second processor platform 24 to display Web page 34 from whence the profile is produced in order to perform a service response (discussed below) related to the profile.

Following task 140, a query task 142 is performed. Query task 142 determines whether or not Web page 34 can be registered. Processor 62 (FIG. 1) may determine that Web page 34 cannot be registered if the information content of Web page 34 is objectionable or otherwise unacceptable to be displayed with added function, i.e., media appliance metaphor 111 (FIG. 4). When query task 142 determines that Web page 34 is not to be registered, subprocess 132 proceeds to a task 144.

Task 144 causes processor 62 (FIG. 2) to form a service response indicating a denial of service. In a preferred embodiment, a desired service response is media appliance metaphor 111 functioning to provide streaming media, in this case music, along with Web page 34. However, with respect to task 144, the service response indicating denial of service may be the media appliance metaphor 111 having a slash through it. Alternatively, the service response may simply be an absence of any media appliance metaphor. Following task 144, subprocess 132 proceeds to a task 146.

Referring to FIG. 7 in connection with task 146, FIG. 7 shows Web address database 68 of server system 26 (FIG. 1). Web address database 68 includes as a minimum, a Web address field 150, a Web page profile field 152, a service response field 154, and a parameter set field 156. Task 146 (FIG. 6) causes processor 62 (FIG. 1) to generate an entry, for example, a first exemplary entry 158, in Web address database 68. Web address field 150 is designated for a Web address, or URL. Profile field 152 contains the profile of the Web address produced in task 140 (FIG. 6) of registration subprocess 132. Service response field 154 is designated for a service response, and parameter set field 156 is designated for parameters used to assemble second code module 90 having the desired service response.

First entry 158 generated in response to task 144 (FIG. 6) includes Web address 38 identified simply as URL 1 in Web address field 150, a profile 160 in profile field 152 associated with URL 1 indicates Web page 34 as being directed toward RECREATION/GOLF. A service response 162 related to profile 160 indicating a denial of service is stored in service response field 154 for entry 158, and a denial content parameter set 164 associated with service response 162 are used to form an audible, visual, or other presentation of denial service response 162.

Referring back to query task 142 (FIG. 6) of registration subprocess 132, when query task 142 determines that Web page 34 is registered, subprocess 132 proceeds to a query task 166. At query task 166, processor 62 (FIG. 1) may execute a portion of Web address database instructions 80 to determine if a service response for Web page 34 is to be customized. That is, the Web page developer of Web page 34 has the option of customizing media appliance metaphor 111 (FIG. 4). Such customization may include, but is not limited to music formats tailored to fit the profile, or personality, of Web page 34, the appearance of metaphor 111, the names and formats of the radio channels, the banners that are displayed, the specific type of informational feeds, and so forth.

When processor 62 determines that the service response is to be customized, subprocess 132 proceeds to a task 168. At task 168, processor 62 (FIG. 1) establishes a parameter set for customization of media appliance metaphor 111 to be applied to Web page 34. The custom metaphor is defined by the parameter set. Establishment of the parameter set may be performed through a query exercise performed between server system 26 and the Web page developer of Web page 34. Customization can include references to commercials targeted to Web page 34, custom configuration data, custom Web page metaphor preferences, Web page owner preferences, and so forth.

In response to task 168, a task 170 is performed. Task 170 causes processor 62 to form a service response indicating conditional service, i.e., presentation of media appliance metaphor 111 that has been customized as a result of the activities associated with task 168. Following task 170, registration subprocess 132 proceeds to task 146 for generation of an entry in Web address database 68 (FIG. 7) to store the service response in association with the Web address.

Referring momentarily to FIG. 7, Web address database 68 includes a second exemplary entry 172. Second entry 172 generated in response to task 170 (FIG. 6) includes a Web address 38 in Web address field 150 identified simply as URL 2. A profile 174 in profile field 152 associated with URL 2 indicates Web page 34 as being directed toward TEXAS COOKING. A service response 176 related to profile 174 indicating conditional service is stored in service response field 154 for entry 172, and a conditional content parameter set 178 associated with conditional service

9
10

response 176 is used to form an audible, visual, or other presentation of conditional service response 176.

With reference back to registration subprocess 132 (FIG. 6), when processor 62 determines at query task 166 the service response is not to be customized, registration subprocess 132 proceeds to a task 180. Task 180 causes processor 62 to form a service response indicating a predetermined, or default, service. Such a service response is determined by the entity controlling server system 26 (FIG. 1). In task 180, the controlling entity can determine the look and feel of media appliance metaphor 111 (FIG. 4), the particular audio format to be used with media appliance metaphor 111, for example a particular music type, the controls available to a visitor to Web page 34, and so forth.

Following task 180, subprocess 132 proceeds to task 146 where an entry is generated in Web address database 68 (FIG. 7) to store the service response in association with the web address. Again referring to Web address database 68 (FIG. 7), Web address database 68 includes a third exemplary entry 182. Third entry 182, generated in response to task 180 (FIG. 6), includes Web address 38 in Web address field 150 identified simply as URL 3. A profile 184 in profile field 152 associated with URL 3 indicates Web page 34 as being directed toward WEDDING. A service response 186 indicating a predetermined service is stored in service response field 154 for entry 182, and a predetermined content parameter set 188 associated with service response 186 is used to form an audible, visual, or other presentation of predetermined service response 186.

Following task 146 and the formation of service response 162 indicating denial of service, the formation of service response 176 indicating conditional service, or the formation of service response 186 indicating predetermined service, Web page 34 is registered, and subprocess 132 exits.

Referring back to service response provision process 122 (FIG. 5) following task 130 in which registration subprocess 132 (FIG. 6) has been performed, or when query task 128 determines that Web page 34 (FIG. 1) identified by Web address 38 (FIG. 1) has been previously registered, provision process 122 continues with a task 190.

Task 190 causes processor 62 (FIG. 1) to receive browser information 56 (FIG. 1) and platform information 58 (FIG. 1) from second processor platform 24 (FIG. 1). As discussed previously, browser information 56 includes, for example, make and version of Web browser 52, what plug-ins are currently present, and so forth. Platform information 58 includes, for example, make and version of platform 24, make and version of the operating system operating on platform 24, and so forth.

In response to task 190, a query task 192 is performed. Query task 192 causes processor 62 to execute a portion of visitor database instructions 82 (FIG. 1) to determine if there is an entry in visitor database 70 related to browser information 56 and platform information 58. When query task 192 determines that there is no entry in visitor database 70, indicating that a user of second processor platform 24 has not previously downloaded a Web page containing first code module 36, provision process 122 proceeds to a task 194.

Task 194 causes processor 62 to further execute visitor database instructions 82 to perform a visitor registration subprocess. FIG. 8 shows a visitor registration subprocess 196 of service response provision process 122. Visitor registration subprocess 196 is performed for tracking visitors to Web page 34. Visitor registration subprocess 196 generates visitor database 70 containing visitor demographics and interests that may be useful for targeting advertising and tailoring added function to Web pages.

Visitor registration subprocess 196 begins with a task 198. Task 198 causes server system 26 (FIG. 1) to apply tracking index 60 to second processor platform 24 via network connection 96. Tracking index 60, also known as a cookie, is a feature of HTTP that allows the entity controlling server system 26 to place information in memory 42 (FIG. 1) of second processor platform 24. Tracking index 60 allows server system 26 to both store and retrieve information on second processor platform 24. Tracking index 60 is persistent, meaning it remains in memory 42 (FIG. 1) of second processor platform 24 for subsequent use by server system 26. Since tracking index 60 is persistent, tracking index 60 can be used by server system 26 to track a visitor, using second processor platform 24, to any Web page that has embedded therein first code module 36.

In connection with task 198, a task 200 is performed. Task 200 causes processor 62 (FIG. 1) to generate an entry in visitor database 70 to store browser information 56 and platform information 58 in association with tracking index 60. Following task 200, visitor registration subprocess exits.

FIG. 9 shows visitor database 70 generated by server system 26 of computer network 20. Visitor database 70 includes as a minimum, a tracking index field 202, a browser ID field 204, a platform ID field 206, and a visitor preferences field 208. Task 200 (FIG. 8) causes processor 62 (FIG. 1) to generate a visitor database entry 210, in visitor database 70. Tracking index field 202 is designated for a tracking index, or cookie, such as tracking index 60 identifying second processor platform 24. Browser ID field 204 contains browser information 56 received in task 190 (FIG. 5) of provision process 122. Likewise, platform ID field 206 is designated for platform information 58 received in task 190. Visitor preferences field 208 is designated for an optional visitor specified parameter set 212 assembled in response to a visitor pre-registration process (discussed below).

Referring back to service response provision process 122 (FIG. 5), following task 194 in which visitor registration subprocess 196 is performed or when query task 192 determines that entry 210 (FIG. 9) is present in visitor database 70, process 122 proceeds to a query task 214.

Query task 214 determines if entry 210 includes visitor specified parameter set 212. As mentioned previously, visitor specified parameter set 212 may be present if second processor platform 24 has previously performed a visitor pre-registration process.

FIG. 10 shows a visitor pre-registration process 216 performed prior to invoking Web page display process 110 (FIG. 3). Visitor pre-registration process 216 may be performed by a user of second processor platform 24 (FIG. 1) via an access account (not shown). Visitor pre-registration process 216 allows users to have some preference control over any added function, such as media appliance metaphor 111 (FIG. 4) that they may encounter when downloading Web pages having first code module 36 embedded therein.

Visitor pre-registration process 216 begins with a task 218. Task 218 causes processor 62 (FIG. 1) of server system 26 to receive a request (not shown) to pre-register from second processor platform 24. Such a request may be received over a communication link, such as network connection 96, via Internet 28, following the assignment of an access account to second processor platform 24.

In connection with task 218, a task 220 is performed. Task 220 causes processor 62 to receive browser information 56 and platform information 58 from second processor platform 24 via network connection 96.

Following task 220, a task 222 is performed. In a manner similar to task 198 of visitor registration process 196 (FIG.

**11**

8), server system 26 applies a tracking index or cookie, such as tracking index 60, to second processor platform 24.

Next a task 224 is performed. In task 224, processor 62 and second processor platform 24 perform an interactive process to obtain visitor specified parameters for establishing visitor specified parameter set 212 (FIG. 9). Such visitor specified parameters may include, for example, the appearance of specified metaphors, specific audio channels, format preferences, such as location on the Web page, size, color, and so forth.

Following task 224, a task 226 is performed. Task 226 causes processor 62, through the execution of visitor database instructions 82 (FIG. 1), to generate an entry, such as entry 210 (FIG. 9) in visitor database 70 to store browser information 56 and platform information 58 in association with tracking index 60.

In addition a task 228 is performed in connection with task 226. Task 228 causes processor 62, executing visitor database instructions 82, to append entry 210 with visitor specified parameter set 212, as illustrated in visitor database 70 (FIG. 9). Following task 228, visitor pre-registration process 216 exits.

Referring back to query task 214 of service response provision process 122 (FIG. 5), when processor 62 determines that entry 210 (FIG. 9) includes visitor specified parameter set 212 obtained through the execution of visitor pre-registration process 216 (FIG. 10), process 122 proceeds to a task 230.

Task 230 causes processor 62 to access Web address database 68 to amend a service response in service response field 154 (FIG. 7) to indicate a visitor specified conditional service is to be provided for second processor platform 24. Referring momentarily to Web address database 68 (FIG. 7), database 68 includes a fourth exemplary entry 232 for a Web address 38 identified simply as URL 4 in Web address field 150, a profile 234 in profile field 152 associated with URL 4 indicates Web page 34 as being directed toward FOOT-BALL. Service response 186 indicating predetermined service is entered in service response field 154 for fourth entry 232, and predetermined content set 188 associated with service response 186 is entered in parameter set field 156.

In response to task 230, service response field 154 also includes a flag 236 associated with tracking index 60 indicating that predetermined service response 186 is amended to conditional service response 176 for second platform 24. Flag 236 indicates to processor 62 to access visitor preferences field 208 (FIG. 9) of visitor database 70 for visitor specified parameter set 212. Although, fourth exemplary entry 232 is shown having a predetermined service response 186, it should be readily understood that the service response may be a conditional response 176 (FIG. 7) in which the Web page designer has customized metaphor 111 (FIG. 4) during registration subprocess 132 (FIG. 6).

With reference back to process 122 (FIG. 5), following task 230 or when query task 214 determines that entry 210 (FIG. 9) of visitor database 70 does not include visitor specified; parameter set 212, process 122 proceeds to a task 238.

Task 238 causes processor 62 to execute code assembler instructions 86 (FIG. 1) to assemble second code module 90. Second code module 90 is assembled by accessing the predetermined one of denial of service response 162 (FIG. 7), conditional service response 176 (FIG. 7), and predetermined service response 186 (FIG. 7) from Web address 65 database 68. In addition, second code module 90 is assembled in response to browser information 56 and plat-

**12**

form information 58. In other words, second code module 90 is assembled to include the service response and to work with any combination of browser/platform systems.

This feature eliminates the need for an affiliate program to be hard coded, installed onto Web page 34, then tested and debugged by programmers. In addition, since second code module 90 is assembled in response to browser information 56, second code module 90 is compatible with Web browser 52 (FIG. 1) used by second processor platform 24 (FIG. 1).

Second code module 90 may also include another Web address 240, represented in parameter set field 156 of second entry 175 of Web address database 68 (FIG. 7). In this exemplary scenario, the media sources (audio, video, graphics, banners, informational feed, etc.) originates from a platform (not shown) connected through Internet 28 (FIG. 1) whose location is specified by Web address 240.

Following assembly of second code module 90 in task 238, a task 242 is performed by server system 26. Task 242 causes processor 62 through the execution of CGI program 84 (FIG. 1), to communicate second code module 90 to second processor platform 24 via network connection 96. In addition, through the execution of communication instructions 88 (FIG. 1) and the execution of appropriate command and control protocols, processor 62 manages servers 72 (FIG. 1) in order to direct information content from the media source having Web address 240 to second processor platform 24.

Referring to Web page display process 110 (FIG. 3), display process 110 performs a task 244. Task 244 is complementary to task 242 of provision process 122. That is, as server system 26 communicates second code module 90 to second processor platform 24, task 244 causes platform 24 to receive, via network connection 96 (FIG. 1), second code module 90. Second code module is subsequently stored in temporary memory 54 (FIG. 1) of second processor platform 24.

Following receipt of second code module 90, process 110 proceeds to a task 246. Task 246 causes Web browser 52 (FIG. 1) to execute third command line 100 (FIG. 2) of first code module 36 containing comment tag 102. In addition, task 246 causes Web browser 52 to execute fourth command line 104 (FIG. 2) of first code module 36 issuing second command 106 to initiate the execution of second code module 90.

In response to issuing second command 106 in task 246, a task 248 is performed. Task 248 causes Web browser 52 to execute second code module 90.

In response to task 248, a task 250 is performed. Task 250 causes media appliance metaphor 111 (FIG. 4) to be applied to Web page 34 for display at display device 48 (FIG. 1). Of course, as discussed previously, if the service response is denial of service response 162, media appliance metaphor 111 may be presented with a slash through it or may be absent from Web page 34.

Referring to FIG. 4, the service response is media appliance metaphor 111 presenting a radio image. Through media appliance metaphor 111, streaming audio in the form of a radio channel 252 playing country music is provided and presented through speakers 50 (FIG. 1). Country radio channel 252 enhances the appeal of Web page 34 through an audio experience that compliments Web page 34 whose information content involves Texas Cooking. In connection with music provided through radio channel 252, commercials may be aired that are related to the information content of Web page 34. Such commercials may include content relevant to Texas cooking, for example, food items, antacids,

**13**

barbecues, and so forth. Thus, metaphor 111 is able to deliver targeted advertising to a visitor accessing Web page 34.

Metaphor 111 also includes additional controls. For example, a drop down menu 254 is provided for selection of a different radio channel. In addition, a control button 256 allows a user to forward and reverse radio channel 252, another control button 258 allows a user to play or pause radio channel 252, and a volume slide 260 allows a user to adjust the volume of radio channel 252. An arrow image 262 included in metaphor 111 activates a portable mode (discussed below).

In response to the display of metaphor 111 in task 250, a query task 264 is performed. Query task 264 causes second processor platform 24, operating through Web browser 52, to determine if a command is detected to detach metaphor 111 from Web page 34 in order to activate a portable mode. A portable mode may be selected when a user clicks on arrow image 262. When task 252 determines that the portable mode has been selected process 110 proceeds to a task 266.

Task 266 causes second processor platform 24 to display metaphor 111, in a portable mode, on a refreshed display. FIG. 11 shows electronic display 48 presenting media appliance metaphor 111 detached from the Web page 34 and appearing in a portable mode 268. In an exemplary embodiment, when arrow image 262 is clicked, metaphor 111 changes in appearance to portable mode 268. This change of appearance may reflect a predetermined response by server system 26 or visitor specified preferences set in visitor pre-registration process 216 (FIG. 10).

FIG. 12 shows electronic display 48 presenting a new Web page 270 downloaded at second processor platform 24 and including media appliance metaphor 111 in portable mode 268. Thus, although Web page 34 (FIG. 11) is no longer being display on electronic display 48, a user of second processor platform is still able to enjoy the information content supplied by metaphor 111.

Following task 266 and when query task 264 determines that metaphor 111 is not to be detached from Web page 34, a query task 272 is performed. Query task 272 determines if display of metaphor 111 is to be terminated. Metaphor 111 may be terminated when a user of second processor platform 24 does not detach metaphor 111 from Web page 34 and downloads a subsequent Web page. In another exemplary scenario, second processor platform 24 may be voluntarily or involuntarily disconnected from server system 26 through the execution of fifth command line 108 (FIG. 2) of first code module 36 terminating second command 106 (FIG. 2). In yet another exemplary scenario, metaphor 111 may be terminated when in portable mode 268 by clicking on the close window control, such as an X symbol 274 (FIG. 12).

When query task 272 determines that metaphor 111 is not to be terminated, program control loops back to task 250 to continue display of metaphor 111. However, when query task 272 determines that metaphor 111 is to be terminated process 110 proceeds to a task 276.

Task 276 causes second processor platform 24 to discontinue the display of metaphor 111 on display device 48. Following task 276, process 110 exits.

Referring to service response process 122 (FIG. 5), processor 62 (FIG. 1) of server system 26 performs query task 278. Query task 278 is complementary to query task 272 of display process 110. That is, processor 62 monitors for the termination of metaphor 111 in query task 272 and determines at query task 278 whether service should continue.

**14**

Communication instructions 88 (FIG. 1) executed by processor 62 includes a timing parameter, or clock, (not shown) that is started to allow for a continuous periodic check for continuation of service. In query task 278, when service is to continue, process 122 proceeds to a task 280. Task 280 causes server system 26, through the continued execution of communication instructions 88 at processor 62, to continue directing streaming media associated with metaphor 111 to second processor platform 24. Following task 280, process 122 loops back to query task 278 to continue the periodic check for continuation of service.

When query task 278 determines that service is to be discontinued, process 122 proceeds to a task 282. Task 282 causes server system 26 to terminate services. That is, task 282 causes server system 26 to discontinue directing streaming media associated with metaphor 111 to second processor platform 24. Following task 282, process 122 exits.

In summary, the present invention teaches of a method and system for adding function, such as streaming media or other media services to a Web page, through the implementation of a simple code module embedded in the HTML of the Web page. The code module is compatible with Web browsers which adhere to the standards for HyperText Transfer Protocol (HTTP) because it is implemented using a common subset of the current HTML standard command set. In addition, the code module is easily distributed through the Internet, and is readily copied and pasted into a Web page during Web page development activities, and undergoes automatic execution and registration with minimal effort by the Web page developer. The present invention is able to tailor the added function based on information about the Web page in which it is embedded and based on visitor specified preferences.

Although the preferred embodiments of the invention have been illustrated and described in detail, it will be readily apparent to those skilled in the art that various modifications may be made therein without departing from the spirit of the invention or from the scope of the appended claims. The specification and drawings are, accordingly, to be regarded in an illustrative rather than restrictive sense. Furthermore, although the present invention is described in connection with a media appliance metaphor for providing streaming audio, this is not intended to be limiting. For example, the metaphor may providing streaming video and other multimedia communication formats.

What is claimed is:

1. A method of operating a computer network to add function to a Web page comprising the steps of:

    downloading said Web page at a processor platform, said downloading step being performed by a Web browser;

    when said Web page is downloaded, automatically executing a first code module embedded in said Web page;

    said first code module issuing a first command to retrieve a second code module, via a network connection, from a server system;

    receiving, at said server system, first information characterizing said Web browser in response to said executing step;

    receiving, at said server system, second information characterizing said processor platform in response to said executing step;

    storing said first and said second information in a visitor database of said server system, said first and said second information being associated with a tracking index; assembling, at said server system, said second

US 6,594,691 B1

15

code module, said second code module containing a service response related to said Web page; said second code module being responsive to said first and second information;

downloading, in response to said first command, said code module to said processor platform; and

said first code module issuing a second command to initiate execution of said second code module at said processor platform.

2. A method as claimed in claim 1 wherein said Web browser employs HyperText Transfer Protocol (HTTP) and said first code module is generated in a HyperText Markup Language (HTML).

3. A method as claimed in claim 2 wherein said Web page is generated in said HTML, and said first code module includes a comment tag informing said Web browser to ignore said second command.

4. A method as claimed in claim 1 wherein said method further comprises the steps performed by said server system of:

receiving a Web address of said Web page;

determining if said Web page is registered with said server system; and

when said Web page is not registered, performing a registration of said Web page.

5. A method as claimed in claim 4 wherein said performing step comprises the steps of:

receiving said Web page at said server system;

extracting informational content of said Web page;

archiving said informational content of said Web page; and

producing a profile of said Web page in response to said extracting and archiving steps.

6. A method as claimed in claim 5, wherein said service response is related to said profile of said Web page, further comprising the steps of:

storing said service response in association with said Web address;

accessing said service response when said first code module issues said first command.

7. A method as claimed in claim 1 wherein said second code module includes a service response indicating a denial of service.

8. A method as claimed in claim 1 wherein said second code module includes a service response indicating a conditional service.

9. A method as claimed in claim 1 wherein said second code module includes a service response indicating a predetermined service.

10. A method as claimed in claim 1 further comprising the steps of:

applying said tracking index to said processor platform in response to said first and second information; and

using said tracking index at said server system to track and identify said processor platform.

11. A method as claimed in claim 10 further comprising the steps of:

appending visitor specified parameters to a visitor database entry for said first and said second information associated with said tracking index;

executing said second code module in response to said second command; and

presenting, at said processor platform, a service response having a conditional service characterized by said visitor specified parameters.

16

12. A method as claimed in claim 11 wherein prior to said downloading step, said method further comprises the steps of:

registering said first and second information characterizing said Web browser and said processor platform in said visitor database; and

establishing said visitor specified parameters.

13. A method as claimed in claim 1 further comprising the steps of:

executing said second code module in response to said second command; and

presenting a service response upon execution of said second code module.

14. A method as claimed in claim 13 wherein said service response is a metaphor, and said method further comprises the step of displaying said metaphor in connection with said Web page on said processor platform.

15. A method as claimed in claim 14 further comprising the step of customizing said metaphor to include a parameter set relevant to said Web page, said customized metaphor describing a conditional service presented upon execution of said second code module.

16. A method as claimed in claim 14 further comprising the steps of:

detaching said metaphor from said Web page; and

displaying said metaphor disassociated from said Web page.

17. A method as claimed in claim 13 further comprising the step of terminating said presenting step upon detection, at said server system, of a terminate service response indicator from said processor platform.

18. A method as claimed in claim 1 further comprising the steps of:

executing said second code module in response to said second command, said second code module including a Web address for a second Web page;

downloading information content from said second Web page at said processor platform; and

presenting said information content in a service response at said processor platform.

19. A computer readable code module for adding function to a Web page, said code module configured to be embedded in said Web page generated in a HyperText Markup Language (HTML) and configured for automatic execution when said Web page is downloaded to a client machine supporting a graphical user interface and a Web browser, said computer readable code module including:

means for communicating a Web address of said Web page to a server system via a network connection to initiate a download of a second computer readable code module to said client machine;

means for communicating first information characterizing said Web browser to said server system;

means for Communicating second information characterizing said client machine to said server system; means for assembling, at said server system, said second computer readable code module, said second computer readable code module containing a service response related to said Web page, said second computer readable code module being responsive to said first and second information;

means for downloading said second computer readable code module to said client machine;

means for initiating execution of said second computer readable code module following said download of said second computer readable code module; and

US 6,594,691 B1

17
18

means for providing a comment tag informing said Web browser to ignore said initiating means.

20. A computer readable code module as claimed in claim 19 wherein said code module is generated in said HTML.

21. A computer network comprising a first processor platform for maintaining a Web page accessible through a Web address, said Web page including a first code module embedded therein, and a second processor platform in communication with said first processor platform via a network connection, said second processor platform supporting a Web browser, said Web browser being configured to download said Web page and execute said first code module, wherein:

said first code module issues a first command to retrieve a second code module; and

said computer network further comprises a server system in communication with said second processor platform for receiving said first command, said server system including:

a database having stored therein a service response in association with said Web address;

a processor, in communication with said database, for assembling said second code module having said service response; and

means for communicating said second code module to said second processor platform, such that upon retrieving said second code module, said first code module issues a second command to initiate execution of said second code module at said second processor platform.

22. A computer network as claimed in claim 21 wherein said server system further comprises a memory element accessible by said processor, said memory element having instructions stored therein which, when executed by said processor, cause said processor to access said database to locate an entry in said database for said Web address, and when said entry is absent, said instructions cause said processor to receive said Web page, extract informational content of said Web page, archive said informational content in said database, and produce a profile of said Web page.

23. A computer network as claimed in claim 22 wherein said instructions further cause said processor to generate said entry for said Web address in said database, said entry including said service response related to said profile.

24. A computer network as claimed in claim 23 wherein said service response is a metaphor, and said instructions further cause said processor to establish a parameter set in response to said profile, said parameter set defining said metaphor.

25. A computer network as claimed in claim 21 wherein said server system further comprises:

means for receiving, from said second processor platform, first information related to said Web browser and second information related to said second processor platform, said receiving means being in communication with said receiving means; and

a memory element accessible by said processor, said memory element having instructions stored therein which, when executed by said processor, cause said processor to assemble said second code module in response to said first and second information.

26. A computer network as claimed in claim 21 wherein said server system further comprises:

means for receiving, from said second processor platform, first information related to said Web browser and second information related to said second processor platform, said processor being in communication with said receiving means;

a visitor database; and

a memory element accessible by said processor, said memory element having instructions stored therein which, when executed by said processor, cause said processor to apply a tracking index to said second processor platform for subsequent access by said server system and to generate an entry in said visitor database, said entry including said first and second information related to said tracking index.

27. A computer network as claimed in claim 26 wherein said server system further comprises:

an input element for receiving visitor specified parameters; and

means for amending said entry in said visitor database in response to said visitor specified parameters.

28. A computer network as claimed in claim 21 wherein said service response includes a second Web address for a second Web page, and said second code module includes said second Web address for subsequent download of information content from said second Web page by said Web browser of said second processor platform when said first code module issues said second command.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. : 6,594,691 B1                                        Page 1 of 1
DATED        : July 15, 2003
INVENTOR(S) : McCollum et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 7,
Line 32, insert the words -- (such as .com, .edu, .jp, .uk, etc.), -- and delete the words
-- (such as com, .edu., .jp, .uk, etc.), -- after the words "domain name extensions" and
before the words "and so forth."

Column 11,
Line 58, insert the words -- specified parameter -- and delete the words
-- specified; parameter -- after the words "include visitor" and before the words
"set 212, process"

Column 13,
Line 45, insert the words -- subsequent web page. -- and delete the words
-- subsequent. Web page. -- after the words "and downloads a" at the end of the
sentence.

Signed and Sealed this

Fourteenth Day of October, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

# EXHIBIT B

US007269636B2

(12) **United States Patent**
McCollum et al.

(10) **Patent No.:** US 7,269,636 B2
(45) **Date of Patent:** *Sep. 11, 2007

(54) **METHOD AND CODE MODULE FOR ADDING FUNCTION TO A WEB PAGE**

(75) Inventors: **Charles P. McCollum**, Phoenix, AZ (US); **Andrew L. Burgess, Jr.**, Desert Hills, AZ (US)

(73) Assignee: **Modavox, Inc.**, Phoenix, AZ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 721 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/612,480**

(22) Filed: **Jul. 1, 2003**

(65) **Prior Publication Data**

US 2004/0006605 A1 Jan. 8, 2004

**Related U.S. Application Data**

(63) Continuation of application No. 09/429,357, filed on Oct. 28, 1999, now Pat. No. 6,549,691.

(51) Int. Cl.
*G06F 15/16* (2006.01)
*G06F 15/173* (2006.01)

(52) U.S. Cl. .................. 709/218; 709/203; 709/217; 709/219; 709/223; 709/224; 709/225; 709/227; 709/228; 709/229

(58) Field of Classification Search ............... 709/203, 709/217, 218, 219, 223, 224, 225, 227, 228, 709/229

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,796,952 A * 8/1998 Davis et al. ................ 709/224

| | | | |
|---|---|---|---|
| 5,845,075 A | 12/1998 | Uhler et al. | |
| 5,903,727 A | 5/1999 | Nielsen | |
| 6,009,410 A | 12/1999 | LeMole et al. | |
| 6,112,240 A | 8/2000 | Pogue et al. | |
| 6,128,655 A | 10/2000 | Fields et al. | |
| 6,212,564 B1 | 4/2001 | Harter et al. | |
| 6,317,761 B1 | 11/2001 | Landsman et al. | |
| 6,327,609 B1 | 12/2001 | Ludewig et al. | |
| 6,401,134 B1 | 6/2002 | Razavi et al. | |
| 6,415,319 B1 | 7/2002 | Ambroziak | |
| 2005/0108626 A1* | 5/2005 | Ong ........................... 715/511 |

* cited by examiner

*Primary Examiner*—Nathan J. Flynn
*Assistant Examiner*—Ashok Patel
(74) *Attorney, Agent, or Firm*—Jordan M. Meschkow; Lowell W. Gresham; Charlene R. Jacobsen

(57) **ABSTRACT**

A computer network (20) includes a first processor (22) for maintaining a Web page (34) having an embedded first code module (36) and accessible through a Web address (38). A second processor (24) supports a Web browser (52) for downloading the Web page (34) and executing the first code module (36). When executed, the first code module (36) issues a first command (93) to retrieve a second code module (90) from a server system (26). The server system (26) includes a database (68) having a service response (162, 176, 186) associated with the Web address (38). A processor (62) assembles the second code module (90) having the service response (162, 176, 186). When the second code module (36) is retrieved, the first code module (36) issues a second command (106) to initiate execution of the second code module (90) to provide added function to the Web page (34).

29 Claims, 11 Drawing Sheets



U.S. Patent        Sep. 11, 2007        Sheet 1 of 11        US 7,269,636 B2



FIG. 1

| LINE NO. | 93 CODE |
|---|---|
| 1 | `<script src="http://bslserver.domainname.com/ cgi-bin/bslservercall.cgi>` 94 |
| 2 | `</script>` |
| 3 | `<script><!–` 102 |
| 4 | `BSLStart ();` 106 |
| 5 | `//–></script>` 102 |

92 — line 1
98 — line 2
100 — line 3
104 — line 4
108 — line 5

36

*FIG. 2*



FIG. 3



FIG. 4



FIG. 5



FIG. 6

| WEB ADDRESS FIELD | PROFILE FIELD | SERVICE RESPONSE FIELD | PARAMETER SET FIELD |
|---|---|---|---|
| URL 1 | RECREATION/ GOLF | DENIAL OF SERVICE | DENIAL CONTENT |
| URL 2 | TEXAS COOKING | CONDITIONAL SERVICE | CONDITIONAL CONTENT (INCLUDING URL 5) |
| URL 3 | WEDDING | PREDETERMINED SERVICE | PREDETERMINED CONTENT |
| URL 4 | FOOTBALL | PREDETERMINED SERVICE (FLAG-CONDITIONAL SERVICE FOR TRACKING INDEX 60) | PREDETERMINED CONTENT |
| ⋮ | | ⋮ | |
| URL n | | | |

150  152  154

162

160

174

184

234  176

FIG. 7    68

158
38
172
182
38
232

156
164
178
240
188
188
236



VISITOR REGISTRATION SUBPROCESS    196

APPLY TRACKING INDEX TO FIRST PLATFORM    198

GENERATE ENTRY IN VISITOR DATABASE TO STORE BROWSER AND PLATFORM INFO. IN ASSOCIATION WITH TRACKING INDEX    200

RETURN

FIG. 8

| 202 | 204 | 206 | |
|---|---|---|---|
| TRACKING INDEX | BROWSER ID | PLATFORM ID | VISITOR PREFERENCES |
| SECOND PLATFORM | BROWSER INFO | PLATFORM INFO | VISITOR SPECIFIED PATAMETER SET |
| | 56 | 58 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

210, 60 label the first two rows on the left. 208 labels VISITOR PREFERENCES, 212 labels VISITOR SPECIFIED PATAMETER SET.

FIG. 9

70



FIG. 10



FIG. 11



FIG. 12

US 7,269,636 B2

**1**

## METHOD AND CODE MODULE FOR ADDING FUNCTION TO A WEB PAGE

### RELATED INVENTION

The present invention is a continuation of "Method And System For Adding Function To A Web Page," U.S. patent application Ser. No. 09/429,357, filed 28 Oct. 1999, now U.S. Pat. No. 6,594,691 which is incorporated by reference herein.

### TECHNICAL FIELD OF THE INVENTION

The present invention relates to the field of computer networks. More specifically, the present invention relates to methods and systems for adding function to Web pages that are accessible through the Internet.

### BACKGROUND OF THE INVENTION

The worldwide network of computers commonly referred to as the "Internet" has seen explosive growth in the last several years. The Internet is expected to evolve with the adaptation of new forms of interactive technology applied to the basic Internet infrastructure which consists of many elements, not the least of which are the Web browser and Web page.

Groups of Web pages, forming Web sites, are evolving to a high level of sophistication at an staggering rate. Small to large corporations are taking advantage of this trend, and electronic commerce (E-Commerce), that is, business transactions taking place over the Internet is advancing at a rapid pace. It is highly desirable for those who would like to carry out commerce on the Internet to have a very sophisticated Web site that can perform numerous functions and services to an increasingly sophisticated class of Web site visitors. Such Web sites may desirably include such information services as searchable databases for price, stock, shipping, etc.; product information; competitive comparisons, and so forth.

In order for such information services to be successfully communicated to potential customers, it is imperative to garner the interest of large numbers of Internet users. As with more traditional forms of commerce, advertising plays an important role in attracting customers. Accordingly, what is needed is economical, yet effective, advertising and publicity in order to attract the interest of Internet users.

A recent advance in Web site technology is the addition of streaming media, as well as other more sophisticated functional enhancements, to Web sites. The concept of streaming media is defined broadly as audio and video being delivered to a Web site visitor in packets over the Internet. The streaming media can be delivered so quickly that audio sounds and/or graphic images can be heard and seen almost immediately, comparable in quality to commercial, over-the-air radio or television. Some examples of streaming media include banners, informational feeds using a "marquee", audio based commercials, and so forth.

Unfortunately, it is expensive to add such enhancements to Web sites. Bandwidth costs for delivering streaming media may be prohibitively expensive. In addition, there are problems associated with the complexity of producing the streaming media that is to be "broadcast" over the Web sites, and licensing of the streaming media if it is proprietary.

A typical example of adding function to a Web site is the addition of an "affiliate" program. An affiliate program, provided by a third party may be desired by the Web site

**2**

developer to add functionality to their Web site for the purpose of enhancing the appeal of the site or for revenue sharing in which they will receive a percentage of sales. In order to obtain such an affiliate program, the Web site developer may be required to register with the supplier of the affiliate program in order to obtain and execute the affiliate program in connection with his/her Web site. Unfortunately, such a registration process typically requires the Web site developer to fill out lengthy on-line electronic forms. Such forms may be cumbersome and so frustrating, that filling out such forms leads to their abandonment on the part of the Web site developer. If the Web site developer successfully manages to register, the Web site developer must then wait for the implementing code for the affiliate program to be e-mailed to him/her. Once the Web site developer receives the implementing code, the code is then copied and pasted onto the HyperText Markup Language (HTML) for the Web site where desired.

Unfortunately, universal capability with the Web browsers that subsequently access the Web site with the enhanced function provided by the affiliate program is limited. That is, even though a Web site developer has successfully added the implementing code for the affiliate program, all Web browsers accessing the Web site may not be able to interpret the affiliate program and the Web site visitor may not be able to experience the added function.

### SUMMARY OF THE INVENTION

Accordingly, it is an advantage of the present invention that a method and system for adding function to a Web page are provided.

It is another advantage of the present invention that a method and system are provided that are compatible with Web browsers which adhere to the standards for HyperText Transfer Protocol (HTTP).

It is another advantage of the present invention that a method and system are provided that add function to a Web page through an easily distributed software code module.

It is yet another advantage of the present invention that a method and system are provided that deliver services by client demand that are specific to predetermined parameters.

The above and other advantages of the present invention are carried out in one form by a method of operating a computer network to add function to a Web page. The method calls for downloading the Web page at a processor platform. When the Web page is downloaded, automatically executing a first code module embedded in the Web page. The first code module issues a first command to retrieve a second code module, via a network connection, from a server system, and the first code module issues a second command to initiate execution of the second code module at the processor platform.

The above and other advantages of the present invention are carried out in another form by a computer readable code module for adding function to a Web page. The code module is configured to be embedded in the Web page which is generated in a HyperText Markup Language (HTML), and is configured for automatic execution when the Web page is downloaded to a client machine supporting a graphical user interface and a Web browser. The computer readable code module includes means for communicating a Web address of the Web page to a server system via a network connection to initiate a download of a second computer readable code module to the client machine. The computer readable code module further includes means for communicating first information characterizing said Web browser to said server

US 7,269,636 B2

3

and means for communicating second information characterizing said client machine to said server. In addition, the computer readable code module includes means for initiating execution of said second computer readable code module following the download of the second computer readable code module and means for providing a comment tag informing the Web browser to ignore the initiating means.

BRIEF DESCRIPTION OF THE DRAWINGS

A more complete understanding of the present invention may be derived by referring to the detailed description and claims when considered in connection with the Figures, wherein like reference numbers refer to similar items throughout the Figures, and:

FIG. 1 shows a block diagram of a computer network in accordance with a preferred embodiment of the present invention;

FIG. 2 shows an exemplary computer readable code module in accordance with the preferred embodiment of the present invention;

FIG. 3 shows a flow chart of a Web page display process.

FIG. 4 shows an electronic display presenting a Web page including a media appliance metaphor;

FIG. 5 shows a flow chart of a service response provision process;

FIG. 6 shows a registration subprocess of the service response provision process;

FIG. 7 shows a Web address database generated by a server system of the computer network;

FIG. 8 shows a visitor registration subprocess of the service response provision process;

FIG. 9 shows a visitor database generated by the server system of the computer network;

FIG. 10 shows a visitor pre-registration process performed prior to the Web page display process of FIG. 3;

FIG. 11 shows the electronic display presenting the media appliance metaphor detached from the Web page; and

FIG. 12 shows the electronic display presenting another Web page including the media appliance metaphor.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. 1 shows a block diagram of a computer network 20 in accordance with a preferred embodiment of the present invention. Computer network 20 includes a first processor platform 22, a second processor platform 24, and a server system 26. First processor platform 22, second processor platform 24, and server system 26 are connected together via a network 28. In a preferred embodiment, network 28 is the Internet. However, network 28 can also represent a LAN, a WAN, a wireless cellular network, or a combination of a wireline and wireless cellular network. It should be readily apparent to those skilled in the art that computer network 20 also includes many more processors and server systems which are not shown for the sake of clarity.

First processor platform 22 includes a central processing unit (CPU) 30 and a memory 32. Memory 32 includes a Web page 34 in which a first code module 36 is embedded. A Web address 38 in memory 32 is associated with Web page 34. In a preferred embodiment, Web page 34 is generated in HyperText Markup Language (HTML). HTML is the authoring software language used on the Internet's World Wide Web for creating Web pages.

Web address 38 is a Universal Resource Locator (URL), or a string expression used to locate Web page 34 via

4

network 28. It should be readily apparent to those skilled in the art that first processor platform 22 also includes additional components such as input/output lines, a keyboard and/or mouse, and a display terminal which are not shown for the sake of clarity. In addition, memory 32 also contains additional information, such as application programs, operating systems, data, etc., which also are not shown for the sake of clarity.

Second processor platform 24 includes a CPU 40, a memory 42, input/output lines 44, an input device 46, such as a keyboard or mouse, a display device 48, such as a display terminal, and speakers 50. Memory 42 includes Web browser software 52 and a temporary memory 54. A first portion of memory 42 is designated for browser information (BROWSER INFO.) 56, and a second portion of memory 42 is designated for platform information (PLATFORM INFO.) 58. In addition, a third portion of memory 42 is designated for a tracking index 60, or cookie, which will be discussed in detail below. Those skilled in the art will understand that memory 42 also contains additional information, such as application programs, operating systems, data, etc., which are not shown in FIG. 1 for the sake of clarity.

Web browser 52 is software which navigates a web of interconnected documents on the World Wide Web via Internet 28. When a Web site, such as Web page 34, is accessed through Web address 38, Web browser 52 moves a copy of Web page 34 into temporary memory 54. Web browser 52 uses HyperText Transfer Protocol (HTTP) for communicating over Internet 28. In a preferred embodiment, Web browser 52 supports the HyperText Markup Language 1.0 standards, such as Netscape 2.0 and the Javascript 1.0 and above, Internet Explorer 3.0, and above, and the like.

Browser information 56 is information specific to Web browser 52. Browser information 56 includes, for example, make and version of Web browser 52, what plug-ins are currently present, and so forth. Platform information 58 is information specific to second processor platform 24. Platform information 58 includes, for example, make and version of platform 24, make and version of the operating system operating on platform 24, and so forth.

Server system 26 includes a processor (CPU) 62, a memory 64, a database structure 66 having a Web address database 68 and a visitor database 70, and a server structure 72 for accommodating streaming media servers 74 and other media servers 76. Ports 78 are in communication with server structure 72 and Internet 28 and are used by the Transmission Control Protocol/Internet Protocol (TCP/IP) transport protocol for providing communication across interconnected networks, between computers with diverse hardware architectures, and with various operating systems.

Memory 64 includes Web address database instructions 80, visitor database instructions 82, a common gateway interface program 84, code assembler instructions 86, and communication instructions 88. Web address database instructions 80 are executed by processor 62 for maintaining and accessing Web address database 68. Likewise, visitor database instructions 82 are executed by processor 62 for maintaining and accessing visitor database 70. CGI interface program 84 executes functions at server system 26 including among other things, checking if Web site 34 is registered. Code assembler instructions 86 are executed by processor 62 to assemble a second code module 90 which is subsequently communicated to second processor platform 24 through the execution of CGI interface program 84 and communication instructions 88. Second code module 90 is communicated from ports 78 over Internet 28 and downloaded to temporary memory 54 at second processor platform 24.

US 7,269,636 B2

5

FIG. 2 shows an example format of first code module 36 in accordance with the preferred embodiment of the present invention. First code module 36 is generated in HTML and embedded in the HTML of Web page 34 (FIG. 1) when a Web page developer designs Web page 34. In a preferred embodiment, first code module 36 is generally distributable. That is, first code module 36 may be distributed via Internet 28, and copied and pasted into a Web page during Web page development. First code module 36 executes enough functionality to act as a "bootstrap loader" in order to load second code module 90 (FIG. 1) into temporary memory 54 (FIG. 1) of second processor platform 24 (FIG. 1) for subsequent execution.

A first command line (LINE NO. 1) 92 contains an exemplary initialization for a first command 93, i.e., a script, that will activate a Web address 94 for contacting server system 26 (FIG. 1) and calls CGI program 84 into execution. In addition, first command line 92 communicates Web address 38 to server system 26 via a network connection 96 (FIG. 1) over Internet 28. CGI program 84 executes multiple functions at server system 26. For example, CGI program 84 checks to see whether or not Web page 34 is registered. In addition CGI program 84 initiates the downloading of second code module 90 to second processor platform 24. A second command line (LINE NO. 2) 98 terminates the script started with first command line 92.

A third command line (LINE NO. 3) 100 starts a new script. Third command line 100 also contains a comment tag 102 used to allow Web browser 52 to ignore a fourth command line (LINE NO. 4) 104. Fourth command line 104 contains a second command 106 that initiates execution of second code module 90 that was downloaded to temporary memory 54 of second processor platform 24. A fifth command line 108 terminates comment tag 102 and terminates the script begun on third command line 100.

FIG. 3 shows a flow chart of a Web page display process 110. Web page display process 110 is performed by second processor platform 24 to add function, such as streaming media or other media services to Web page 34 when downloaded to second processor platform 24.

With reference to FIG. 4, FIG. 4 shows display device 48 (FIG. 1) presenting Web page 34 with added function, namely with the added function of a media appliance metaphor 111 in response to the activities carried out in connection with Web page display process 110.

Media appliance metaphor 111 is a software device that exists in the realm of electronic communication and has a counterpart in the real world. When displayed with Web page 34 on display device 48 of second processor platform 24, media appliance metaphor 111 is a graphic representation of something that looks and behaves like a media appliance. In the exemplary embodiment, media appliance metaphor 111 represents a radio image. Other examples of media appliance metaphors include television images, computer images, computer game toy images, and so forth. When applied to Web page 34, media appliance metaphor 111 gives the visitor to Web page 34 the impression that they already know how to use the device because it looks and acts like something that they are already familiar with.

Metaphors take any form desired for which practical programming constraints can be met. This includes, but is not limited to interactive video games, network games, network information appliances such as web based telephones or call centers, and notification service appliances, like beepers. First code module 36 (FIG. 1) used to apply the metaphor on a Web page is a universal program interface,

6

and acts as a bootstrap loader capable of retrieving and executing programs suitable for such a purpose.

Although the present invention is described in connection with the presentation of media appliance metaphor 111 as applied to Web page 34, it need not be limited to such a media appliance metaphor. Rather, first code module 36 (FIG. 2) can be embedded in a Web page to be executed by a visiting processor platform in order to execute other code modules not associated with media appliance metaphors.

With reference back to FIG. 3, Web page display process 110 begins with a task 112. Task 112 causes Web browser 52 to download Web page 34 at second processor platform 24. In other words, Web browser 52 moves a copy of Web page 34, with the embedded first code module 36 into temporary memory 54 (FIG. 1) of second processor platform 24.

When Web page 34 is downloaded at second processor platform 24 in task 112, a task 114 is performed. Task 114 causes Web browser 52 to automatically execute first code module 36 embedded in Web page 34, a copy of which is now stored in temporary memory 54.

Following task 114, a task 116 is performed. At task 116, first code module 36 executes first command line 92 (FIG. 2) to retrieve second code module 90 by issuing first command 93 to activate Web address 94, contact server system 26 (FIG. 1), and call CGI program 84 into execution.

A task 118 is performed in connection with task 116. Task 118 causes second processor platform 24 to communicate Web address 38 to server system 26 through the execution of first command line 92, as discussed previously.

Next, a task 120 is performed. Like task 118, task 120 causes second processor platform 24 to communicate browser information 56 (FIG. 1) and platform information 58 (FIG. 1), through the execution of first command line 92, to server system 26. Following task 120, second processor platform 24 performs additional activities (not shown) pertinent to the downloading and presentation of Web page 34 on display device 48 (FIG. 1). Furthermore, as indicated by ellipses following task 120, and relevant to display process 110, second processor platform 24 awaits communication from server system 26 before display process 110 can proceed.

FIG. 5 shows a flow chart of a service response provision process 122 performed by server system 26 (FIG. 1) in response to display process 110 (FIG. 3). Process 122 begins with a task 124. Task 124 causes processor 62 (FIG. 1) of server system 26 to receive first command 93 (FIG. 3).

In response to receipt of first command 93 in task 124, a task 126 is performed. At task 126, server system 26 receives Web address 38 communicated by second processor platform 24 at task 118 (FIG. 3) of display process 110 (FIG. 3).

Following task 126, a query task 128 is performed. At query task 128, server system 26 determines if Web page 34 located by Web address 38 is previously registered. That is, processor 62 executes a portion of Web address database instructions 80 to access Web address database 68 in order to locate an entry in Web address database 68 corresponding to Web address 38.

When processor 62 determines that there is no entry in Web Address database 68 for Web address 38, process 122 proceeds to a task 130. Task 130 causes processor 62 of server system 26 to perform a registration subprocess.

FIG. 6 shows a registration subprocess 132 performed in response to task 130 of service response provision process 122 (FIG. 4). Registration subprocess 132 is performed by server system 26 to register Web page 34 with the controlling entity of server system 26. In addition, registration

US 7,269,636 B2

7

subprocess 132 is performed to determine a service response (discussed below) for Web page 34.

Registration subprocess 132 is performed automatically the first time that Web page 34 is downloaded at a processor platform. Desirably, registration subprocess 132 is invoked immediately following the design of Web page 34 by a Web page developer. For example, following the design of Web page 34, the Web page developer may download Web page 34 at a processor platform to review the graphical, textual, and audio content of Web page 34 before Web page 34 becomes generally accessible by visitors.

When query task 128 determines that there is no entry in Web address database 68 for Web address 38 (FIG. 1), server system 26 may schedule a time to perform registration subprocess 132. Alternatively, registration subprocess 132 may be performed at task 130 (FIG. 4) immediately upon acknowledgment that there is no entry in Web address database 68 (FIG. 1).

Registration subprocess 132 begins with a task 134. Task 134 causes server system 26 (FIG. 1) to retrieve Web page 34. Task 134 may also causes server system 26 to retrieve Web pages (not shown) that are nested in association with Web page 34.

In response to task 134, a task 136 is performed. Task 136 causes processor 62 of server system 26 execute a portion of Web address database instructions 80 to extract information content of Web page 34. The information content of Web page 34 is derived from all characters and words that are written on Web page 34, and that are publicly accessible. The information content may then be reduced by extracting informational metatags, or HTML tags, embedded in Web page 34 that are used to specify information about Web page 34. In particular, the "keyword" and "description" metatags usually contain words and description information that accurately describe Web page 34. Other informational content which may be extracted are links, other URLs, domain names, domain name extensions (such as .com, .edu., .jp, .uk, etc.), and so forth.

Following task 136, a task 138 is performed. Task 138 causes processor 62 to archive the information content 40 described in connection with task 136.

In response to extraction task 136 and archival task 138, a task 140 is performed. Task 140 causes processor 62 (FIG. 1) executing Web address database instructions 80 to produce a particular "signature" or profile of Web page 34. This profile is important for determining the nature of the interest by a visitor using second processor platform 24 to display Web page 34 from whence the profile is produced in order to perform a service response (discussed below) related to the profile.

Following task 140, a query task 142 is performed. Query task 142 determines whether or not Web page 34 can be registered. Processor 62 (FIG. 1) may determine that Web page 34 cannot be registered if the information content of Web page 34 is objectionable or otherwise unacceptable to be displayed with added function, i.e., media appliance metaphor 111 (FIG. 4). When query task 142 determines that Web page 34 is not to be registered, subprocess 132 proceeds to a task 144.

Task 144 causes processor 62 (FIG. 2) to form a service response indicating a denial of service. In a preferred embodiment, a desired service response is media appliance metaphor 111 functioning to provide streaming media, in this case music, along with Web page 34. However, with respect to task 144, the service response indicating denial of service may be the media appliance metaphor 111 having a slash through it. Alternatively, the service response may

8

simply be an absence of any media appliance metaphor. Following task 144, subprocess 132 proceeds to a task 146.

Referring to FIG. 7 in connection with task 146, FIG. 7 shows Web address database 68 of server system 26 (FIG. 1). Web address database 68 includes as a minimum, a Web address field 150, a Web page profile field 152, a service response field 154, and a parameter set field 156. Task 146 (FIG. 6) causes processor 62 (FIG. 1) to generate an entry, for example, a first exemplary entry 158, in Web address database 68. Web address field 150 is designated for a Web address, or URL. Profile field 152 contains the profile of the Web address produced in task 140 (FIG. 6) of registration subprocess 132. Service response field 154 is designated for a service response, and parameter set field 156 is designated for parameters used to assemble second code module 90 having the desired service response.

First entry 158 generated in response to task 144 (FIG. 6) includes Web address 38 identified simply as URL 1 in Web address field 150, a profile 160 in profile field 152 associated with URL 1 indicates Web page 34 as being directed toward RECREATION/GOLF. A service response 162 related to profile 160 indicating a denial of service is stored in service response field 154 for entry 158, and a denial content parameter set 164 associated with service response 162 are used to form an audible, visual, or other presentation of denial service response 162.

Referring back to query task 142 (FIG. 6) of registration subprocess 132, when query task 142 determines that Web page 34 is registered, subprocess 132 proceeds to a query task 166. At query task 166, processor 62 (FIG. 1) may execute a portion of Web address database instructions 80 to determine if a service response for Web page 34 is to be customized. That is, the Web page developer of Web page 34 has the option of customizing media appliance metaphor 111 (FIG. 4). Such customization may include, but is not limited to music formats tailored to fit the profile, or personality, of Web page 34, the appearance of metaphor 111, the names and formats of the radio channels, the banners that are displayed, the specific type of informational feeds, and so forth.

When processor 62 determines that the service response is to be customized, subprocess 132 proceeds to a task 168. At task 168, processor 62 (FIG. 1) establishes a parameter set for customization of media appliance metaphor 111 to be applied to Web page 34. The custom metaphor is defined by the parameter set. Establishment of the parameter set may be performed through a query exercise performed between server system 26 and the Web page developer of Web page 34. Customization can include references to commercials targeted to Web page 34, custom configuration data, custom Web page metaphor preferences, Web page owner preferences, and so forth.

In response to task 168, a task 170 is performed. Task 170 causes processor 62 to form a service response indicating conditional service, i.e., presentation of media appliance metaphor 111 that has been customized as a result of the activities associated with task 168. Following task 170, registration subprocess 132 proceeds to task 146 for generation of an entry in Web address database 68 (FIG. 7) to store the service response in association with the Web address.

Referring momentarily to FIG. 7, Web address database 68 includes a second exemplary entry 172. Second entry 172 generated in response to task 170 (FIG. 6) includes a Web address 38 in Web address field 150 identified simply as URL 2. A profile 174 in profile field 152 associated with URL 2 indicates Web page 34 as being directed toward

US 7,269,636 B2

**9**

TEXAS COOKING. A service response 176 related to profile 174 indicating conditional service is stored in service response field 154 for entry 172, and a conditional content parameter set 178 associated with conditional service response 176 is used to form an audible, visual, or other presentation of conditional service response 176.

With reference back to registration subprocess 132 (FIG. 6), when processor 62 determines at query task 166 the service response is not to be customized, registration subprocess 132 proceeds to a task 180. Task 180 causes processor 62 to form a service response indicating a predetermined, or default, service. Such a service response is determined by the entity controlling server system 26 (FIG. 1). In task 180, the controlling entity can determine the look and feel of media appliance metaphor 111 (FIG. 4), the particular audio format to be used with media appliance metaphor 111, for example a particular music type, the controls available to a visitor to Web page 34, and so forth.

Following task 180, subprocess 132 proceeds to task 146 where an entry is generated in Web address database 68 (FIG. 7) to store the service response in association with the web address. Again referring to Web address database 68 (FIG. 7), Web address database 68 includes a third exemplary entry 182. Third entry 182, generated in response to task 180 (FIG. 6), includes Web address 38 in Web address field 150 identified simply as URL 3. A profile 184 in profile field 152 associated with URL 3 indicates Web page 34 as being directed toward WEDDING. A service response 186 indicating a predetermined service is stored in service response field 154 for entry 182, and a predetermined content parameter set 188 associated with service response 186 is used to form an audible, visual, or other presentation of predetermined service response 186.

Following task 146 and the formation of service response 162 indicating denial of service, the formation of service response 176 indicating conditional service, or the formation of service response 186 indicating predetermined service, Web page 34 is registered, and subprocess 132 exits.

Referring back to service response provision process 122 (FIG. 5) following task 130 in which registration subprocess 132 (FIG. 6) has been performed, or when query task 128 determines that Web page 34 (FIG. 1) identified by Web address 38 (FIG. 1) has been previously registered, provision process 122 continues with a task 190.

Task 190 causes processor 62 (FIG. 1) to receive browser 45 information 56 (FIG. 1) and platform information 58 (FIG. 1) from second processor platform 24 (FIG. 1). As discussed previously, browser information 56 includes, for example, make and version of Web browser 52, what plug-ins are currently present, and so forth. Platform information 58 includes, for example, make and version of platform 24, make and version of the operating system operating on platform 24, and so forth.

In response to task 190, a query task 192 is performed. Query task 192 causes processor 62 to execute a portion of visitor database instructions 82 (FIG. 1) to determine if there is an entry in visitor database 70 related to browser information 56 and platform information 58. When query task 192 determines that there is no entry in visitor database 70, indicating that a user of second processor platform 24 has not previously downloaded a Web page containing first code module 36, provision process 122 proceeds to a task 194.

Task 194 causes processor 62 to further execute visitor database instructions 82 to perform a visitor registration subprocess. FIG. 8 shows a visitor registration subprocess 196 of service response provision process 122. Visitor registration subprocess 196 is performed for tracking visi-

**10**

tors to Web page 34. Visitor registration subprocess 196 generates visitor database 70 containing visitor demographics and interests that may be useful for targeting advertising and tailoring added function to Web pages.

Visitor registration subprocess 196 begins with a task 198. Task 198 causes server system 26 (FIG. 1) to apply tracking index 60 to second processor platform 24 via network connection 96. Tracking index 60, also known as a cookie, is a feature of HTTP that allows the entity controlling server system 26 to place information in memory 42 (FIG. 1) of second processor platform 24. Tracking index 60 allows server system 26 to both store and retrieve information on second processor platform 24. Tracking index 60 is persistent, meaning it remains in memory 42 (FIG. 1) of second processor platform 24 for subsequent use by server system 26. Since tracking index 60 is persistent, tracking index 60 can be used by server system 26 to track a visitor, using second processor platform 24, to any Web page that has embedded therein first code module 36.

In connection with task 198, a task 200 is performed. Task 200 causes processor 62 (FIG. 1) to generate an entry in visitor database 70 to store browser information 56 and platform information 58 in association with tracking index 60. Following task 200, visitor registration subprocess exits.

FIG. 9 shows visitor database 70 generated by server system 26 of computer network 20. Visitor database 70 includes as a minimum, a tracking index field 202, a browser ID field 204, a platform ID field 206, and a visitor preferences field 208. Task 200 (FIG. 8) causes processor 62 (FIG. 1) to generate a visitor database entry 210, in visitor database 70. Tracking index field 202 is designated for a tracking index, or cookie, such as tracking index 60 identifying second processor platform 24. Browser ID field 204 contains browser information 56 received in task 190 (FIG. 5) of provision process 122. Likewise, platform ID field 206 is designated for platform information 58 received in task 190. Visitor preferences field 208 is designated for an optional visitor specified parameter set 212 assembled in response to a visitor pre-registration process (discussed below).

Referring back to service response provision process 122 (FIG. 5), following task 194 in which visitor registration subprocess 196 is performed or when query task 192 determines that entry 210 (FIG. 9) is present in visitor database 70, process 122 proceeds to a query task 214.

Query task 214 determines if entry 210 includes visitor specified parameter set 212. As mentioned previously, visitor specified parameter set 212 may be present if second processor platform has previously performed a visitor pre-registration process.

FIG. 10 shows a visitor pre-registration process 216 performed prior to invoking Web page display process 110 (FIG. 3). Visitor pre-registration process 216 may be performed by a user of second processor platform 24 (FIG. 1) via an access account (not shown). Visitor pre-registration process 216 allows users to have some preference control over any added function, such as media appliance metaphor 111 (FIG. 4) that they may encounter when downloading Web pages having first code module 36 embedded therein.

Visitor pre-registration process 216 begins with a task 218. Task 218 causes processor 62 (FIG. 1) of server system 26 to receive a request (not shown) to pre-register from second processor platform 24. Such a request may be received over a communication link, such as network connection 96, via Internet 28, following the assignment of an access account to second processor platform 24.

In connection with task 218, a task 220 is performed. Task 220 causes processor 62 to receive browser information 56

11

and platform information 58 from second processor platform 24 via network connection 96.

Following task 220, a task 222 is performed. In a manner similar to task 198 of visitor registration process 196 (FIG. 8), server system 26 applies a tracking index or cookie, such as tracking index 60, to second processor platform 24.

Next a task 224 is performed. In task 224, processor 62 and second processor platform 24 perform an interactive process to obtain visitor specified parameters for establishing visitor specified parameter set 212 (FIG. 9). Such visitor specified parameters may include, for example, the appearance of specified metaphors, specific audio channels, format preferences, such as location on the Web page, size, color, and so forth.

Following task 224, a task 226 is performed. Task 226 causes processor 62, through the execution of visitor database instructions 82 (FIG. 1), to generate an entry, such as entry 210 (FIG. 9) in visitor database 70 to store browser information 56 and platform information 58 in association with tracking index 60.

In addition a task 228 is performed in connection with task 226. Task 228 causes processor 62, executing visitor database instructions 82, to append entry 210 with visitor specified parameter set 212, as illustrated in visitor database 70 (FIG. 9). Following task 228, visitor pre-registration process 216 exits.

Referring back to query task 214 of service response provision process 122 (FIG. 5), when processor 62 determines that entry 210 (FIG. 9) includes visitor specified parameter set 212 obtained through the execution of visitor pre-registration process 216 (FIG. 10), process 122 proceeds to a task 230.

Task 230 causes processor 62 to access Web address database 68 to amend a service response in service response field 154 (FIG. 7) to indicate a visitor specified conditional service is to be provided for second processor platform 24. Referring momentarily to Web address database 68 (FIG. 7), database 68 includes a fourth exemplary entry 232 for a Web address 38 identified simply as URL 4 in Web address field 150, a profile 234 in profile field 152 associated with URL 4 indicates Web page 34 as being directed toward FOOTBALL. Service response 186 indicating predetermined service is entered in service response field 154 for fourth entry 232, and predetermined content set 188 associated with service response 186 is entered in parameter set field 156.

In response to task 230, service response field 154 also includes a flag 236 associated with tracking index 60 indicating that predetermined service response 186 is amended to conditional service response 176 for second platform 24. Flag 236 indicates to processor 62 to access visitor preferences field 208 (FIG. 9) of visitor database 70 for visitor specified parameter set 212. Although, fourth exemplary entry 232 is shown having a predetermined service response 186, it should be readily understood that the service response may be a conditional response 176 (FIG. 7) in which the Web page designer has customized metaphor 111 (FIG. 4) during registration subprocess 132 (FIG. 6).

With reference back to process 122 (FIG. 5) following task 230 or when query task 214 determines that entry 210 (FIG. 9) of visitor database 70 does not include visitor specified parameter set 212, process 122 proceeds to a task 238.

Task 238 causes processor 62 to execute code assembler instructions 86 (FIG. 1) to assemble second code module 90. Second code module 90 is assembled by accessing the predetermined one of denial of service response 162 (FIG. 7), conditional service response 176 (FIG. 7), and predeter-

12

mined service response 186 (FIG. 7) from Web address database 68. In addition, second code module 90 is assembled in response to browser information 56 and platform information 58. In other words, second code module 90 is assembled to include the service response and to work with any combination of browser/platform systems.

This feature eliminates the need for an affiliate program to be hard coded, installed onto Web page 34, then tested and debugged by programmers. In addition, since second code module 90 is assembled in response to browser information 56, second code module 90 is compatible with Web browser 52 (FIG. 1) used by second processor platform 24 (FIG. 1).

Second code module 90 may also include another Web address 240, represented in parameter set field 156 of second entry 175 of Web address database 68 (FIG. 7). In this exemplary scenario, the media source (audio, video, graphics, banners, informational feed, etc.) originates from a platform (not shown) connected through Internet 28 (FIG. 1) whose location is specified by Web address 240.

Following assembly of second code module 90 in task 238, a task 242 is performed by server system 26. Task 242 causes processor 62 through the execution of CGI program 84 (FIG. 1), to communicate second code module 90 to second processor platform 24 via network connection 96. In addition, through the execution of appropriate communication instructions 88 (FIG. 1) and the execution of appropriate command and control protocols, processor 62 manages servers 72 (FIG. 1) in order to direct information content from the media source having Web address 240 to second processor platform 24.

Referring to Web page display process 110 (FIG. 3), display process 110 performs a task 244. Task 244 is complementary to task 242 of provision process 122. That is, as server system 26 communicates second code module 90 to second processor platform 24, task 244 causes platform 24 to receive, via network connection 96 (FIG. 1), second code module 90. Second code module is subsequently stored in temporary memory 54 (FIG. 1) of second processor platform 24.

Following receipt of second code module 90, process 110 proceeds to a task 246. Task 246 causes Web browser 52 (FIG. 1) to execute third command line 100 (FIG. 2) of first code module 36 containing comment tag 102. In addition, task 246 causes Web browser 52 to execute fourth command line 104 (FIG. 2) of first code module 36 issuing second command 106 to initiate the execution of second code module 90.

In response to issuing second command 106 in task 246, a task 248 is performed. Task 248 causes Web browser 52 to execute second code module 90.

In response to task 248, a task 250 is performed. Task 250 causes media appliance metaphor 111 (FIG. 4) to be applied to Web page 34 for display at display device 48 (FIG. 1). Of course, as discussed previously, if the service response is denial of service response 162, media appliance metaphor 111 may be presented with a slash through it or may be absent from Web page 34.

Referring to FIG. 4, the service response is media appliance metaphor 111 presenting a radio image. Through media appliance metaphor 111, streaming audio in the form of a radio channel 252 playing country music is provided and presented through speakers 50 (FIG. 1). Country radio channel 252 enhances the appeal of Web page 34 through an audio experience that compliments Web page 34 whose information content involves Texas Cooking. In connection with music provided through radio channel 252, commercials may be aired that are related to the information content

**13**

of Web page 34. Such commercials may include content relevant to Texas cooking, for example, food items, antacids, barbecues, and so forth. Thus, metaphor 111 is able to deliver targeted advertising to a visitor accessing Web page 34.

Metaphor 111 also includes additional controls. For example, a drop down menu 254 is provided for selection of a different radio channel. In addition, a control button 256 allows a user to forward and reverse radio channel 252, another control button 258 allows a user to play or pause radio channel 252, and a volume slide 260 allows a user to adjust the volume of radio channel 252. An arrow image 262 included in metaphor 111 activates a portable mode (discussed below).

In response to the display of metaphor 111 in task 250, a query task 264 is performed. Query task 264 causes second processor platform 24, operating through Web browser 52, to determine if a command is detected to detach metaphor 111 from Web page 34 in order to activate a portable mode. A portable mode may be selected when a user clicks on arrow image 262. When task 252 determines that the portable mode has been selected process 110 proceeds to a task 266.

Task 266 causes second processor platform 24 to display metaphor 111, in a portable mode, on a refreshed display. FIG. 11 shows electronic display 48 presenting media appliance metaphor 111 detached from the Web page 34 and appearing in a portable mode 268. In an exemplary embodiment, when arrow image 262 is clicked, metaphor 111 changes in appearance to portable mode 268. This change of appearance may reflect a predetermined response by server system 26 or visitor specified preferences set in visitor pre-registration process 216 (FIG. 10).

FIG. 12 shows electronic display 48 presenting a new Web page 270 downloaded at second processor platform 24 and including media appliance metaphor 111 in portable mode 268. Thus, although Web page 34 (FIG. 11) is no longer being display on electronic display 48, a user of second processor platform is still able to enjoy the information content supplied by metaphor 111.

Following task 266 and when query task 264 determines that metaphor 111 is not to be detached from Web page 34, a query task 272 is performed. Query task 272 determines if display of metaphor 111 is to be terminated. Metaphor 111 may be terminated when a user of second processor platform 24 does not detach metaphor 111 from Web page 34 and downloads a subsequent Web page. In another exemplary scenario, second processor platform 24 may be voluntarily or involuntarily disconnected from server system 26 through the execution of fifth command line 108 (FIG. 2) of first code module 36 terminating second command 106 (FIG. 2). In yet another exemplary scenario, metaphor 111 may be terminated when in portable mode 268 by clicking on the close window control, such as an X symbol 274 (FIG. 12).

When query task 272 determines that metaphor 111 is not to be terminated, program control loops back to task 250 to continue display of metaphor 111. However, when query task 272 determines that metaphor 111 is to be terminated process 110 proceeds to a task 276.

Task 276 causes second processor platform 24 to discontinue the display of metaphor 111 on display device 48. Following task 276, process 110 exits.

Referring to service response provision process 122 (FIG. 5), processor 62 (FIG. 1) of server system 26 performs query

**14**

task 278. Query task 278 is complementary to query task 272 of display process 110. That is, processor 62 monitors for the termination of metaphor 111 in query task 272 and determines at query task 278 whether service should continue.

Communication instructions 88 (FIG. 1) executed by processor 62 includes a timing parameter, or clock, (not shown) that is started to allow for a continuous periodic check for continuation of service. In query task 278, when service is to continue, process 122 proceeds to a task 280. Task 280 causes server system 26, through the continued execution of communication instructions 88 at processor 62, to continue directing streaming media associated with metaphor 111 to second processor platform 24. Following task 280, process 122 loops back to query task 278 to continue the periodic check for continuation of service.

When query task 278 determines that service is to be discontinued, process 122 proceeds to a task 282. Task 282 causes server system 26 to terminate services. That is, task 282 causes server system 26 to discontinue directing streaming media associated with metaphor 111 to second processor platform 24. Following task 282, process 122 exits.

In summary, the present invention teaches of a method and system for adding function, such as streaming media or other media services to a Web page, through the implementation of a simple code module embedded in the HTML of the Web page. The code module is compatible with Web browsers which adhere to the standards for HyperText Transfer Protocol (HTTP) because it is implemented using a common subset of the current HTML standard command set. In addition, the code module is easily distributed through the Internet, and is readily copied and pasted into a Web page during Web page development activities, and undergoes automatic execution and registration with minimal effort by the Web page developer. The present invention is able to tailor the added function based on information about the Web page in which it is embedded and based on visitor specified preferences.

Although the preferred embodiments of the invention have been illustrated and described in detail, it will be readily apparent to those skilled in the art that various modifications may be made therein without departing from the spirit of the invention or from the scope of the appended claims. The specification and drawings are, accordingly, to be regarded in an illustrative rather than restrictive sense. Furthermore, although the present invention is described in connection with a media appliance metaphor for providing streaming audio, this is not intended to be limiting. For example, the metaphor may providing streaming video and other multimedia communication formats.

What is claimed is:

1. A method of operating a computer network to add function to a Web page comprising:

downloading said Web page at a processor platform, said downloading step being performed by a Web browser;

when said Web page is downloaded, automatically executing a first code module embedded in said Web page;

said first code module issuing a first command to retrieve a second code module;

assembling, in response to said issuing operation, said second code module having a service response;

said first code module issuing a second command to initiate execution of said second code module; and

initiating execution of said second code module at said processor platform in response to said second command.

US 7,269,636 B2

15

2. A method as claimed in claim 1 wherein said first code module issues said first command to retrieve said second code module from a server system via a network connection.

3. A method as claimed in claim 1 wherein said assembling operation is performed at a server system, and said method further comprises downloading said second code module to said processor platform.

4. A method as claimed in claim 1 wherein said Web browser employs HyperText Transfer Protocol (HTTP), said first code module and said Web page are generated in a HyperText Markup Language (HTML), and said first code module includes a comment tag informing said Web browser to ignore said second command.

5. A method as claimed in claim 1 wherein said method further comprises:
receiving, at a server system, a Web address of said Web page;
determining if said Web page is registered with said server system; and
when said Web page is not registered, performing a registration of said Web page.

6. A method as claimed in claim 5 wherein said performing operation comprises:
receiving said Web page at said server system;
extracting informational content of said Web page;
archiving said informational content of said Web page; and
producing a profile of said Web page in response to said extracting and archiving steps.

7. A method as claimed in claim 6 wherein said service response is related to said profile of said Web page, and said method further comprises:
storing said service response in association with said Web address; and
accessing said service response when said first code module issues said command so that said service response is included in said second code module.

8. A method as claimed in claim 1 wherein said service response is one of a denial of service indication, a conditional service indication, and a predetermined service.

9. A method as claimed in claim 1 further comprising presenting said service response at said processor platform in response to said initiating operation.

10. A method as claimed in claim 9 further comprising terminating said presenting operation upon detection, at said server system, of a terminate service response indicator from said processor platform.

11. A method as claimed in claim 1 wherein said service response is a metaphor, and said method further comprises the step of displaying said metaphor in connection with said Web page on said processor platform.

12. A method as claimed in claim 11 further comprising the step of customizing said metaphor to include a parameter set relevant to said Web page, said customized metaphor describing a conditional service presented upon execution of said second code module.

13. A method as claimed in claim 1 further comprising the steps of:
executing said second code module in response to said initiating operation, said second code module including a Web address for a second Web page;
downloading information content from said second Web page at said processor platform; and
presenting said information content in said service response at said processor platform.

14. A method of operating a computer network to add function to a Web page comprising:

16

downloading said Web page at a processor platform, said downloading step being performed by a Web browser;
when said Web page is downloaded, automatically executing a first code module embedded in said Web page;
said first code module issuing a command to retrieve a second code module;
receiving, at a server system, information characterizing at least one of said processor platform and said Web browser;
assembling, in response to said issuing operation, said second code module having a service response, said assembling operation being performed at a server system, and said assembling operation assembling said second code module in response to said information;
downloading said second code module to said processor platform; and
initiating execution of said second code module at said processor platform.

15. A method as claimed in claim 14 further comprising storing said information in a visitor database of said server system, said information being associated with a tracking index.

16. A method as claimed in claim 15 further comprising the steps of:
applying said tracking index to said processor platform in response to said information; and
using said tracking index at said server system to track and identify said processor platform.

17. A method of operating a computer network to add function to a Web page comprising:
downloading said Web page at a processor platform, said downloading step being performed by a Web browser;
when said Web page is downloaded, automatically executing a first code module embedded in said Web page;
said first code module issuing a command to retrieve a second code module;
assembling, in response to said issuing operation, said second code module having a service response, said service response is a metaphor;
initiating execution of said second code module at said processor platform;
displaying said metaphor in connection with said Web page on said processor platform;
detaching said metaphor from said Web page; and
displaying said metaphor disassociated from said Web page.

18. A computer readable code module for adding function to a Web page, said code module configured to be embedded in said Web page generated in a HyperText Markup Language (HTML) and configured for automatic execution when said Web page is downloaded to a client machine supporting a graphical user interface and a Web browser, said computer readable code module including:
means for communicating a Web address of said Web page to a server system via a network connection to initiate a download of a second computer readable code module to said client machine;
means for commanding an assembly, at said server system, of said second computer readable code module containing a service response related to said Web page;
means for commanding a download of said second computer readable code module to said client machine;
means for initiating execution of said second computer readable code module following said download of said second computer readable code module; and

US 7,269,636 B2

17 | 18
---|---

means for providing a comment tag informing said Web browser to ignore said initiating means.

19. A computer readable code module as claimed in claim 18 further comprising means for communicating information characterizing at least one of said Web browser and said client machine to said server system so that said assembled second computer readable code module is responsive to said information.

20. A method of operating a computer network to add function to a Web page comprising:

downloading said Web page at a processor platform, said downloading operation being performed by a Web browser;

when said Web page is downloaded, automatically executing a first code module embedded in said Web page, wherein execution of said first code module initiates retrieval of a second code module;

receiving, at a server system, information from said processor platform;

providing, from said server system, said second code module having a service response, said service response being formed in response to said information;

downloading said second code module to said processor platform; and

initiating execution of said second code module at said processor platform.

21. A method as claimed in claim 20 wherein said information received at said server system characterizes at least one of said processor platform and said Web browser.

22. A method as claimed in claim 20 further comprising:

obtaining informational content of said Web page at said server system; and

determining said service response related to said informational content.

23. A method as claimed in claim 20 further comprising:

storing, at said server system, said service response in association with a Web address of said Web page; and

said providing operation accesses said service response associated with said Web address so that said service response is included in said second code module.

24. A method as claimed in claim 20 wherein said service response is one of a denial of service indication, a conditional service indication, and a predetermined service.

25. A method as claimed in claim 20 further comprising presenting said service response at said processor platform in response to said initiating operation.

26. A method as claimed in claim 25 further comprising terminating said presenting operation upon detection, at said server system, of a terminate service response indicator from said processor platform.

27. A method as claimed in claim 20 wherein said service response is a metaphor, and said method further comprises the step of displaying said metaphor in connection with said Web page on said processor platform.

28. A method as claimed in claim 27 further comprising:

detaching said metaphor from said Web page; and

displaying said metaphor disassociated from said Web page on said processor platform.

29. A method as claimed in claim 20 wherein said second code module includes a Web address for a second Web page, and said method further comprises:

downloading information content form said second Web page at said processor platform in response to said execution of said second code module; and

presenting said information content in said service response at said processor platform.

* * * * *