1 David R. Shaub (Cal. SBN 032322)
  Lisbeth Bosshart (Cal. SBN 201822
2 Stephen D. Morgan (Cal. SBN 239345)
  SHAUB & WILLIAMS LLP
3 12121 Wilshire Boulevard, Suite 205
  Los Angeles, CA 90025-1165
4 (310) 826-6678; (310) 826-8042 (fax)

5 Attorneys for Plaintiff, Modavox, Inc.



## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODAVOX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>YAHOO! INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. C09 05386<br><br>PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3-16 |

### FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Modavox, Inc. ("Plaintiff" or "MODAVOX") certifies that it has no parent corporation or publicly held corporation owning 10% or more of its stock.

### LOCAL RULE 3-16 DISCLOSURE OF

### NON-PARTY INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-16, Plaintiff Modavox certifies that it is not aware at this time of any persons, firms, partnerships, corporations (including parent

PLAINTIFF'S DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1 AND L.R. 3-16

corporations), or other entities having a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding in this case or any other kind of interest that could be substantially affected by the outcome of this case.

Dated: November 16, 2009        By: _____
Stephen D. Morgan,
Attorneys for Plaintiff,
MODAVOX, INC.

PLAINTIFF'S DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1 AND L.R. 3-16