RACHEL KREVANS (CA SBN 116421)
(rkrevans@mofo.com)
RICHARD S.J. HUNG (CA SBN 197425)
(rhung@mofo.com)
JIAN BIN (BEN) GAO (CA SBN 245734)
(jgao@mofo.com)

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
YAHOO! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MODAVOX, INC.,<br><br>                Plaintiff,<br><br>   v.<br><br>YAHOO! INC.,<br><br>                Defendant. | Case No. C-09-5386 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Filed: November 16, 2009<br>Trial: No Date Set |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-1(b), 7-12 and 16-2(e), the parties, by and through their |
| 2 | counsel, respectfully request that the Court grant, in the form of an Order, the parties' stipulated |
| 3 | request to continue the initial case management conference.  In support of this stipulated request, |
| 4 | the parties state as follows: |
| 5 | WHEREAS, Plaintiff filed the Complaint on November 16, 2009; |
| 6 | WHEREAS, on January 28, 2010, the Court entered an Order Setting Initial Case |
| 7 | Management Conference ("Scheduling Order"); |
| 8 | WHEREAS, the Scheduling Order set an initial case management conference for March 5, |
| 9 | 2010; |
| 10 | WHEREAS, the Parties filed their respective ADR Certifications and Stipulation |
| 11 | Selecting ADR Process on February 2, 2010; |
| 12 | WHEREAS, Plaintiff filed the First Amended Complaint on February 4, 2010; |
| 13 | WHEREAS, in light of the recently filed Amended Complaint, and due to scheduling |
| 14 | conflicts, counsel request the Court's permission to continue the March 5, 2010 initial case |
| 15 | management conference for two weeks until March 19, 2010. |
| 16 | /// |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

1 | NOW THEREFORE, the parties hereby stipulate and respectfully request the Court enter an Order as follows:

1. The Initial Case Management Conference currently scheduled for March 5, 2010 is hereby continued to March 19, 2010; and

2. The joint case management statement shall be due on March 12, 2010.

Dated: February 9, 2010

| **SHAUB WILLIAMS LLP** | **MORRISON & FOERSTER LLP** |
|---|---|
| By: ___Stephen D. Morgan_____ | By: ___Richard S.J. Hung_____ |
| David R. Shaub<br>Lisbeth Bosshart-Merrill<br>Stephen D. Morgan<br>12121 Wilshire Boulevard, Suite 205<br>Los Angeles, CA 90025-1165<br>Telephone: (310) 826-6678<br>Facsimile: (310) 826-8042<br>lawfirm@sw-law.com | Rachel Krevans<br>Richard S.J. Hung<br>Jian Bin (Ben) Gao<br>425 Market Street<br>San Francisco, California 94105<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br>rkrevans@mofo.com<br>rhung@mofo.com<br>jgao@mofo.com |
| *Attorneys for Plaintiff Modavox, Inc.* | |
| | *Attorneys for Defendant Yahoo! Inc.* |

### ATTESTATION OF E-FILED SIGNATURE

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this STIPULATION AND PROPOSED ORDER. In compliance with General Order 45, X.B., I hereby attest that each signatory to this document has concurred to its filing.

Dated: February 9, 2010     By: /s/ Richard S.J. Hung
                                Richard S.J. Hung

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____February 16__, 2010     _____
                                           The Honorable Charles R. Breyer
                                           United States District Judge

*IT IS SO ORDERED* — Judge Charles R. Breyer

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
sf-2800454