RACHEL KREVANS (CA SBN 116421)
(rkrevans@mofo.com)
RICHARD S.J. HUNG (CA SBN 197425)
(rhung@mofo.com)
JIAN BIN (BEN) GAO (CA SBN 245734)
(jgao@mofo.com)

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
YAHOO!, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MODAVOX, INC.,<br><br>            Plaintiff,<br><br>   v.<br><br>YAHOO!, INC.,<br><br>            Defendant. | Case No. C-09-5386 ~~EDL~~ **CRB**<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, that Defendant Yahoo!, Inc.'s time to move, answer, or otherwise respond to the complaint filed in the above-captioned matter is hereby extended through and including February 26, 2010.

//

//

//

//

//

| | | |
|---|---|---|
| Dated: February 18, 2010 | | MORRISON & FOERSTER LLP |

By: /s/ Richard S.J. Hung
Richard S.J. Hung

Attorneys for Defendant
YAHOO!, INC.

Dated: February 18, 2010    SHAUB & WILLIAMS LLP

By: /s/ Stephen David Morgan
Stephen David Morgan

Attorneys for Plaintiff
MODAVOX, INC.

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this STIPULATION AND PROPOSED ORDER. In compliance with General Order 45, X.B., I hereby attest that each signatory to this document has concurred to its filing.

Dated: February 18, 2010    By: /s/ Richard S.J. Hung
Richard S.J. Hung

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____ February 19 _, 2010    _____
The Honorable Charles R. Breyer
United [States District Judge]

IT IS SO ORDERED
Judge Charles R. Breyer