David R. Shaub (Cal. SBN 032322)
Lisbeth Bosshart (Cal. SBN 201822
Stephen D. Morgan (Cal. SBN 239345)
SHAUB & WILLIAMS LLP
12121 Wilshire Boulevard, Suite 205
Los Angeles, CA 90025-1165
(310) 826-6678; (310) 826-8042  (fax)

Attorneys for Plaintiff, Modavox, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODAVOX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>YAHOO! INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. C-09-5386-EDL<br>(Hon. Charles R. Breyer)<br><br>**STIPULATION TO EXTEND THE HEARING DATE, AND ALL DATES ATTENDANT THERETO, REGARDING DEFENDANT'S RENEWED MOTION FOR A MORE DEFINITE STATEMENT**<br><br>Filed: November 16, 2009<br>Trial: No date set |

WHEREAS, Defendant Yahoo! Inc. ("Yahoo!") filed its Renewed Motion for A More Definite Statement under Rule 12(e) on February 26, 2010 ("Motion"), setting a hearing on said Motion for April 9, 2010; and

WHEREAS, counsel for Plaintiff Modavox, Inc. ("Modavox") and Yahoo! have met and conferred and the parties desire to preserve the resources of the Court and the parties;

WHEREAS, Plaintiff Modavox, Inc. ("Modavox") desires to file an amended complaint in response to Yahoo!'s Motion, rather than filing an opposition thereto, and Yahoo! desires that Modavox file such an amended complaint, rather than an opposition; and

WHEREAS, Plaintiff Modavox and Defendant Yahoo! are considering language for the amended complaint that satisfies Yahoo!'s concerns as raised in its motion, but need more time to review Plaintiff Modavox's proposed amended complaint in response to Yahoo's Motion.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that:

1. The hearing on Yahoo!'s Motion, currently set for April 9, 2010 at 10:00 a.m., shall be extended to April 16, 2010 at 10:00 am.

2. The due date for Modavox's opposition, currently due March 19, 2010, shall be extended to March 26, 2010

3. The due date for Yahoo!'s reply, currently due March 26, 2010, shall be extended to April 2, 2010.

Dated: March 17, 2010          MORRISON & FOERSTER LLP

By: /s/ Richard S.J. Hung
    Richard S.J. Hung

Attorneys for Defendant
YAHOO!, INC.

Dated: March 17, 2010          SHAUB & WILLIAMS LLP

By: /s/ Stephen David Morgan
    Stephen David Morgan

Attorneys for Plaintiff
MODAVOX, INC.

**ATTESTATION OF E-FILED SIGNATURE**

I, Stephen D. Morgan, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that each signatory to this document has concurred to its filing.

Dated: March 17, 2010            By: /s/ Stephen D. Morgan

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____03/19____, 2010

_____
The Honorable Charles R. Breyer,
United States District Judge



**STIPULATION**