David R. Shaub (Cal. SBN 032322)
Lisbeth Bosshart (Cal. SBN 201822
Stephen D. Morgan (Cal. SBN 239345)
SHAUB & WILLIAMS LLP
12121 Wilshire Boulevard, Suite 205
Los Angeles, CA 90025-1165
(310) 826-6678; (310) 826-8042 (fax)
lawfirm@sw-law.com
Attorneys for Plaintiff, Modavox, Inc.

RACHEL KREVANS (CA SBN 116421)
(RKrevans@mofo.com)
RICHARD S.J. HUNG (CA SBN 197425)
(RHung@mofo.com)
JIAN BIN (BEN) GAO (CA SBN 245734)
(JGao@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Attorneys for Defendant
YAHOO!, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODAVOX, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>YAHOO! INC., a Delaware Corporation,<br><br>　　　　　Defendant. | CASE NO. C-09-5386-EDL<br>(Hon. Charles R. Breyer)<br><br>**STIPULATION PERMITTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT AND TAKING DEFENDANT'S RENEWED MOTION FOR A MORE DEFINITE STATEMENT UNDER RULE 12(e) OFF CALENDAR**<br><br>Filed: November 16, 2009<br>Trial: No date set |

///

///

///

WHEREAS, Defendant Yahoo! Inc. ("Yahoo!") filed its Renewed Motion for A More Definite Statement under Rule 12(e) on February 26, 2010 ("Motion"), setting a hearing on said Motion for April 9, 2010, which said hearing has since been continued to April 16, 2010; and

WHEREAS, counsel for Plaintiff Modavox, Inc. ("Modavox") and Yahoo! have met and conferred and the parties desire to preserve the resources of the Court and the parties; and

WHEREAS, Modavox desires to file a Second Amended Complaint in response to Yahoo!'s Motion, rather than filing an opposition thereto, and Yahoo! desires that Modavox file such Second Amended Complaint, rather than an opposition; and

WHEREAS, counsel for Modavox and Yahoo! have met and conferred regarding Modavox's proposed Second Amended Complaint and agree that Yahoo!'s Motion may be taken off calendar.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that:

1. Modavox will file and serve its Second Amended Complaint on or before March 26, 2010, and Yahoo! consents to the filing and service thereof.

2. The hearing on Yahoo!'s Motion, currently set for April 16, 2010 at 10:00 a.m., shall be taken off calendar.

| | | |
|---|---|---|
| Dated: March 24, 2010 | | MORRISON & FOERSTER LLP |

By: /s/ Richard S.J. Hung
Richard S.J. Hung

Attorneys for Defendant
YAHOO!, INC.

Dated: March 24, 2010                SHAUB & WILLIAMS LLP

By: /s/ Stephen David Morgan
Stephen David Morgan

Attorneys for Plaintiff
MODAVOX, INC.

## ATTESTATION OF E-FILED SIGNATURE

I, Stephen D. Morgan, am the ECF User whose ID and password are being used to file this STIPULATION AND PROPOSED ORDER. In compliance with General Order 45, X.B., I hereby attest that each signatory to this document has concurred to its filing.

Dated: March 24, 2010                By: /s/ Stephen D. Morgan

Signed: March 29, 2010

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA