David R. Shaub (Cal. SBN 032322)
Lisbeth Bosshart (Cal. SBN 201822
Stephen D. Morgan (Cal. SBN 239345)
SHAUB & WILLIAMS LLP
12121 Wilshire Boulevard, Suite 205
Los Angeles, CA 90025-1165
(310) 826-6678; (310) 826-8042  (fax)

Attorneys for Plaintiff, Modavox, Inc.

SHAUB & WILLIAMS LLP
12121 WILSHIRE BLVD. STE. 205
LOS ANGELES, CA. 90025
(310) 826-6678  FAX (310) 826-8042
LAWFIRM@SW-LAW.COM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODAVOX, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>  v.<br><br>YAHOO! INC., a Delaware Corporation,<br><br>            Defendant. | CASE NO. C-09-5386-CRB<br>(Hon. Charles R. Breyer)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO HAVE CASE CAPTION CHANGED, REPLACING PLAINTIFF'S PRESENT CORPORATE NAME, MODAVOX, INC., WITH ITS NEW CORPORATE NAME, AUGME TECHNOLOGIES, INC.**<br><br>Filed: November 16, 2009<br>Trial: No date set |

IT IS HEREBY ORDERED THAT:

The case caption in this case shall be changed to reflect the name change of

Plaintiff from "MODAVOX, INC., a Delaware Corporation" to "AUGME

TECHNOLOGIES, INC., a Delaware Corporation."

DATED: ____ March 29 , 2010

Honorable C
United State

*IT IS SO ORDERED*

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S
REQUEST FOR NAME CHANGE FROM MODAVOX,
INC. TO AUGME TECHNOLOGIES, INC.