1 | RACHEL KREVANS (CA SBN 116421)
(rkrevans@mofo.com)
2 | RICHARD S.J. HUNG (CA SBN 197425)
(rhung@mofo.com)
3 | DANIEL P. MUINO (CA SBN 209624)
(dmuino@mofo.com)
4 | JIAN BIN (BEN) GAO (CA SBN 245734)
(jgao@mofo.com)
5 | MORRISON & FOERSTER LLP
425 Market Street, 32nd Fl.
6 | San Francisco, California 94105-2482
Telephone: (415) 268-7000
7 | Facsimile: (415) 268-7522

8 | Attorneys for Defendant YAHOO! INC.

10  UNITED STATES DISTRICT COURT

11  NORTHERN DISTRICT OF CALIFORNIA

12  SAN FRANCISCO DIVISION

14 | AUGME TECHNOLOGIES, INC.,                 Case No.   C-09-5386 JCS

15 |             Plaintiff,                    **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR THE PARTIES' EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE**

16 |     v.

17 | YAHOO! INC.,

18 |             Defendant

19 |                                           Hon. Joseph C. Spero
    AND RELATED COUNTERCLAIMS
20

1  Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the parties, through their undersigned
2  counsel, hereby stipulate, subject to the Court's approval, as follows:
3  WHEREAS, this action was filed on November 16, 2009 (Docket No. 1);
4  WHEREAS, this action was reassigned to the Honorable Joseph C. Spero on April 20,
5  2010 (Docket No. 45);
6  WHEREAS, the Court entered a Case Management and Pretrial Order on May 12, 2010
7  ("CMC Order") (Docket No. 50);
8  WHEREAS, the CMC Order requires the parties to exchange their Preliminary Claim
9  Construction and Extrinsic Evidence pursuant to Patent L.R. 4-2 on October 18, 2010;
10  WHEREAS, the parties have stipulated to extend the date for the exchange of their
11  respective Preliminary Claim Construction and Extrinsic Evidence by one week, to October 25,
12  2010;
13  WHEREAS, the parties have agreed that no other scheduled dates in this action will be
14  changed due to this extension;
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

THEREFORE, for the reasons set forth more fully in the accompanying declaration of Daniel P. Munio, the parties request the entry of an order extending the deadline for the parties to exchange their respective Preliminary Claim Construction and Extrinsic Evidence pursuant to Patent L.R. 4-2 by seven (7) calendar days, to October 25, 2010.

Dated: October 15, 2010          MORRISON & FOERSTER LLP

                                 By:  */s/ Daniel P. Muino*
                                      Daniel P. Muino

                                 Attorneys for Defendant
                                 YAHOO! INC.

Dated: October 15, 2010          SHAUB & WILLIAMS LLP

                                 By:  */s/ David G. Rosenbaum*
                                      David G. Rosenbaum

                                 Attorneys for Plaintiff
                                 AUGME TECHNOLOGIES, INC.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____, 2010

                                 _____
                                 JOSEPH C. SPERO
                                 UNITED STATES MAGISTRATE JUDGE

**ECF ATTESTATION**

I, Daniel P. Muino, am the ECF User whose ID and Password are being used to file this

**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR THE PARTIES' EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE PURSUANT TO PATENT L.R. 4-2.**

In compliance with General Order 45, X.B., I hereby attest that each signatory to this document has concurred to its filing.

Dated: October 15, 2010        MORRISON & FOERSTER LLP

                               By:  /s/ *Daniel P. Muino*
                                    Daniel P. Muino

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR THE PARTIES TO EXCHANGE PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE
sf-2908458

1