1  RACHEL KREVANS (CA SBN 116421)
   (rkrevans@mofo.com)
2  RICHARD S.J. HUNG (CA SBN 197425)
   (rhung@mofo.com)
3  DANIEL P. MUINO (CA SBN 209624)
   (dmuino@mofo.com)
4  JIAN BIN (BEN) GAO (CA SBN 245734)
   (jgao@mofo.com)
5  MORRISON & FOERSTER LLP
   425 Market Street, 32nd Fl.
6  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
7  Facsimile: (415) 268-7522

8  Attorneys for Defendant YAHOO! INC.

10  UNITED STATES DISTRICT COURT

11  NORTHERN DISTRICT OF CALIFORNIA

12  SAN FRANCISCO DIVISION

14  AUGME TECHNOLOGIES, INC.,  |  Case No.  C-09-5386 JCS

15           Plaintiff,  |  **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR THE PARTIES' EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE**

16       v.

17  YAHOO! INC.,

18           Defendant

19  AND RELATED COUNTERCLAIMS

Hon. Joseph C. Spero

1       Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the parties, through their undersigned counsel, hereby stipulate, subject to the Court's approval, as follows:

      WHEREAS, this action was filed on November 16, 2009 (Docket No. 1);

      WHEREAS, this action was reassigned to the Honorable Joseph C. Spero on April 20, 2010 (Docket No. 45);

      WHEREAS, the Court entered a Case Management and Pretrial Order on May 12, 2010 ("CMC Order") (Docket No. 50);

      WHEREAS, the CMC Order requires the parties to exchange their Preliminary Claim Construction and Extrinsic Evidence pursuant to Patent L.R. 4-2 on October 18, 2010;

      WHEREAS, the parties have stipulated to extend the date for the exchange of their respective Preliminary Claim Construction and Extrinsic Evidence by one week, to October 25, 2010;

      WHEREAS, the parties have agreed that no other scheduled dates in this action will be changed due to this extension;

//
//
//
//
//
//
//
//
//
//
//
//
//
//

STIPULATION AND [~~PROPOSED~~] ORDER ENLARGING TIME FOR THE PARTIES' EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE
sf-2908458      Case No. C-09-5386 JCS

2

1  THEREFORE, for the reasons set forth more fully in the accompanying declaration of
2  Daniel P. Munio, the parties request the entry of an order extending the deadline for the parties to
3  exchange their respective Preliminary Claim Construction and Extrinsic Evidence pursuant to
4  Patent L.R. 4-2 by seven (7) calendar days, to October 25, 2010.

Dated: October 15, 2010  MORRISON & FOERSTER LLP

By:  /s/ Daniel P. Muino
     Daniel P. Muino

Attorneys for Defendant
YAHOO! INC.

Dated: October 15, 2010  SHAUB & WILLIAMS LLP

By:  /s/ David G. Rosenbaum
     David G. Rosenbaum

Attorneys for Plaintiff
AUGME TECHNOLOGIES, INC.

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 10/18, 2010

_____
UNITED STATES MAGISTRATE JUDGE
Judge Joseph C. Spero

STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR THE PARTIES' EXCHANGE OF
PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE
sf-2908458                                                                                            3
                                                                              Case No. C-09-5386 JCS

| | |
|---|---|
| 1 | **ECF ATTESTATION** |
| 2 | I, Daniel P. Muino, am the ECF User whose ID and Password are being used to file this |
| 3 | **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR THE PARTIES' EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE PURSUANT TO PATENT L.R. 4-2.** |

In compliance with General Order 45, X.B., I hereby attest that each signatory to this document has concurred to its filing.

Dated: October 15, 2010         MORRISON & FOERSTER LLP

                                By:  /s/ *Daniel P. Muino*
                                     Daniel P. Muino

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR THE PARTIES TO EXCHANGE PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE
sf-2908458

1