Case3:09-cv-05386-JCS Document66 Filed10/25/10 Page1 of 3

RACHEL KREVANS (CA SBN 116421)
(rkrevans@mofo.com)
RICHARD S.J. HUNG (CA SBN 197425)
(rhung@mofo.com)
DANIEL P. MUINO (CA SBN 209624)
(dmuino@mofo.com)
JIAN BIN (BEN) GAO (CA SBN 245734)
(jgao@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street, 32nd Fl.
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant YAHOO! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUGME TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>YAHOO! INC.,<br><br>Defendant<br><br>AND RELATED COUNTERCLAIMS | Case No. C-09-5386 JCS<br><br>**DECLARATION OF DANIEL P. MUINO IN SUPPORT OF THE PARTIES' STIPULATED REQUEST FOR AN ORDER ENLARGING TIME PURSUANT TO CIV. L.R. 6-1(B) AND 6-2**<br><br>Hon. Joseph C. Spero |

DECLARATION OF DANIEL P. MUINO IN SUPPORT OF THE PARTIES' STIPULATED REQUEST FOR AN ORDER ENLARGING TIME PURSUANT TO CIV. L.R. 6-1(B) AND 6-2
sf-2912147

1

Case3:09-cv-05386-JCS Document66 Filed10/25/10 Page2 of 3

I, Daniel P. Muino, do hereby declare as follows:

1. I am an attorney at the law firm Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105, counsel of record in this action for defendant Yahoo! Inc.

2. I submit this declaration based on personal knowledge in support of the parties' Stipulated Request for Order Enlarging Time Pursuant to Civ. L.R. 6-1(b) and 6-2.

3. On Friday, October 22, 2010, counsel for Augme Technologies, Inc. ("Augme"), David R. Shaub emailed me and my colleagues about extending, by one week, the deadline for the parties' exchange of Preliminary Claim Construction and Extrinsic Evidence pursuant to Patent L.R. 4-2, currently set on October 25, 2010. (*See* Docket No. 64.) The parties discussed the requested extension, and the corresponding necessity to extend the due date of the parties' subsequent Joint Claim Construction and Pre-hearing Statement, in several follow-up emails on Friday and the following Monday, October 25, 2010.

4. The parties agreed during those communications that an extension for the parties' exchange of Preliminary Claim Construction and Extrinsic Evidence is desirable to allow the parties sufficient time to carefully draft proposed claim constructions and to gather evidence in support of the proposed constructions. The parties also agreed that a corresponding extension for the filing of their Joint Claim Construction and Pre-hearing Statement is desirable to both allow the parties sufficient time to confer and narrow the differences in their claim construction positions and to avoid the Thanksgiving Holiday.

5. Hence, the parties agreed to extend the deadline for the exchange of their Preliminary Claim Construction and Extrinsic Evidence by one week, from October 25, 2010 to November 1, 2010, and to extend the deadline for the filing of their Joint Claim Construction and Pre-hearing Statement by three weeks, from November 12, 2010 to December 3, 2010. These two extensions will not affect any other deadline in this action.

6. Regarding previous time modifications in this case: the parties have previously agreed to extend defendant's time to answer the complaint and the first amended complaint, as the defendant was preparing a FRCP 12 motion against each. (*See* Docket Nos. 9, 10, 27 and 29.) The parties also stipulated to extend the date of an initial Case Management

DECLARATION OF DANIEL P. MUINO IN SUPPORT OF THE PARTIES' STIPULATED REQUEST FOR AN ORDER ENLARGING TIME PURSUANT TO CIV. L.R. 6-1(B) AND 6-2
sf-2912147
2

Case3:09-cv-05386-JCS Document66 Filed10/25/10 Page3 of 3

Conference as they were conferring regarding the sufficiency of plaintiff's First Amended Complaint. (*See* Docket No. 26). In addition, the parties extended the briefing schedule and hearing date of defendant's Motion for a More Definite Statement, filed in response to plaintiff's First Amended Complaint, in order to enable plaintiff to file a Second Amended Complaint instead of an opposition. (*See* Docket No. 33.) Finally, the parties had previously extended the date for exchanging their Preliminary Claim Construction and Extrinsic Evidence by one week. (*See* Docket No. 64.)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 25, 2010 in San Francisco, California.

/s/ *Daniel P. Muino*
Daniel P. Muino

DECLARATION OF DANIEL P. MUINO IN SUPPORT OF THE PARTIES' STIPULATED REQUEST FOR AN ORDER ENLARGING TIME PURSUANT TO CIV. L.R. 6-1(B) AND 6-2
sf-2912147

3