1  RACHEL KREVANS (CA SBN 116421)
   (rkrevans@mofo.com)
2  RICHARD S.J. HUNG (CA SBN 197425)
   (rhung@mofo.com)
3  DANIEL P. MUINO (CA SBN 209624)
   (dmuino@mofo.com)
4  JIAN BIN (BEN) GAO (CA SBN 245734)
   (jgao@mofo.com)
5  MORRISON & FOERSTER LLP
   425 Market Street, 32nd Fl.
6  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
7  Facsimile: (415) 268-7522

8  Attorneys for Defendant YAHOO! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUGME TECHNOLOGIES, INC., | Case No. C-09-5386 JCS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR EXCHANGING PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE AND FILING JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT** |
| v. | |
| YAHOO! INC., | |
| Defendant | |
| AND RELATED COUNTERCLAIMS | Hon. Joseph C. Spero |

1     Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the parties, through their undersigned counsel, hereby stipulate, subject to the Court's approval, as follows:

    WHEREAS, this action was filed on November 16, 2009 (Docket No. 1);

    WHEREAS, this action was reassigned to the Honorable Joseph C. Spero on April 20, 2010 (Docket No. 45);

    WHEREAS, the Court entered a Case Management and Pretrial Order on May 12, 2010 ("CMC Order") (Docket No. 50);

    WHEREAS, the CMC Order requires the parties to exchange their Preliminary Claim Construction and Extrinsic Evidence pursuant to Patent L.R. 4-2 on October 18, 2010;

    WHEREAS, on October 18, 2010, the Court granted the parties' first stipulated request to extend, by one week, the date for exchanging their Preliminary Claim Construction and Extrinsic Evidence, to October 25, 2010;

    WHEREAS, the parties have stipulated to extend, by one additional week, the date for exchanging their Preliminary Claim Construction and Extrinsic Evidence, to November 1, 2010;

    WHEREAS, the parties have also stipulated to extend the next deadline in the CMC Order, the date for filing their Joint Claim Construction and Pre-hearing Statement now set for November 12, 2010, by three weeks, to December 3, 2010;

    WHEREAS, the parties have agreed that no other scheduled dates in this action will be changed due to this extension;

//
//
//
//
//
//
//
//

STIPULATION AND [~~PROPOSED~~] ORDER ENLARGING TIME FOR EXCHANGING PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE AND FILING JOINT CLAIM
sf-2912107     Case No. C-09-5386 JCS

2

THEREFORE, for the reasons set forth more fully in the accompanying declaration of Daniel P. Muino, the parties request the entry of an order extending the deadline for:

1) the parties to exchange their respective Preliminary Claim Construction and Extrinsic Evidence pursuant to Patent L.R. 4-2 by seven (7) calendar days, to November 1, 2010; and

2) the parties to file their Joint Claim Construction and Pre-hearing Statement pursuant to Patent L.R. 4-3 by 21 calendar days, to December 3, 2010.

Dated: October 25, 2010            MORRISON & FOERSTER LLP

By: /s/ Daniel P. Muino
      Daniel P. Muino

Attorneys for Defendant
YAHOO! INC.

Dated: October 25, 2010            SHAUB & WILLIAMS LLP

By: /s/ David R. Shaub
      David R. Shaub

Attorneys for Plaintiff
AUGME TECHNOLOGIES, INC.

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: __October 26__, 2010

_____
Judge Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER ENLARGING TIME FOR EXCHANGING PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE AND FILING JOINT CLAIM
sf-2912107                                                                                      Case No. C-09-5386 JCS

3

| | |
|---|---|
| 1 | **ECF ATTESTATION** |
| 2 | I, Daniel P. Muino, am the ECF User whose ID and Password are being used to file this |
| 3 | **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR THE PARTIES' EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE PURSUANT TO PATENT L.R. 4-2.** |
| 4 | |
| 5 | |
| 6 | In compliance with General Order 45, X.B., I hereby attest that each signatory to this |
| 7 | document has concurred to its filing. |

Dated: October 25, 2010        MORRISON & FOERSTER LLP


By:  /s/ *Daniel P. Muino*
        Daniel P. Muino

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR THE PARTIES TO EXCHANGE
PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE
sf-2912107

1