RACHEL KREVANS (CA SBN 116421)
(rkrevans@mofo.com)
RICHARD S.J. HUNG (CA SBN 197425)
(rhung@mofo.com)
DANIEL P. MUINO (CA SBN 209624)
(dmuino@mofo.com)
JIAN BIN (BEN) GAO (CA SBN 245734)
(jgao@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
YAHOO! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUGME TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>YAHOO! INC.,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.   C-09-5386 JCS<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE
USDC ND Cal C-09-5386 JCS
sf-2923887

1

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on November 22, 2010, I served a copy of:

**YAHOO! INC.'S ADMINISTRATIVE MOTION TO EXTEND CASE MANAGEMENT SCHEDULE PURSUANT TO CIVIL L.R. 16-2(D) AND 7-11**

**DECLARATION OF JIAN BIN (BEN) GAO IN SUPPORT OF YAHOO! INC.'S ADMINISTRATIVE MOTION TO EXTEND CASE MANAGEMENT SCHEDULE PURSUANT TO CIVIL L.R. 16-2(D) AND 7-11**

**[PROPOSED] ORDER GRANTING YAHOO! INC.'S ADMINISTRATIVE MOTION TO EXTEND CASE MANAGEMENT SCHEDULE PURSUANT TO CIVIL L.R. 16-2(D) AND 7-11**

[x] **BY FACSIMILE, [Fed. Rule Civ. Proc. rule 5(b)]** by sending a true copy (excluding exhibits) from Morrison & Foerster LLP's facsimile transmission telephone number 415.268.7522 to the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I am readily familiar with Morrison & Foerster LLP's practice for sending facsimile transmissions, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Morrison & Foerster LLP for transmission.

[ ] **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

CERTIFICATE OF SERVICE
USDC ND Cal C-09-5386 JCS
sf-2923887

| | |
|---|---|
| 1 | ☐ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by _____, at 425 Market Street, San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices. |

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by _____ or delivered to an authorized courier or driver authorized by _____ to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

☐ **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom.

☒ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)(2)(a)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

| | |
|---|---|
| David R. Shaub | David G. Rosenbaum |
| Cassandra Lamb | ROSENBAUM & SILVERT, P.C. |
| Robert Matz | 1480 TechnyRoad |
| SHAUB WILLIAMS LLP | Northbrook, Illinois 60062 |
| 12121 Wilshire Boulevard, Suite 205 | Telephone: (847) 770-6000 |
| Los Angeles, CA 90025-1165 | Facsimile: (847) 770-6006 |
| Telephone: (310) 826-6678 | E-mail: |
| Facsimile: (310) 826-8042 | rosenbaum@rosenbaumsilvert.com |
| Email: lawfirm@sw-law.com | |
| Email: dave@sw-law.com | |
| Email: cassandra@sw-law.com | |
| Email: rcmatz@sw-law.com | |

CERTIFICATE OF SERVICE
USDC ND Cal C-09-5386 JCS
sf-2923887

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, this 22nd day of November, 2010.

| Fran Lustig | /s/ |
|---|---|
| (typed) | (signature) |

CERTIFICATE OF SERVICE
USDC ND Cal C-09-5386 JCS
sf-2923887