David R. Shaub, Esq. (Calif. State Bar No. 032322)
Lisbeth Bosshart Merrell, Esq. (Calif. State Bar No. 201822)
Robert C. Matz, Esq. (Calif. State Bar No. 217822)
Cassandra M. Lamb, Esq. (Calif. State Bar No. 270227)
SHAUB & WILLIAMS LLP
12121 Wilshire Boulevard, Suite 205
Los Angeles, CA 90025
Telephone: 310-826-6678
Facsimile:  310-826-8042
E-mail:  lawfirm@sw-law.com

David G. Rosenbaum (Admitted *pro hac vice*)
ROSENBAUM & SILVERT, P.C.
1480 Techny Road
Northbrook, Illinois 60062
Telephone: (847) 770-6000
Facsimile: (847) 770-6006
E-mail: drosenbaum@rosenbaumsilvert.com

Attorneys for Plaintiff Augme Technologies, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AUGME TECHNOLOGIES, INC., a Delaware corporation,<br>      Plaintiff,<br>   vs.<br>YAHOO!, INC., a Delaware Corporation,<br>      Defendant. | Case No.: 3:09-CV-05386-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR OPPOSITION AND REPLY TO YAHOO, INC.'S MOTION FOR SUMMARY JUDGMENT (L.R. 6.2)**<br><br>Honorable Magistrate Judge Joseph C. Spero |

Plaintiff Augme Technologies, Inc. ("Augme") and defendant Yahoo!, Inc. ("Yahoo!") (collectively, the "Parties") through this Stipulation hereby jointly stipulate, pursuant to Local Rule 6.2, to enlarge the time for the opposition and reply to Yahoo's motion for summary judgment of non-infringement based on divided/joint infringement, subject to the terms of this Stipulation.

WHEREAS, on November 12, 2010, Yahoo! filed its Motion for Summary Judgment of Non-infringement Based on Divided/Joint Infringement ("Motion for Summary Judgment");

WHEREAS, on November 22, 2010, Yahoo! filed its Administrative Motion to Extend the Case Management Schedule in This Case Pursuant to Civil L.R. 16-2(D) and 7-11 ("Administrative Motion");

WHEREAS, on November 24, 2010, Augme filed its Opposition to Yahoo!'s Administrative Motion and Cross Motion to Extend the Hearing Date for Yahoo!'s Motion for Summary Judgment ("Cross Motion");

WHEREAS, Augme's Opposition to Yahoo's Motion for Summary Judgment is due forthwith and may have to be filed before the Court rules on Augme's Cross Motion;

WHEREAS, previously, the parties jointly requested two one-week extensions of the deadline for exchanging Prelminary Claim Constructions, and a three-week extension of the deadline for filing the Joint Claim Construction and Pre-Hearing Statement;

WHEREAS, this stipulation will have no effect upon the hearing date or the pending Administrative Motion or Cross Motion;

NOW THEREFORE, the Parties hereby stipulate, through their undersigned counsel, subject to the Court's approval, that:

1. The deadline for the filing of Augme's Opposition to Yahoo!'s Motion for Summary Judgment shall be extended to December 1, 2010.

2. The deadline for the filing of Yahoo!'s Reply in support of its Motion for Summary Judgment shall be extended to December 10, 2010.

Dated: November 29, 2010					MORRISON & FOERSTER LLP


							By:  /s/ Daniel P. Muino
							       Daniel P. Muino

							Attorneys for Defendant
							YAHOO! INC.


Dated: November 29, 2010					SHAUB & WILLIAMS LLP


							By:  /s/ David R. Shaub
							       David R. Shaub

							Attorneys for Plaintiff
							AUGME TECHNOLOGIES, INC.


**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: November 30, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge

3                                    **STIPULATION**