UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGME TECHNOLOGIES, INC., | Case No. C09-05386 JCS |
| Plaintiff(s), | |
| v. | **ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [Docket No. 68] and GRANTING IN PART DEFENDANT'S MOTION TO EXTEND CASE MANAGEMENT SCHEDULE [Docket No. 70]** |
| YAHOO!, INC., | |
| Defendant(s). | |

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment, filed on November 12, 2010, is DENIED without prejudice. Defendant can re-file their Motion for Summary Judgment based on Divided Infringement after the Court issues its ruling following the Claim Construction Hearing.

IT IS HEREBY FURTHER ORDERED that Defendant's Motion to Extend Case Management Scheduled is GRANTED in part as follows:

1. Plaintiff may serve Amended Infringement Contentions, pursuant to Patent L.R. 3-1, by **December 15, 2010.**

2. Defendant may serve Amended Invalidity Contentions, pursuant to Patent L.R. 3-3, is by **January 15, 2011.**

3. Exchange of (revised) Preliminary Claim Construction and Extrinsic Evidence pursuant to Patent L.R. 4-2(a) shall be due by **January 31, 2011.**

4. The Joint Claim Construction and Pre-Hearing Statement pursuant to Patent L.R. 4-3 shall be due by **March 4, 2011.**

5. Claim Construction Discovery completed by **March 14, 2011.**

6. Opening Claim Construction Brief by Plaintiff pursuant to Patent L.R. 4-5(a) shall be due by **April 11, 2011**.

7. Responding Claim Construction Brief by Plaintiff pursuant to Patent L.R. 4-5(b) shall be due by **May 16, 2011.**

8. Reply Claim Construction Brief by Plaintiff pursuant to Patent L.R. 4-5(c) shall be due by **May 31, 2011.**

9. The Claim Construction hearing currently set for March 11, 2011, at 1:30 p.m., is VACATED, and a new date will be set by the Court.

10. The further case management conference set for March 11, 2011, at 1:30 p.m., remains on calendar. An updated joint case management conference statement shall be due by **March 4, 2011.**

IT IS SO ORDERED.

Dated: December 3, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge

2