1 | RACHEL KREVANS (CA SBN 116421)
(rkrevans@mofo.com)
2 | RICHARD S.J. HUNG (CA SBN 197425)
(rhung@mofo.com)
3 | DANIEL P. MUINO (CA SBN 209624)
(dmuino@mofo.com)
4 | JIAN BIN (BEN) GAO (CA SBN 245734)
(jgao@mofo.com)
5 | MORRISON & FOERSTER LLP
425 Market Street, 32d Floor
6 | San Francisco, California 94105-2482
Telephone: (415) 268-7000
7 | Facsimile: (415) 268-7522

8 | Attorneys for Defendant YAHOO! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUGME TECHNOLOGIES, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>YAHOO! INC.,<br><br>        Defendant. | Case No. C-09-5386 JCS<br><br>**[PROPOSED] ORDER GRANTING YAHOO! INC.'S MOTION FOR LEAVE TO FILE AMENDED ANSWER WITH ADDITIONAL COUNTERCLAIMS AND TO JOIN WORLD TALK RADIO, LLC AS A COUNTERCLAIM DEFENDANT**<br><br>Date: January 7, 2011<br>Time: 9:30 am<br>Courtroom: A, 15th Floor<br>Judge: Hon. Joseph C. Spero |

1  Having read and considered Defendant Yahoo! Inc.'s ("Yahoo!") Motion for Leave to File Amended Answer with Additional Counterclaims and to Join World Talk Radio, LLC as a Counterclaim Defendant,

IT IS ORDERED THAT Yahoo!'s motion is **GRANTED**. Yahoo! is permitted leave to file its amended answer and to join World Talk Radio, LLC as a counterclaim defendant. Yahoo! shall file its amended answer by _____.

Date: _____     _____
                                        THE HONORABLE JOSEPH C. SPERO
                                        United States Magistrate Judge

.