| | |
|---|---|
| 1 | Thomas J. Scott Jr. (*pro hac vice*) |
| | tscott@goodwinprocter.com |
| 2 | Jennifer A. Albert (*pro hac vice*) |
| | jalbert@goodwinprocter.com |
| 3 | **GOODWIN PROCTER LLP** |
| | 901 New York Avenue NW |
| 4 | Washington, DC 20001 |
| | Tel.: 202.346.4000; Fax: 202.346.4444 |
| 5 | |
| | Erica D. Wilson (161386) |
| 6 | ewilson@goodwinprocter.com |
| | **GOODWIN PROCTER LLP** |
| 7 | Three Embarcadero Center, 24th Floor |
| | San Francisco, California 94111 |
| 8 | Tel.: 415.733.6000; Fax: 415.677.9041 |

Thomas J. Scott Jr. (*pro hac vice*)
tscott@goodwinprocter.com
Jennifer A. Albert (*pro hac vice*)
jalbert@goodwinprocter.com
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC 20001
Tel.: 202.346.4000; Fax: 202.346.4444

Erica D. Wilson (161386)
ewilson@goodwinprocter.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000; Fax: 415.677.9041

Gregory S. Bishop (184680)
gbishop@goodwinprocter.com
Charles F. Koch (256683)
ckoch@goodwinprocter.com
Rebecca Unruh (267881)
runruh@goodwinprocter.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: 650.752.3100; Fax: 650.853.1038

Attorneys for Plaintiff and Counter-claim Defendant Augme Technologies, Inc. and Counter-Defendant World Talk Radio, LLC

[Complete list of counsel on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AUGME TECHNOLOGIES, INC., | Case No. C 09-5386 JCS |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO ANSWER COUNTERCLAIM [LOCAL RULE 6-1(a)** |
| v. | |
| YAHOO! INC., | Hon. Joseph C. Spero |
| Defendant. | |

LIBA/2151828.1

1

**STIPULATION TO EXTEND TIME TO ANSWER COUNTERCLAIM**  Case No. C 09-5386 JCS

YAHOO! INC.,

   Counter-claim Plaintiff,

 v.

AUGME TECHNOLOGIES, INC. and
WORLD TALK RADIO, LLC,

   Counter-claim Defendants.

  Defendant and Counter-claim Plaintiff YAHOO! INC., Plaintiff and Counter-claim Defendant AUGME TECHNOLOGIES, INC. and Counter-claim Defendant WORLD TALK RADIO, LLC by and through their attorneys, hereby agree and stipulate that Counter-claim Defendant WORLD TALK RADIO, LLC shall have up to and including Friday, March 18, 2011 to answer Defendant and Counter-claim Plaintiff, YAHOO! INC.'S Counterclaim.

Dated: February 24, 2011       Respectfully submitted,

                By: /s/ Daniel P. Muino
                  Rachel Krevans (116421)
                  *rkrevans@mofo.com*
                  Richard S.J. Hung (197425)
                  *rhung@mofo.com*
                  Daniel P. Muino (209624)
                  *dmuino@mofo.com*
                  Jian Bin (Ben) Gao (245734)
                  *jgao@mofo.com*
                  **MORRISON & FOERSTER LLP**
                  425 Market Street, 32nd Floor,
                  San Francisco, California 94105-2482
                  Tel.: 415.268.7000
                  Fax: 415.268.7522

                Attorneys for Defendant and Counter-claim Plaintiff YAHOO! INC.

Dated: February 24, 2011                    Respectfully submitted,

By: /s/ Erica D. Wilson
    Thomas J. Scott Jr. (pro hac vice)
    *tscott@goodwinprocter.com*
    Jennifer A. Albert (pro hac vice)
    *jalbert@goodwinprocter.com*
    **GOODWIN PROCTER LLP**
    901 New York Avenue NW
    Washington, DC 20001
    Tel.: 202.346.4000; Fax: 202.346.4444

    Erica D. Wilson (161386)
    *ewilson@goodwinprocter.com*
    **GOODWIN PROCTER LLP**
    Three Embarcadero Center, 24th Floor
    San Francisco, California 94111
    Tel.: 415.733.6000; Fax: 415.677.9041

    Gregory S. Bishop (184680)
    *gbishop@goodwinprocter.com*
    Charles F. Koch (256683)
    *ckoch@goodwinprocter.com*
    Rebecca Unruh (267881)
    *runruh@goodwinprocter.com*
    **GOODWIN PROCTER LLP**
    135 Commonwealth Drive
    Menlo Park, California 94025-1105
    Tel.: 650.752.3100; Fax: 650.853.1038

    David R. Shaub (SBN 032322)
    Lisbeth Bosshart (SBN 201822)
    Robert C. Matz (SBN 217822)
    **SHAUB & WILLIAMS LLP**
    12121 Wilshire Boulevard, Suite 205
    Los Angeles, CA 90025-1165
    Tel: (310) 826-6678; Fax: (310) 826-8042
    lawfirm@sw-law.com

    David G. Rosenbaum (admitted *pro hac vice*)
    Ayhan E. Mertogul (admitted *pro hac vice*)
    **ROSENBAUM & SILVERT, P.C.**
    1480 Techny Road
    Northbrook, IL 60062
    Tel: (847) 770-6000; Fax: (847) 770-6006
    drosenbaum@rosenbaumsilvert.com

Attorneys for Plaintiff and Counter-claim Defendant AUGME TECHNOLOGIES, INC. and Counter-claim Defendant WORLD TALK RADIO, LLC

1   **GENERAL ORDER 45 ATTESTATION**

2   I, Erica D. Wilson, am the ECF User whose ID and password are being used to file the

3   STIPULATION TO EXTEND TIME TO ANSWER COUNTERCLAIM. In compliance with

4   General Order 45, X.B., I hereby attest that Daniel P. Muino has concurred in this filing.

5   Dated : February 24, 2011

6                                                                   /s/ Erica D. Wilson

11  Dated: 2/28/11



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA