1  Thomas J. Scott Jr. (*pro hac vice*)
   tscott@goodwinprocter.com
2  Jennifer A. Albert (*pro hac vice*)
   jalbert@goodwinprocter.com
3  **GOODWIN PROCTER LLP**
   901 New York Avenue NW
4  Washington, DC  20001
   Tel.:  202.346.4000; Fax:  202.346.4444
5
   Erica D. Wilson (161386)
6  ewilson@goodwinprocter.com
   **GOODWIN PROCTER LLP**
7  Three Embarcadero Center, 24th Floor
   San Francisco, California  94111
8  Tel.:  415.733.6000; Fax:  415.677.9041

9  Gregory S. Bishop (184680)
   gbishop@goodwinprocter.com
10 Charles F. Koch (256683)
   ckoch@goodwinprocter.com
11 Rebecca Unruh (267881)
   runruh@goodwinprocter.com
12 **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
13 Menlo Park, California  94025-1105
   Tel.:  650.752.3100; Fax:  650.853.1038
14
   Attorneys for Plaintiff and Counter-claim
15 Defendant AUGME TECHNOLOGIES, INC.

16 [Complete list of counsel on signature page]

17                **UNITED STATES DISTRICT COURT**

18               **NORTHERN DISTRICT OF CALIFORNIA**

19                     **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 20  AUGME TECHNOLOGIES, INC., | CASE NO. C 09-5386 JCS |
| 21              Plaintiff, | |
| 22       v. | **STIPULATION AND [~~PROPOSED~~] ORDER ENLARGING TIME FOR THE PARTIES' JOINT CLAIM CONSTRUCTION, PRE-HEARING STATEMENT, AND CLAIM CONSTRUCTION DISCOVERY** |
| 23  YAHOO! INC., | |
| 24              Defendant. | |
| 25  AND RELATED COUNTERCLAIMS | Hon. Joseph C. Spero |

26
27
28

**STIPULATION AND [~~PROPOSED~~] ORDER ENLARGING TIME FOR THE PARTIES' JOINT CLAIM
CONSTRUCTION, PRE-HEARING STATEMENT, AND CLAIM CONSTRUCTION DISCOVERY**
LIBA/2154181.1                                                      Case No. C 09-5386 JCS

1  Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the parties, through their undersigned
2  counsel, hereby stipulate, subject to the Court's approval, as follows:
3  WHEREAS, THIS ACTION WAS FILED ON November 16, 2009 (Docket No. 1);
4  WHEREAS, this action was reassigned to the Honorable Joseph C. Spero on April 20,
5  2010 (Docket No. 45);
6  WHEREAS, the Court entered a Case Management and Pretrial Order on May 12, 2010
7  ("CMC Order") (Docket No. 50);
8  WHEREAS, the CMC Order required the parties to file a Joint Claim Construction and
9  Pre-hearing Statement pursuant to Patent L.R. 4-3 on November 12, 2010;
10  WHEREAS, the CMC Order required the parties to complete Claim Construction
11  Discovery on December 13, 2010;
12  WHEREAS, on October 26, 2010, the Court granted the parties' first stipulated request to
13  extend the date for filing their Joint Claim Construction and Pre-hearing Statement, by three
14  weeks, to December 3, 2010 (Docket No. 67);
15  WHEREAS, on December 3, 2010, the Court granted in part Defendant's Motion to
16  Extend Case Management Schedule so that the Joint Claim Construction and Pre-Hearing
17  Statement pursuant to Patent L.R. 4-3 shall be due by March 4, 2011, and Claim Construction
18  Discovery shall be completed by March 14, 2011 (Docket No. 85);
19  WHEREAS, the parties have stipulated to extend the date for filing the Joint Claim
20  Construction and Pre-Hearing statement pursuant to Patent L.R. 4-3 by two weeks, to March 18,
21  2011;
22  WHEREAS, the parties have stipulated to extend the date to complete Claim Construction
23  Discovery by two weeks, to March 28, 2011;
24  WHEREAS, the parties have agreed that no other scheduled dates in this action will be
25  changed due to this extension;

2

1 THEREFORE, for the reasons set forth more fully in the accompanying declaration of
2 Gregory S. Bishop, the parties request the entry of an order extending (1) the deadline for filing
3 the Joint Claim Construction and Pre-Hearing statement pursuant to Patent L.R. 4-3 by two weeks,
4 to March 18, 2011, and (2) the date to complete Claim Construction Discovery by two weeks, to
5 March 28, 2011.

3

**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR THE PARTIES' JOINT CLAIM CONSTRUCTION, PRE-HEARING STATEMENT, AND CLAIM CONSTRUCTION DISCOVERY**
LIBA/2154181.1　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C 09-5386 JCS

Dated: February 25, 2011

Respectfully submitted,

By: /s/ Gregory S. Bishop
    Thomas J. Scott Jr. (pro hac vice)
    tscott@goodwinprocter.com
    Jennifer A. Albert (pro hac vice)
    jalbert@goodwinprocter.com
    **GOODWIN PROCTER LLP**
    901 New York Avenue NW
    Washington, DC 20001
    Tel.: (202) 346-4000; Fax: (202) 346-4444

    Erica D. Wilson (SBN 161386)
    ewilson@goodwinprocter.com
    **GOODWIN PROCTER LLP**
    3 Embarcadero Center, 24th Floor,
    San Francisco, California 94111-4003
    Tel.: (415) 733-6000; Fax: (415) 677-9041

    Gregory S. Bishop (SBN 184680)
    gbishop@goodwinprocter.com
    Charles F. Koch (SBN 256683)
    ckoch@goodwinprocter.com
    Rebecca Unruh (SBN 267881)
    runruh@goodwinprocter.com
    **GOODWIN PROCTER LLP**
    135 Commonwealth Drive
    Menlo Park, California 94025-1105
    Tel.: (650) 752-3100; Fax: (650) 853-1038

    David R. Shaub (SBN 032322)
    Lisbeth Bosshart (SBN 201822)
    Robert C. Matz (SBN 217822)
    **SHAUB & WILLIAMS LLP**
    12121 Wilshire Boulevard, Suite 205
    Los Angeles, CA 90025-1165
    Tel: (310) 826-6678; Fax: (310) 826-8042
    lawfirm@sw-law.com

    David G. Rosenbaum (admitted *pro hac vice*)
    Ayhan E. Mertogul (admitted *pro hac vice*)
    **ROSENBAUM & SILVERT, P.C.**
    1480 Techny Road
    Northbrook, IL 60062
    Tel: (847) 770-6000; Fax: (847) 770-6006
    drosenbaum@rosenbaumsilvert.com

    Attorneys for Plaintiff
    AUGME TECHNOLOGIES, INC.

4

**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR THE PARTIES' JOINT CLAIM CONSTRUCTION, PRE-HEARING STATEMENT, AND CLAIM CONSTRUCTION DISCOVERY**
LIBA/2154181.1      **Case No. C 09-5386 JCS**

1 | Dated: February 25, 2011

Respectfully submitted,

By: /s/ Daniel P. Muino
Rachel Krevans (116421)
*rkrevans@mofo.com*
Richard S.J. Hung (197425)
*rhung@mofo.com*
Daniel P. Muino (209624)
*dmuino@mofo.com*
Jian Bin (Ben) Gao (245734)
*jgao@mofo.com*
**MORRISON & FOERSTER LLP**
425 Market Street, 32nd Floor,
San Francisco, California 94105-2482
Tel.: 415.268.7000
Fax: 415.268.7522

Attorneys for Defendant and Counterclaim Plaintiff YAHOO! INC.

**[~~PROPOS~~ED ORDER]**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: ____Feb. 28____, 2011

_____
UNITED STATES MAGISTRATE JUDGE

(Seal: United States District Court, Northern District of California — Judge Joseph C. Spero)

---

5

**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR THE PARTIES' JOINT CLAIM CONSTRUCTION, PRE-HEARING STATEMENT, AND CLAIM CONSTRUCTION DISCOVERY**
LIBA/2154181.1                                                                 Case No. C 09-5386 JCS

| | |
|---|---|
| 1 | **GENERAL ORDER 45 ATTESTATION** |
| 2 | I, Gregory S. Bishop, am the ECF User whose ID and Password are being used to file this |
| 3 | **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR THE PARTIES' JOINT CLAIM CONSTRUCTION, PRE-HEARING STATEMENT,** |
| 4 | **AND CLAIM CONSTRUCTION DISCOVERY** |
| 5 | In compliance with General Order 45, X.B., I hereby attest that Daniel P. Muino has concurred to |
| 6 | its filing. |
| 7 | Dated: February 25, 2011 |
| 8 | /s/ Gregory S. Bishop<br>Gregory S. Bishop |

6

STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR THE PARTIES' JOINT CLAIM
CONSTRUCTION, PRE-HEARING STATEMENT, AND CLAIM CONSTRUCTION DISCOVERY
LIBA/2154181.1                                                          Case No. C 09-5386 JCS