1  [SEE SIGNATURE PAGE FOR COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUGME TECHNOLOGIES, INC., <br><br>    Plaintiff, <br><br>    v. <br><br> YAHOO! INC., <br><br>    Defendant. <br><br> YAHOO! INC., <br><br>    Counterclaim-Plaintiff, <br><br>    v. <br><br> AUGME TECHNOLOGIES, INC. and WORLD TALK RADIO, LLC, <br><br>    Counterclaim-Defendants. | Case No.   C-09-5386 JCS <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO SERVE AUGME TECHNOLOGIES, INC.'S AMENDED INFRINGEMENT CONTENTIONS AND TO SERVE YAHOO!'S AMENDED INVALIDITY CONTENTIONS** <br><br> Hon. Joseph C. Spero |

JOINT STIPULATION AND ORDER TO SERVE AMENDED INFRINGEMENT AND INVALIDITY CONTENTIONS
CASE NO. C-09-5386 JCS

LIBA/2167182.1

1  Pursuant to Civil Local Rule 7-12, the parties, through their undersigned counsel, hereby
2  stipulate, subject to the Court's approval, as follows:
3  On March 8, 2011, Yahoo! provided to Augme Technologies, Inc. ("Augme") Yahoo!'s
4  Supplement to First Amended Invalidity Contentions, and on March 24, 2011, Yahoo! filed its
5  Motion to Supplement Its Patent L.R. 3-3 & 3-4 Invalidity Contentions (Docket No. 120);
6  The parties hereby stipulate, subject to Court approval, that Yahoo! may serve its March 8,
7  2011 supplement to its First Amended Invalidity Contentions;
8  Augme further agrees and stipulates that it will not oppose Yahoo!'s Motion to
9  Supplement Its Patent L.R. 3-3 & 3-4 Invalidity Contentions (Docket No. 120);
10  On April 1, 2011, Augme provided to Yahoo! Augme's Second Amended Infringement
11  Contentions;
12  The parties hereby stipulate, subject to court approval, that Augme may serve its April 1,
13  2011 Second Amended Infringement Contentions;
14  THEREFORE, the parties request the entry of an order permitting (1) Yahoo! to serve its
15  March 8, 2011 Supplement to First Amended Invalidity Contentions; and (2) Augme to serve its
16  April 1, 2011 Second Amended Infringement Contentions.

Dated: April 8, 2011                          Respectfully submitted,

By: /s/ Charles F. Koch
    Thomas J. Scott Jr. (pro hac vice)
    tscott@goodwinprocter.com
    Jennifer A. Albert (pro hac vice)
    jalbert@goodwinprocter.com
    Goodwin Procter LLP
    901 New York Avenue NW
    Washington, DC  20001
    Tel.: (202) 346-4000; Fax: (202) 346-4444

    Erica D. Wilson (SBN 161386)
    ewilson@goodwinprocter.com
    Goodwin Procter LLP
    3 Embarcadero Center, 24th Floor,
    San Francisco, California  94111-4003
    Tel.: (415) 733-6000; Fax: (415) 677-9041

    Gregory S. Bishop (SBN 184680)
    gbishop@goodwinprocter.com

| | |
|---|---|
| 1 | Charles F. Koch (SBN 256683) |
|   | ckoch@goodwinprocter.com |
| 2 | Rebecca Unruh (SBN 267881) |
|   | runruh@goodwinprocter.com |
| 3 | **GOODWIN PROCTER LLP** |
|   | 135 Commonwealth Drive |
|   | Menlo Park, California 94025-1105 |
| 4 | Tel.: (650) 752-3100; Fax: (650) 853-1038 |
| 5 | |
|   | David R. Shaub (SBN 032322) |
|   | Lisbeth Bosshart (SBN 201822) |
| 6 | Robert C. Matz (SBN 217822) |
|   | **SHAUB & WILLIAMS LLP** |
| 7 | 12121 Wilshire Boulevard, Suite 205 |
|   | Los Angeles, CA 90025-1165 |
| 8 | Tel: (310) 826-6678; Fax: (310) 826-8042 |
|   | lawfirm@sw-law.com |
| 9 | David G. Rosenbaum (admitted *pro hac vice*) |
|   | Ayhan E. Mertogul (admitted *pro hac vice*) |
| 10 | **ROSENBAUM & SILVERT, P.C.** |
|    | 1480 Techny Road |
| 11 | Northbrook, IL 60062 |
|    | Tel: (847) 770-6000; Fax: (847) 770-6006 |
| 12 | drosenbaum@rosenbaumsilvert.com |
| 13 | Attorneys for Plaintiff |
|    | AUGME TECHNOLOGIES, INC. |
| 14 | |

| | | |
|---|---|---|
| 15 | Dated: April 8, 2011 | Respectfully submitted, |
| 16 | | |
|    | | By: /s/ Daniel P. Muino |
| 17 | |     Rachel Krevans (116421) |
|    | |     *rkrevans@mofo.com* |
| 18 | |     Richard S.J. Hung (197425) |
|    | |     *rhung@mofo.com* |
| 19 | |     Daniel P. Muino (209624) |
|    | |     *dmuino@mofo.com* |
| 20 | |     Jian Bin (Ben) Gao (245734) |
|    | |     *jgao@mofo.com* |
| 21 | |     **MORRISON & FOERSTER LLP** |
|    | |     425 Market Street, 32nd Floor, |
| 22 | |     San Francisco, California 94105-2482 |
|    | |     Tel.: 415.268.7000 |
| 23 | |     Fax: 415.268.7522 |
| 24 | | Attorneys for Defendant and Counterclaim Plaintiff YAHOO! INC. |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**[~~PROPOSED~~ ORDER]**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____April 13_____, 2011

_____
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
Judge Joseph C. Spero

**GENERAL ORDER 45 ATTESTATION**

I, Charles F. Koch, am the ECF User whose ID and Password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER TO SERVE AUGME TECHNOLOGIES, INC.'S AMENDED INFRINGEMENT CONTENTIONS AND TO SERVE YAHOO!'S AMENDED INVALIDITY CONTENTIONS.  In compliance with General Order 45, X.B., I hereby attest that Daniel P. Muino has concurred to its filing.

Dated:   April 8, 2011

/s/ Charles F. Koch
Charles F. Koch