David R. Shaub, Esq. (Calif. State Bar No. 032322)
Lisbeth Bosshart Merrill, Esq. (Calif. State Bar No. 201822)
SHAUB & WILLIAMS LLP
12121 Wilshire Boulevard, Suite 205
Los Angeles, CA 90025
Telephone: 310-826-6678
Facsimile: 310-826-8042
E-mail: lawfirm@sw-law.com

David G. Rosenbaum (Admitted *pro hac vice*)
ROSENBAUM & SILVERT, P.C.
1480 Techny Road
Northbrook, Illinois 60062
Telephone: (847) 770-6000
Facsimile: (847) 770-6006
E-mail: drosenbaum@rosenbaumsilvert.com

Attorneys for Plaintiff Augme Technologies, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AUGME TECHNOLOGIES, INC., a Delaware corporation,<br>Plaintiff,<br>vs.<br>YAHOO!, INC., a Delaware Corporation,<br>Defendant. | Case No.: 3:09-CV-05386-JCS<br><br>**NOTICE OF WITHDRAWAL OF A COUNSEL OF RECORD FOR PLAINTIFF AUGME TECHNOLOGIES, INC., AND ORDER PERMITTING WITHDRAWAL**<br><br>L.R. 11-5<br><br>Honorable Magistrate Judge Joseph C. Spero |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rule 11-5, PLEASE TAKE NOTICE that Robert C. Matz is no longer counsel of record for Plaintiff Augme Technologies, Inc. and should be removed from the Court's ECF system. The ground for withdrawal is that Mr. Matz left his employment with Shaub & Williams LLP effective March 1, 2011.

Respectfully submitted,

Dated: April 21, 2010

David Shaub, Esq.
Shaub & Williams LLP
**Attorneys for Plaintiff**
**Augme Technologies, Inc.**

**SO ORDERED,**

Dated: April 22, 2011



Judge Joseph C. Spero

SHAUB & WILLIAMS LLP
12121 WILSHIRE BLVD. STE 205
LOS ANGELES CA. 90025
(310) 826-6678 FAX (310) 826-8042
LAWFIRM@SW-LAW.COM