David R. Shaub, Esq. (Calif. State Bar No. 032322)
Lisbeth Bosshart Merrill, Esq. (Calif. State Bar No. 201822)
SHAUB & WILLIAMS LLP
12121 Wilshire Boulevard, Suite 205
Los Angeles, CA 90025
Telephone: 310-826-6678
Facsimile: 310-826-8042
E-mail: lawfirm@sw-law.com

David G. Rosenbaum (Admitted *pro hac vice*)
ROSENBAUM & SILVERT, P.C.
1480 Techny Road
Northbrook, Illinois 60062
Telephone: (847) 770-6000
Facsimile: (847) 770-6006
E-mail: drosenbaum@rosenbaumsilvert.com

Attorneys for Plaintiff Augme Technologies, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AUGME TECHNOLOGIES, INC., a Delaware corporation,<br>　　　　　　Plaintiff,<br>vs.<br>YAHOO!, INC., a Delaware Corporation,<br>　　　　　　Defendant. | Case No.: 3:09-CV-05386-JCS<br><br>**NOTICE OF WITHDRAWAL OF STEPHEN D. MORGAN, COUNSEL OF RECORD FOR PLAINTIFF AUGME TECHNOLOGIES, INC., AND ORDER PERMITTING WITHDRAWAL**<br><br>L.R. 11-5<br><br>Honorable Magistrate Judge Joseph C. Spero |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rule 11-5, PLEASE TAKE NOTICE that Stephen D. Morgan is no longer counsel of record for Plaintiff Augme Technologies, Inc. and should be removed from the Court's ECF system. The ground for withdrawal is that Mr. Morgan has left his employment with Shaub & Williams LLP to work as in-house counsel for one of our clients. The undersigned certifies that other attorneys of Shaub & Williams LLP remain on the case as co-counsels with the attorneys of Goodwin Procter LLP and that withdrawal will have no effect on the posture of the case or the court's calendar.

1

NOTICE OF WITHRDRAWAL OF STEPHEN D. MORGAN
AND ORDER PERMITTING SUCH WITHDRAWAL

Respectfully submitted,

Dated: April 22, 2010

_____
David Shaub, Esq.
Shaub & Williams LLP
**Attorneys for Plaintiff**
**Augme Technologies, Inc.**

**SO ORDERED,**

Dated: April 25, 2011



_____
Honorable 
United States District Judge