RACHEL KREVANS (CA SBN 116421)
(rkrevans@mofo.com)
RICHARD S.J. HUNG (CA SBN 197425)
(rhung@mofo.com)
DANIEL P. MUINO (CA SBN 209624)
(dmuino@mofo.com)
JIAN BIN (BEN) GAO (CA SBN 245734)
(jgao@mofo.com)
J. RYAN GILFOIL (CA SBN 246493)
(jgilfoil@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street, 32d Floor
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant and Counterclaim Plaintiff
YAHOO! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUGME TECHNOLOGIES, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>YAHOO! INC.,<br><br>        Defendant.<br><br>YAHOO! INC.,<br><br>        Counterclaim Plaintiff,<br><br>   v.<br><br>AUGME TECHNOLOGIES, INC. and WORLD TALK RADIO, LLC,<br><br>        Counterclaim Defendants. | Case No. C-09-5386 JCS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE HEARING DATE ON AUGME TECHNOLOGIES, INC. AND WORLD TALK RADIO, LLC'S MOTION TO SEVER**<br><br>Hon. Joseph C. Spero |

1   The parties, through their undersigned counsel, hereby stipulate, subject to the Court's
2   approval, as follows:
3   WHEREAS, Augme Technologies, Inc. and World Talk Radio, LLC filed a motion to
4   sever ("Motion") on April 8, 2011 (Dkt. No. 126);
5   WHEREAS, Yahoo! Inc. filed its opposition to the Motion on April 22, 2011 (Dkt. No.
6   144);
7   WHEREAS, the hearing on the Motion was initially calendared for May 13, 2011 at
8   9:30 am;
9   WHEREAS, the Court on April 18, 2011 reset the hearing to May 20, 2011 at 9:30 am
10  (Dkt. No. 135);
11  WHEREAS, pursuant to the Court's April 18, 2011 order, all opposition and reply
12  papers shall be filed according to the originally noticed hearing date;
13  WHEREAS, counsel for Yahoo! Inc. have a conflict on the May 20, 2011 hearing date;
14  WHEREAS, the parties have stipulated to extend the date of the hearing by one
15  additional week, to May 27, 2011 at 9:30 am;
16  THEREFORE, the parties request the entry of an order extending the hearing for the
17  Motion one additional week, to May 27, 2011 at 9:30 am. All reply papers shall be filed
18  according to the originally noticed hearing date.
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING DATE ON AUGME AND WTR'S MOT. TO SEVER
CASE NO. C-09-5386 JCS
sf-2908458

1

| | | |
|---|---|---|
| Dated: April 26, 2011 | | MORRISON & FOERSTER LLP |
| | | |
| | By: | /s/ Daniel P. Muino |
| | | Daniel P. Muino |
| | | |
| | | Attorneys for Defendant and Counterclaim Plaintiff YAHOO! INC. |
| | | |
| Dated: April 26, 2011 | | GOODWIN PROCTER LLP |
| | | |
| | By: | /s/ Rebecca Unruh |
| | | Rebecca Unruh |
| | | |
| | | Attorneys for Plaintiff and Counterclaim Defendant AUGME TECHNOLOGIES, INC. |
| | | |
| | | Attorneys for Counterclaim Defendant WORLD TALK RADIO, LLC |

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: __April 27__, 2011

_____
UNITED STATES MAGISTRATE JUDGE

[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]

STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING DATE ON AUGME AND WTR'S MOT. TO SEVER
CASE NO. C-09-5386 JCS
sf-2908458

2

|   |   |
|---|---|
| 1 | **ECF ATTESTATION** |
| 2 | I, Daniel P. Muino, am the ECF User whose ID and Password are being used to file this |
| 3 | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE HEARING DATE ON AUGME TECHNOLOGIES, INC. AND WORLD TALK RADIO, LLC'S MOTION TO SEVER** |
| 5 |   |
| 6 | In compliance with General Order 45, X.B., I hereby attest that each signatory to this document has ⸺concurred to its filing. |

Dated: April 26, 2011      MORRISON & FOERSTER LLP

                                          By:  /s/ *Daniel P. Muino*
                                                  Daniel P. Muino

STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING DATE ON AUGME AND WTR'S MOT. TO SEVER
CASE NO. C-09-5386 JCS
sf-2986547

3