David R. Shaub, Esq. (Calif. State Bar No. 032322)
Lisbeth Bosshart Merrill, Esq. (Calif. State Bar No. 201822)
SHAUB & WILLIAMS LLP
12121 Wilshire Boulevard, Suite 205
Los Angeles, CA 90025
Telephone:  310-826-6678
Facsimile:  310-826-8042
E-mail:  lawfirm@sw-law.com

David G. Rosenbaum (Admitted *pro hac vice*)
ROSENBAUM & SILVERT, P.C.
1480 Techny Road
Northbrook, IL 60062
Telephone:  847-770-6000
Facsimile:  847-770-6006
E-mail:  drosenbaum@rosenbaumsilvert.com

Attorneys for Plaintiff Augme Technologies, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AUGME TEHCNOLOGIES, INC. a Delaware corporation,<br>            Plaintiff,<br><br>v.<br><br>YAHOO!, INC. a Delaware corporation,<br>            Defendant. | Case No.: 3:09-CV-05386-JCS<br><br>**NOTICE OF WITHDRAWAL OF AYHAN E. MERTOGUL, COUNSEL OF RECORD FOR PLAINTIFF AUGME TECHNOLOGIES, INC., AND ORDER PERMITTING WITHDRAWAL**<br><br>L.R. 11-5<br><br>Honorable Magistrate Judge Joseph C. Spero |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rule 11-5, PLEASE TAKE NOTICE that Ayhan E. Mertogul is no longer counsel of record for Plaintiff Augme Technologies, Inc. and should be removed from the Court's ECF system.  The ground for withdrawal is that Mr. Mertogul has left his employment with Rosenbaum & Silvert P.C.  The undersigned certifies that other attorneys of Rosenbaum &

1

Silvert P.C. remain on the case as co-counsels with the attorneys of Goodwin Procter LLP and that withdrawal will have no effect on the posture of the case or the court's calendar.

Dated:  April 26, 2011                          Respectfully submitted,

                                                /s/ David G. Rosenbaum

                                                David G. Rosenbaum, Esq.
                                                Rosenbaum & Silvert, P.C.
                                                **Attorneys for Plaintiff**
                                                **Augme Technologies, Inc.**

**SO ORDERED,**

**Dated:**  April 28, 2011

                                                _____
                                                **Honorable Judge Joseph C. Spero**
                                                **United States District Judge**