1  RACHEL KREVANS (CA SBN 116421)
   (rkrevans@mofo.com)
2  RICHARD S.J. HUNG (CA SBN 197425)
   (rhung@mofo.com)
3  DANIEL P. MUINO (CA SBN 209624)
   (dmuino@mofo.com)
4  JIAN BIN (BEN) GAO (CA SBN 245734)
   (jgao@mofo.com)
5  J. RYAN GILFOIL (CA SBN 246493)
   (jgilfoil@mofo.com)
6
   MORRISON & FOERSTER LLP
7  425 Market Street, 32d Floor
   San Francisco, California 94105-2482
8  Telephone:  (415) 268-7000
   Facsimile:  (415) 268-7522
9

10 Attorneys for Defendant and Counterclaim Plaintiff
   YAHOO! INC.
11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15 AUGME TECHNOLOGIES, INC.,                    Case No.    C-09-5386 JCS

16                Plaintiff,                    **STIPULATION AND
                                               [PROPOSED] ORDER
17        v.                                   EXTENDING THE DATE FOR
                                               PATENT L.R. 4-2 EXCHANGE
18 YAHOO! INC.,                                OF PRELIMINARY CLAIM
                                               CONSTRUCTIONS AND
19                Defendant.                   EVIDENCE RE YAHOO!
                                               PATENTS**
20

21 YAHOO! INC.,                                 Hon. Joseph C. Spero

22                Counterclaim Plaintiff,

23        v.

24 AUGME TECHNOLOGIES, INC. and WORLD
   TALK RADIO, LLC,
25

26                Counterclaim Defendants.

27

28

   STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR PATENT L.R. 4-2 EXCHANGE
   CASE NO. C-09-5386 JCS
   sf-2996859

1    The parties, through their undersigned counsel, hereby stipulate, subject to the Court's

2    approval, as follows:

3    WHEREAS, the date for exchange of preliminary claim constructions and evidence

4    regarding the Yahoo! patents under Patent L.R. 4-2 is presently June 13, 2011 (Dkt. No. 136);

5    WHEREAS, due to scheduling constraints, Yahoo! Inc. desires a short extension of two

6    days, to June 15, 2011;

7    WHEREAS, the parties have stipulated to this extension;

8    WHEREAS, no other deadlines will be affected by this extension;

9    THEREFORE, the parties request the entry of an order extending the date for exchange

10   of preliminary claim constructions and evidence regarding the Yahoo! patents under Patent L.R.

11   4-2 by two days, to June 15, 2011.

12   Dated: May 25, 2011                          MORRISON & FOERSTER LLP

13

14                                               By:   /s/ Richard S.J. Hung

15                                                     Richard S.J. Hung

16                                                     Attorneys for Defendant and
                                                      Counterclaim Plaintiff
17                                                    YAHOO! INC.

18

19   Dated: May 24, 2011                          GOODWIN PROCTER LLP

20

21                                               By:   /s/ Gregory Bishop
                                                       Gregory Bishop
22
                                                     Attorneys for Plaintiff and
23                                                   Counterclaim Defendant
                                                     AUGME TECHNOLOGIES, INC.
24
                                                     Attorneys for Counterclaim Defendant
25                                                   WORLD TALK RADIO, LLC

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR PATENT L.R. 4-2 EXCHANGE
CASE NO. C-09-5386 JCS
sf-2996859

1

1

# [PROPOSED] ORDER

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    Date: _____May 26_____, 2011



5

6    _____

7    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR PATENT L.R. 4-2 EXCHANGE
CASE NO. C-09-5386 JCS
sf-2996859

1    **ATTESTATION OF E-FILED SIGNATURE**

2        I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file

3    this Joint Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Gregory

4    Bishop has concurred in this filing.

5    Dated:  May 25, 2011            By:    _____*/s/  Richard S.J. Hung*_____

6                                                    Richard S.J. Hung

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR PATENT L.R. 4-2 EXCHANGE
CASE NO. C-09-5386 JCS
sf-2996859

3