1  RACHEL KREVANS (CA SBN 116421)
   (rkrevans@mofo.com)
2  RICHARD S.J. HUNG (CA SBN 197425)
   (rhung@mofo.com)
3  DANIEL P. MUINO (CA SBN 209624)
   (dmuino@mofo.com)
4  JIAN BIN (BEN) GAO (CA SBN 245734)
   (jgao@mofo.com)
5  J. RYAN GILFOIL (CA SBN 246493)
   (jgilfoil@mofo.com)
6  JOHN K. BLAKE, JR. (CA SBN 262906)
   (jblake@mofo.com)
7
   MORRISON & FOERSTER LLP
8  425 Market Street, 32d Floor
   San Francisco, California 94105-2482
9  Telephone:  (415) 268-7000
   Facsimile:  (415) 268-7522
10

11 Attorneys for Defendant and Counterclaim Plaintiff
   YAHOO! INC.
12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                     SAN FRANCISCO DIVISION

16
   AUGME TECHNOLOGIES, INC.,              Case No.   C-09-5386 JCS
17
                  Plaintiff,              **STIPULATION AND
18                                        [PROPOSED] ORDER
         v.                               EXTENDING THE DATE FOR
19                                        FILING THE JOINT CLAIM
   YAHOO! INC.,                           CONSTRUCTION AND
20                                        PREHEARING STATEMENT RE:
                  Defendant.              YAHOO! PATENTS**
21

22 YAHOO! INC.,                            Hon. Joseph C. Spero

23                Counterclaim Plaintiff,

24       v.

25 AUGME TECHNOLOGIES, INC. and WORLD
   TALK RADIO, LLC,
26
                  Counterclaim Defendants.
27

28

1       Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the parties, through their

2   undersigned counsel, hereby stipulate, subject to the Court's approval, as follows:

3       WHEREAS, the Court entered a Further Case Management and Pretrial Order ("CMC

4   Order") on April 19, 2011 (Dkt. No. 136);

5       WHEREAS, the CMC Order requires the parties to file the Joint Claim Construction and

6   Prehearing Statement ("JCCS") regarding the Yahoo! patents under Patent L.R. 4-3 on July 8,

7   2011 (Dkt. No. 136);

8       WHEREAS, the parties have stipulated to an extension for the JCCS of one week, to

9   July 15, 2011, in view of the Fourth of July holiday;

10      WHEREAS, no *Markman* hearing has been set for the Yahoo! patents and the claim

11  construction briefing deadlines will remain the same;

12      WHEREAS, no other deadlines will be affected by this extension;

13  //

14  //

15  //

16

17

18

19

20

21

22

23

24

25

26

27

28

1    THEREFORE, for the reasons set forth more fully in the accompanying Declaration of J.

2    Ryan Gilfoil, the parties request the entry of an order extending the date for filing the JCCS

3    regarding the Yahoo! patents under Patent L.R. 4-3 by one week, to July 15, 2011.

4    Dated: June 29, 2011                    MORRISON & FOERSTER LLP

5

6                                            By:   /s/ Richard S.J. Hung
7                                                  Richard S.J. Hung

8                                                  Attorneys for Defendant and
                                                   Counterclaim Plaintiff
9                                                  YAHOO! INC.

10

11   Dated: June 29, 2011                    GOODWIN PROCTER LLP

12

13                                           By:   /s/ Rebecca Unruh
                                                   Rebecca Unruh
14
15                                                 Attorneys for Plaintiff and
                                                   Counterclaim Defendant
16                                                 AUGME TECHNOLOGIES, INC.

17                                                 Attorneys for Counterclaim Defendant
                                                   WORLD TALK RADIO, LLC
18

19

20                                **[PROPOSED] ORDER**

21          PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23
     Date: _____June 30_____, 2011
24

25

26   _____
     UNITED STATES MAGISTRATE JUDGE
27

28

1

**ATTESTATION OF E-FILED SIGNATURE**

2          I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file

3   this Joint Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Rebecca

4   Unruh has concurred in this filing.

5   Dated:  June 29, 2011               By:   _____  /s/  Richard S.J. Hung  _____

6                                                           Richard S.J. Hung

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order Extending Date for Filing JCCS re: Yahoo! Patents
Case No. C-09-5386 JCS
sf-3013244

3