RACHEL KREVANS (CA SBN 116421)
(rkrevans@mofo.com)
RICHARD S.J. HUNG (CA SBN 197425)
(rhung@mofo.com)
DANIEL P. MUINO (CA SBN 209624)
(dmuino@mofo.com)
JIAN BIN (BEN) GAO (CA SBN 245734)
(jgao@mofo.com)
J. RYAN GILFOIL (CA SBN 246493)
(jgilfoil@mofo.com)
JOHN K. BLAKE, JR. (CA SBN 262906)
(jblake@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street, 32d Floor
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant and Counterclaim Plaintiff
YAHOO! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUGME TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>YAHOO! INC.,<br><br>    Defendant. | Case No.  C-09-5386 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING CLAIM CONSTRUCTION BRIEFING AND DISCOVERY DATES RE: YAHOO! PATENTS**<br><br>Hon. Joseph C. Spero |
| YAHOO! INC.,<br><br>    Counterclaim Plaintiff,<br><br> v.<br><br>AUGME TECHNOLOGIES, INC. and WORLD TALK RADIO, LLC,<br><br>    Counterclaim Defendants. | |

1  Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the parties, through their
2  undersigned counsel, hereby stipulate, subject to the Court's approval, as follows:
3  WHEREAS, the Court entered a Further Case Management and Pretrial Order ("CMC
4  Order") on April 19, 2011, setting dates for claim construction briefing and setting an August 8,
5  2011 cut-off for claim construction discovery regarding the Yahoo! Patents (Dkt. No. 136 at 2);
6  WHEREAS, due to commitments to other cases, Yahoo!'s claim construction expert, Dr.
7  Gary Nutt, is unavailable for deposition until the week of September 12, 2011;
8  WHEREAS, the parties have stipulated to extend the claim construction briefing and
9  discovery deadlines as set forth in the table below to permit Augme and World Talk Radio to
10 depose Dr. Nutt prior to filing their responsive brief;
11 WHEREAS, no *Markman* hearing has been set for the Yahoo! patents;
12 WHEREAS, no other deadlines will be affected by this extension;
13 //
14 //
15 //

STIP. AND [PROPOSED] ORD. EXTENDING CLAIM CONSTRUC. BRIEFING AND DISCOV. RE: YAHOO! PATENTS
CASE NO. C-09-5386 JCS
sf-3023442

1

THEREFORE, for the reasons set forth more fully in the accompanying Declaration of J. Ryan Gilfoil, the parties request the entry of an order extending the claim construction briefing and discovery deadlines regarding the Yahoo! Patents as set forth in the table below.

| Event | Present Date | Proposed Date |
|---|---|---|
| Claim Construction Discovery Cut-Off | August 8, 2011 | September 16, 2011 |
| Yahoo!'s Opening *Markman* Brief | August 22, 2011 | August 29, 2011 |
| Augme and World Talk Radio's Responsive Brief | September 6, 2011 | September 27, 2011 |
| Yahoo!'s Reply Brief | September 13, 2011 | October 11, 2011 |

Dated: July 28, 2011                      MORRISON & FOERSTER LLP


                                          By:  /s/ Richard S.J. Hung
                                               Richard S.J. Hung

                                               Attorneys for Defendant and
                                               Counterclaim Plaintiff
                                               YAHOO! INC.


Dated: July 28, 2011                      GOODWIN PROCTER LLP


                                          By:  /s/ Erica D. Wilson
                                               Erica D. Wilson

                                               Attorneys for Plaintiff and
                                               Counterclaim Defendant
                                               AUGME TECHNOLOGIES, INC.

                                               Attorneys for Counterclaim Defendant
                                               WORLD TALK RADIO, LLC

STIP. AND [PROPOSED] ORD. EXTENDING CLAIM CONSTRUC. BRIEFING AND DISCOV. RE: YAHOO! PATENTS
CASE NO. C-09-5386 JCS
sf-3023442

2

1 **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 Date: _July 29_, 2011

5

6 _____

7 JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

STIP. AND [PROPOSED] ORD. EXTENDING CLAIM CONSTRUC. BRIEFING AND DISCOV. RE: YAHOO! PATENTS
CASE NO. C-09-5386 JCS
sf-3023442

3

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with General Order 45, X.B., I hereby attest that Erica D. Wilson has concurred in this filing.

Dated: July 28, 2011                          By:     /s/ Richard S.J. Hung
                                                          Richard S.J. Hung

STIP. AND [PROPOSED] ORD. EXTENDING CLAIM CONSTRUC. BRIEFING AND DISCOV. RE: YAHOO! PATENTS
CASE NO. C-09-5386 JCS
sf-3023442

4