UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUGME TECHNOLOGIES, INC.,

    Plaintiff(s),

v.

YAHOO!, INC.,

    Defendant(s).
_____/

No. C-09-5386 JCS

**ORDER TO FILE UNDER SEAL COURT'S SEPTEMBER 13, 2011 ORDER**

    The Court hereby ORDERS that its September 13, 2011 order re Claim Construction [Docket No. 189] is under seal. The Court intends to publish the entire opinion in the public record within ten (10) days of the date of this Order. If any party believes that the Court's opinion contains any confidential information entitled to protection, that party shall file with the Court a declaration establishing such entitlement and any proposed redactions not later than one week from the date of this Order.

    IT IS SO ORDERED.

Dated: September 13, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge