UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGME TECHNOLOGIES, INC.,. | No. C 09-05386 JCS |
| Plaintiff(s), | **DISCOVERY ORDER RE: JOINT LETTER [Docket No. 205]** |
| v. | |
| YAHOO!, INC., | |
| Defendant(s). | |

On October 31, 2011, the parties filed a Joint Letter Over Production of Yahoo! Source Code for the Accused Products.

On November 15, 2011, a telephonic discovery hearing was held. Gregory S. Bishop and Chuck Koch, counsel for Plaintiff, appeared. Richard Hung, Ryan Gilfoil and John Blake, counsel for Defendant, appeared.

For reasons stated on the record, IT IS HEREBY ORDERED THAT for the accused time period Yahoo! shall produce documents regarding, and the source code for the end to end flow of how advertising is requested and provided using the RMX front end or external ad server call front end to be produced within sixty (60) days on a rolling basis.

IT IS SO ORDERED.

Dated: November 16, 2011

JOSEPH C. SPERO
United States Magistrate Judge