# GOODWIN | PROCTER

Gregory S. Bishop
650.752.3143
GBishop@
goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
135 Commonwealth Drive
Menlo Park, CA 94025-1105
T: 650.752.3100
F: 650.853.1038

January 27, 2012

**PUBLIC VERSION**

**VIA E-MAIL & U.S. MAIL**

The Honorable Joseph C. Spero
Magistrate Judge
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:    *Augme Techs. v. Yahoo*!, Case No. C-09-5386 JCS

Dear Judge Spero:

I am writing to the Court to address Yahoo!'s failure to comply with the Court's November 16, 2011 Order, which explicitly ordered Yahoo! to produce "the source code for the end to end flow of how advertising is requested and provided using the RMX front end or external ad server call front end." (Dkt. No. 205.)  Yahoo! still has not provided the complete source code, including the RMX front end software ordered during the prior hearing.  Augme's purpose in writing to the Court is to seek assistance from the Court in enforcing the Order and relief from the prejudice caused by Yahoo!'s failure to abide by the Court's Order.

Yahoo! has delayed its source code production throughout this matter, and this delay is well-documented in the Joint Letter (Dkt. No. 204) sent to the Court on October 31, 2011.  Since that time, Yahoo! has continued its delay tactics and false promises, which include failing to abide by the Court's Order:

- The parties' joint letter dated October 25, 2011 stated "Yahoo! will determine all additional source code, if any, necessary to trace the end-to-end data flow for the ad serving process associated with the script.js architecture and produce any code not already produced by November 21, 2011."  (Dkt. No. 204 at 2.)

# GOODWIN | PROCTER

The Honorable Joseph C. Spero
January 27, 2012
Page 2


- On November 15, 2011, at the hearing before Judge Spero regarding document and source code production, counsel for Yahoo! confirmed that APEX source code for the end-to-end ad serving process had been produced. (Ex.1.)

- On November 21, 2011, John Blake again confirmed that Yahoo! had produced source code necessary to trace the end-to-end data flow for the ad serving process associated with the APEX system. (Ex.2.)

- Pursuant to the Court's Order (Dkt. No. 205), Yahoo! stated "Yahoo has completed its RMX- and external ad server-related production." (Ex.3.)

Despite these assurances as well as the Court's Order, Yahoo! failed to produce all the code. (*See* Ex.4.) As a result, Augme has lost precious time and resources repeatedly bringing its expert to Yahoo!'s counsel's office in vain attempts to review Yahoo!'s source code.

Yahoo! acknowledges that it has not produced all the source code for its ad serving systems. (Exs. 5 and 6.)



Continuing to prove that it is either unwilling or incapable of producing the complete source code, Yahoo! now mentions that it has provided additional code – ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Ex.6.) There is no explanation as to why this code was not produced months ago.

This continued delay in production of Yahoo!'s source code is inexcusable. Reviewing source code is a difficult and time-consuming process, which is only exacerbated when parts of the source code are withheld. Discovery closes on March 16, 2012, and Yahoo!'s delays have caused prejudice to Augme, both financially and procedurally, and continues to cause such prejudice. In light of Yahoo!'s delay and unwillingness to comply with the Court's Order, Augme requests appropriate sanctions from the Court. Specifically, Augme requests the Court to order Yahoo! turn over to Augme its source code repository for its ad serving systems as it is maintained in the ordinary course of business and other sanctions the Court deems necessary.

# GOODWIN | PROCTER

The Honorable Joseph C. Spero
January 27, 2012
Page 3

Respectfully submitted,

Gregory S. Bishop
Attorney for Plaintiff Augme Technologies, Inc.

cc:   Rachel Krevans
      Attorney for Defendant Yahoo! Inc.



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED
Judge Joseph C. Spero
Dated: Feb. 1, 2012