Case3:09-cv-05386-JCS Document243 Filed03/15/12 Page1 of 8

[Complete list of counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

AUGME TECHNOLOGIES, INC.,

Plaintiff,

v.

YAHOO! INC.,

Defendant.

YAHOO! INC.,

Counterclaim Plaintiff,

v.

AUGME TECHNOLOGIES, INC. and WORLD TALK RADIO, LLC,

Counterclaim Defendants.

CASE NO. C 09-5386 JCS

**STIPULATION AND [~~PROPOSED~~] ORDER ENLARGING TIME FOR FACT DISCOVERY**

**Judge: Hon. Magistrate Joseph C. Spero**

STIPULATION AND [~~PROPOSED~~] ORDER ENLARGING TIME FOR FACT DISCOVERY
Case No. C 09-5386 JCS
**LIBA/2269946.1**

**sf-3119801**

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the parties, through their undersigned counsel, hereby stipulate, subject to the Court's approval, as follows:

WHEREAS, following the Further Case Management Conference held on January 6, 2012, the Court Ordered the following dates regarding the Augme Patents:

| **Event** | **Date** |
|---|---|
| Discovery cutoff | March 16, 2012 |
| Opening Expert Reports by party with burden of proof | March 28, 2012 |
| Expert Reports by party with no burden of proof | April 27, 2012 |
| Expert Discovery Cutoff | May 18, 2012 |
| File Dispositive Motions | June 1, 2012 |
| Opposition to Dispositive Motion | June 15, 2012 |
| Reply to Dispositive Motion | June 22, 2012 |
| Motions Hearing | July 20, 2012 |
| Pretrial Conference | December 7, 2012 |
| Trial Date | January 7, 2013 |

(Docket Nos. 220-222);

WHEREAS, the parties agree to extend the close of fact discovery for the Augme Patents on a limited basis as set forth below to April 4, 2012;

WHEREAS, the parties agree that as a result of the limited extension of fact discovery, it is reasonable and necessary to also extend the date of Opening Expert Reports to April 20, 2012, Responsive Expert Reports to May 18, 2012, close of expert discovery to June 7, 2012;

WHEREAS, the parties agree that as a result of the foregoing extensions, it is reasonable and necessary to also extend the date for filing dispositive motions by one week to June 8, 2012, oppositions to dispositive motions to June 22, 2012, and replies in support of dispositive motions

to June 29, 2012;

WHEREAS, no other scheduled dates in this action will be changed due to this extension, but the parties note that the proposed extension will result in one week less between the date Dispositive Motion briefing is complete (proposed June 29, 2012) and the Court's scheduled Motions Hearing on July 20, 2012; and

WHEREAS, the parties believe that an expedited process is necessary to resolve discovery issues that may arise going forward:

THEREFORE, based on the parties agreement and the attached Declaration of Gregory S. Bishop, the parties request the entry of an order setting forth the following:

| **Event** | **Date** |
|---|---|
| Discovery cutoff for the limited purpose of completing the depositions set forth below and any necessary follow-on discovery on the topics listed. | April 4, 2012 |
| Opening Expert Reports by party with burden of proof | April 20, 2012 |
| Expert Reports by party with no burden of proof | May 18, 2012 |
| Expert Discovery Cutoff | June 7, 2012 |
| File Dispositive Motions | June 8, 2012 |
| Opposition to Dispositive Motion | June 22, 2012 |
| Reply to Dispositive Motion | June 29, 2012 |

(1) The deposition of Vince Li may be taken within the extended discovery period. Augme reserves all rights to object to supplementation of Yahoo's Invalidity Contentions with testimony received from Mr. Li and reserves all rights to preclude Yahoo from including such testimony in Yahoo's expert report. Mr. Li will not be producing documents.

(2) Augme agrees to remove the confidentiality designation for certain portions of the

deposition testimony of Messrs. Bradley, McCollum and Burgess as set forth in Ryan Gilfoil's letters of February 29, 2012 and March 7, 2012.

(3) In the event that additional discovery disputes arise during the discovery period related to damages (including but not limited to Augme's ongoing request to inspect Yahoo's databases in their native format), the Parties will comply with the Court's requirement to meet and confer in person in an attempt to resolve the issue before preparing a joint letter to the Court on an expedited basis. Within three days of receiving a request to meet and confer in person, lead counsel will endeavor to make themselves available for such meeting and if the issue is not resolved, the parties will prepare a joint letter to the Court within the three-day window. Recognizing that lead counsel for both parties have travel obligations during this time period, the lead counsel role may be filled, if actual lead counsel is not available during the three-day window, by another partner from Goodwin Procter, LLP or Morrison and Foerster, LLP that has entered an appearance in the case and has authority to make a decision regarding the issue to be decided.

(4) If Yahoo is unable to complete production of documents related to the Nelson Deposition prior by March 15, 2012, the parties will work together in good faith to reschedule Mr. Nelson's deposition.

(5) The following depositions shall proceed according to the schedule set forth in the table below, subject to further mutual agreement by the parties.

| **Witness** | **Topic** | **Date** |
|---|---|---|
| Eaton | Augme's 2nd 30(b)(6) Deposition Notice, Topics 4-11, 14 | March 13, 2012 |
| Danchanka | 3rd party deposition<br>Also, Augme's 2nd 30(b)(6) Deposition Notice, limited to the location and production by Yahoo! of | March 14, 2012 |

| | | |
|---|---|---|
| | additional Blue Lithium source code on March 2, 2012 | |
| Nelson | Augme's 2nd 30(b)(6) Deposition Notice, Topics 1-3, 13, 15-16 | March 20, 2012 |
| Chandra | Augme's 3rd 30(b)(6) Deposition Notice, Topics 1-3 | March 26, 2012 |
| Yeh | Augme's 2nd 30(b)(6) Deposition Notice, Topic 12 | March 27, 2012 |
| Cofer (or other witness) | Rule 30(b)(6) testimony regarding the facts, circumstances and persons most knowledgeable about Yahoo! ad-serving statistical data and databases, including TAO and Diego. | TBD |
| Li | 3rd party witness | TBD |

Dated: March 13, 2012

Respectfully submitted,

By: /s/ Gregory S. Bishop

Thomas J. Scott Jr. (pro hac vice)
tscott@goodwinprocter.com
Jennifer A. Albert (pro hac vice)
jalbert@goodwinprocter.com
GOODWIN PROCTER LLP
901 New York Avenue NW
Washington, DC 20001
Tel.: (202) 346-4000; Fax: (202) 346-4444

Erica D. Wilson (SBN 161386)
ewilson@goodwinprocter.com
Gregory S. Bishop (SBN 184680)
gbishop@goodwinprocter.com

Charles F. Koch (SBN 256683)
ckoch@goodwinprocter.com
Rebecca Unruh (SBN 267881)
runruh@goodwinprocter.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: (650) 752-3100; Fax: (650) 853-1038

Michael Strapp (pro hac vice)
mstrapp@goodwinprocter.com
GOODWIN PROCTER llp
Exchange Place
53 State Street
Boston, MA 02109
Tel.: 617.570.1000; Fax: 617.523.1231

Attorneys for Plaintiff and Counterclaim Defendant AUGME TECHNOLOGIES, INC. and Counterclaim Defendant WORLD TALK RADIO, LLC

Dated: March 13, 2012

Respectfully submitted,

By: /s/ Rachel Krevans

Rachel Krevans (116421)
rkrevans@mofo.com
Richard S.J. Hung (197425)
rhung@mofo.com
Daniel P. Muino (209624)
dmuino@mofo.com
J. Ryan Gilfoil (246493)
jgilfoil@mofo.com
John K. Blake, Jr. (262906)
jblake@mofo.com
MORRISON & FOERSTER LLP
425 Market Street, 32nd Floor,
San Francisco, California 94105-2482
Tel.: 415.268.7000
Fax: 415.268.7522

Attorneys for Defendant and Counterclaim Plaintiff YAHOO! INC.

Case3:09-cv-05386-JCS Document243 Filed03/15/12 Page7 of 8

**[~~PROPOSED~~ ORDER]**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: March 14, 2012

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Judge Joseph C. Spero

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

7

STIPULATION AND [~~PROPOSED~~] ORDER ENLARGING TIME FOR FACT DISCOVERY
CASE NO. C 09-5386 JCS
**LIBA/2269946.1**

**sf-3119801**

**GENERAL ORDER 45 ATTESTATION**

I, J. Ryan Gilfoil, am the ECF User whose ID and Password are being used to file this

**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR FACT DISCOVERY**

In compliance with General Order 45, X.B., I hereby attest that Rachel Krevans and Gregory S. Bishop have concurred to its filing.

Dated: March 13, 2012

/s/ J. Ryan Gilfoil
J. Ryan Gilfoil