1  [Complete list of counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| AUGME TECHNOLOGIES, INC., | CASE NO. C 09-5386 JCS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR FACT DISCOVERY** |
| v. | |
| YAHOO! INC., | **Judge: Hon. Magistrate Joseph C. Spero** |
| Defendant. | |
| YAHOO! INC., | |
| Counterclaim Plaintiff, | |
| v. | |
| AUGME TECHNOLOGIES, INC. and WORLD TALK RADIO, LLC, | |
| Counterclaim Defendants. | |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the parties, through their undersigned counsel, hereby stipulate, subject to the Court's approval, as follows:

WHEREAS, on March 15, 2012, the Court adopted the parties' stipulation to extend the close of fact discovery for the Augme Patents on a limited basis to April 4, 2012 (Docket No. 243);

WHEREAS, a portion of the Court's March 15, 2012 order enlarging fact discovery (Docket No. 243) noted that:

The following depositions shall proceed according to the schedule set forth in the table below, subject to further mutual agreement by the parties.

| **Witness** | **Topic** | **Date** |
|---|---|---|
| Eaton | Augme's 2nd 30(b)(6) Deposition Notice, Topics 4-11, 14 | March 13, 2012 |
| Danchanka | 3rd party deposition  Also, Augme's 2nd 30(b)(6) Deposition Notice, limited to the location and production by Yahoo! of additional Blue Lithium source code on March 2, 2012 | March 14, 2012 |
| Nelson | Augme's 2nd 30(b)(6) Deposition Notice, Topics 1-3, 13, 15-16 | March 20, 2012 |
| Chandra | Augme's 3rd 30(b)(6) Deposition Notice, Topics 1-3 | March 26, 2012 |
| Yeh | Augme's 2nd 30(b)(6) | March 27, 2012 |

2

|  | Deposition Notice, Topic 12 |  |
|---|---|---|
| Cofer (or other witness) | Rule 30(b)(6) testimony regarding the facts, circumstances and persons most knowledgeable about Yahoo! ad-serving statistical data and databases, including TAO and Diego. | TBD |
| Li | 3rd party witness | TBD |

WHEREAS, Ms. Cofer is unavailable from March 29, 2012, through April 4, 2012, due to being on call for jury duty (see attached Declaration of John K. Blake, Jr.);

WHEREAS, the parties have agreed to extend the close of fact discovery one day so that Ms. Cofer's deposition may take place on April 5, 2012;

WHEREAS, no other scheduled dates in this action will be changed due to this extension;

THEREFORE, based on the parties' agreement and the accompanying Declaration of John K. Blake, Jr., the parties respectfully request that the Court enter an order extending the current April 4, 2012 special discovery cutoff to April 5, 2012, for the sole purpose of completing the deposition of Ms. Cofer on the topics listed for her above.

Dated: April 2, 2012                    Respectfully submitted,

By: */s/ Gregory S. Bishop*
    Thomas J. Scott Jr. (pro hac vice)
    tscott@goodwinprocter.com
    Jennifer A. Albert (pro hac vice)
    jalbert@goodwinprocter.com
    GOODWIN PROCTER LLP
    901 New York Avenue NW
    Washington, DC 20001
    Tel.: (202) 346-4000; Fax: (202) 346-4444

    Erica D. Wilson (SBN 161386)
    ewilson@goodwinprocter.com
    Gregory S. Bishop (SBN 184680)
    gbishop@goodwinprocter.com
    Charles F. Koch (SBN 256683)
    ckoch@goodwinprocter.com

3

1  Rebecca Unruh (SBN 267881)
   runruh@goodwinprocter.com
2  GOODWIN PROCTER LLP
   135 Commonwealth Drive
3  Menlo Park, California 94025-1105
   Tel.: (650) 752-3100; Fax: (650) 853-1038
4
   Michael Strapp (pro hac vice)
5  mstrapp@goodwinprocter.com
   GOODWIN PROCTER llp
6  Exchange Place
   53 State Street
7  Boston, MA 02109
   Tel.: 617.570.1000; Fax: 617.523.1231
8
   Attorneys for Plaintiff and Counterclaim
9  Defendant AUGME TECHNOLOGIES, INC.
   and Counterclaim Defendant
10 WORLD TALK RADIO, LLC

11 Dated: April 2, 2012                Respectfully submitted,
12
13                                     By: */s/ Daniel P. Muino*
                                           Rachel Krevans (116421)
14                                         rkrevans@mofo.com
                                           Richard S.J. Hung (197425)
15                                         rhung@mofo.com
                                           Daniel P. Muino (209624)
16                                         dmuino@mofo.com
                                           J. Ryan Gilfoil (246493)
17                                         jgilfoil@mofo.com
                                           John K. Blake, Jr. (262906)
18                                         jblake@mofo.com
                                           MORRISON & FOERSTER LLP
19                                         425 Market Street, 32nd Floor,
                                           San Francisco, California 94105-2482
20                                         Tel.: 415.268.7000
                                           Fax: 415.268.7522
21
                                       Attorneys for Defendant and Counterclaim
22                                     Plaintiff YAHOO! INC.

23
24
25
26
27
28
                                         4
   STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR FACT DISCOVERY
   CASE NO. C 09-5386 JCS
   **sf-3127747**


**[PROPOSED ORDER]**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: __April 3__, 2012

_____
UNITED STATES MAGISTRATE JUDGE

*Judge Joseph C. Spero*

5

STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR FACT DISCOVERY
CASE NO. C 09-5386 JCS
**sf-3127747**

**GENERAL ORDER 45 ATTESTATION**

I, John K. Blake, Jr., am the ECF User whose ID and Password are being used to file this

**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR FACT DISCOVERY**

In compliance with General Order 45, X.B., I hereby attest that Gregory S. Bishop and Daniel P. Muino have concurred to its filing.

Dated: April 2, 2012

*/s/ John K. Blake, Jr.*
John K. Blake, Jr.