| | |
|---|---|
| 1 | RACHEL KREVANS (CA SBN 116421) |
| | (rkrevans@mofo.com) |
| 2 | RICHARD S.J. HUNG (CA SBN 197425) |
| | (rhung@mofo.com) |
| 3 | DANIEL P. MUINO (CA SBN 209624) |
| | (dmuino@mofo.com) |
| 4 | J. RYAN GILFOIL (CA SBN 246493) |
| | (jgilfoil@mofo.com) |
| 5 | JOHN K. BLAKE, JR. (CA SBN 262906) |
| | (jblake@mofo.com) |
| 6 | MORRISON & FOERSTER LLP |
| | 425 Market Street, 32d Floor |
| 7 | San Francisco, California 94105-2482 |
| | Telephone: (415) 268-7000 |
| 8 | Facsimile: (415) 268-7522 |

Attorneys for Defendant and Counterclaim Plaintiff
YAHOO! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUGME TECHNOLOGIES, INC., | Case No. C-09-5386 JCS |
| Plaintiff, | **YAHOO! INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE PARTIES' APRIL 18, 2012 JOINT LETTER AND CERTAIN EXHIBITS THERETO** |
| v. | |
| YAHOO! INC., | |
| Defendant. | |
| | Judge: Hon. Joseph C. Spero |
| YAHOO! INC., | |
| Counterclaim Plaintiff, | |
| v. | |
| AUGME TECHNOLOGIES, INC. and WORLD TALK RADIO, LLC, | |
| Counterclaim Defendants. | |

YAHOO!'S ADMIN. MOT. TO SEAL RE: APRIL 18, 2012 JOINT LETTER TO COURT
CASE NO. C-09-5386 JCS
sf-3133677

1  Pursuant to Civil L. R. 79-5, Defendant and Counterclaim Plaintiff Yahoo! Inc. ("Yahoo!") moves to file under seal portions of the Parties' April 17, 2012 Joint Letter to the Court Regarding Discovery Disputes ("April 18, 2012 Joint Letter") and certain Exhibits thereto. In support of this administrative motion, Yahoo! submits the Declaration of John K. Blake, Jr. ("Blake Decl."), filed concurrently.

The entirety of Exhibits F, H, and L and portions of Exhibit E and the April 17, 2012 Joint Letter contain information designated by Yahoo! as "Highly Confidential – Outside Counsel Only" or "Confidential" under the Stipulated Protective Order. Specifically, these materials reference Yahoo!'s revenues, financial and database systems, and statistical reporting systems, all of which are confidential and proprietary business information that could be used by Yahoo!'s competitors to its disadvantage. (Blake Decl. ¶¶ 2-7.)

Accordingly, Yahoo! respectfully requests that the Court permit the filing under seal of Exhibits F, H, and L and the designated portions of Exhibit E and the April 18, 2012 Joint Letter.

Dated: April 18, 2012            MORRISON & FOERSTER LLP

                                 By:  */s/ John K. Blake, Jr.*
                                      John K. Blake, Jr.

                                 Attorneys for Defendant and
                                 Counterclaim Plaintiff
                                 YAHOO! INC.