RACHEL KREVANS (CA SBN 116421)
(rkrevans@mofo.com)
RICHARD S.J. HUNG (CA SBN 197425)
(rhung@mofo.com)
DANIEL P. MUINO (CA SBN 209624)
(dmuino@mofo.com)
J. RYAN GILFOIL (CA SBN 246493)
(jgilfoil@mofo.com)
JOHN K. BLAKE, JR. (CA SBN 262906)
(jblake@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street, 32d Floor
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Defendant and Counterclaim Plaintiff
YAHOO! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUGME TECHNOLOGIES, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>YAHOO! INC.,<br><br>        Defendant. | Case No.   C-09-5386 JCS<br><br>**[PROPOSED] ORDER GRANTING YAHOO! INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE PARTIES' APRIL 18, 2012 JOINT LETTER AND CERTAIN EXHIBITS THERETO**<br><br>Judge:  Hon. Joseph C. Spero |
| YAHOO! INC.,<br><br>        Counterclaim Plaintiff,<br><br>   v.<br><br>AUGME TECHNOLOGIES, INC. and WORLD TALK RADIO, LLC,<br><br>        Counterclaim Defendants. | |

IT IS ORDERED THAT Yahoo! Inc.'s administrative motion to seal Exhibits F, H, and L and the designated portions of Exhibit E and the April 18, 2012 Joint Letter, is **GRANTED**.

Yahoo! Inc. is permitted leave to file these materials under seal.

**IT IS SO ORDERED**.

Date: _____  _____
THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge