| | |
|---|---|
| 1 | RACHEL KREVANS (CA SBN 116421) |
|   | (rkrevans@mofo.com) |
| 2 | RICHARD S.J. HUNG (CA SBN 197425) |
|   | (rhung@mofo.com) |
| 3 | DANIEL P. MUINO (CA SBN 209624) |
|   | (dmuino@mofo.com) |
| 4 | J. RYAN GILFOIL (CA SBN 246493) |
|   | (jgilfoil@mofo.com) |
| 5 | JOHN K. BLAKE, JR. (CA SBN 262906) |
|   | (jblake@mofo.com) |
| 6 | MORRISON & FOERSTER LLP |
|   | 425 Market Street, 32d Floor |
| 7 | San Francisco, California 94105-2482 |
|   | Telephone:  (415) 268-7000 |
| 8 | Facsimile:  (415) 268-7522 |

Attorneys for Defendant and Counterclaim Plaintiff
YAHOO! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUGME TECHNOLOGIES, INC., | Case No.   C-09-5386 JCS |
| Plaintiff, | **DECLARATION OF JOHN K. BLAKE, JR., IN SUPPORT OF YAHOO! INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE PARTIES' APRIL 18, 2012 JOINT LETTER AND CERTAIN EXHIBITS THERETO** |
| v. | |
| YAHOO! INC., | |
| Defendant. | |
| YAHOO! INC., | |
| Counterclaim Plaintiff, | |
| v. | |
| AUGME TECHNOLOGIES, INC. and WORLD TALK RADIO, LLC, | |
| Counterclaim Defendants. | |

DECL. OF JOHN K. BLAKE, JR., IN SUPP. OF YAHOO!'S APRIL 18, 2012 MOTION TO SEAL
CASE NO. C-09-5386 JCS
sf-3133743

I, John K. Blake, Jr., hereby state the following:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice in this Court. I am an associate at the law firm of Morrison & Foerster LLP, counsel of record for Yahoo! Inc. ("Yahoo!") in this action. Pursuant to N.D. Cal. Civil L.R. 79-5, I make this declaration in support of Yahoo!'s Administrative Motion to Seal portions of the April 18, 2012 Joint Letter to the Court Regarding Discovery Disputes ("April 18, 2012 Joint Letter") and Certain Exhibits thereto. I have personal knowledge of the matters stated in this Declaration and I could and would testify competently thereto if called to do so.

2. The entirety of Exhibits F, L, and H and portions of Exhibit E and the April 18, 2012 Joint Letter contain information designated "Highly Confidential – Outside Counsel Only" or "Confidential" by Yahoo! under the Stipulated Protective Order.

3. Exhibit F contains excerpts of the transcript of the March 13, 2012 30(b)(6) deposition of David Eaton, designated by Yahoo! as Highly Confidential – Outside Counsel Only. Mr. Eaton's testimony includes references to Yahoo!'s financial systems and databases that are confidential, proprietary business information that could be used by Yahoo!'s competitors to its disadvantage.

4. Exhibit L contains excerpts of the transcript of the April 5, 2012 30(b)(6) deposition of Cheralyn Cofer, designated by Yahoo! as Highly Confidential – Outside Counsel Only. Ms. Cofer's testimony includes references to Yahoo!'s ad serving statistical reporting systems that are confidential, proprietary business information that could be used by Yahoo!'s competitors to its disadvantage.

5. Exhibit H contains Yahoo!'s supplemental interrogatory responses designated by Yahoo! as "Confidential." These responses detail Yahoo!'s ad-serving and display revenues and are confidential, proprietary business information that could be used by Yahoo!'s competitors to its disadvantage.

6. Portions of Exhibit E, an April 11, 2012 Letter from Augme to Yahoo!, describe the substance of Ms. Cofer's deposition testimony on Yahoo!'s statistical databases, which, as noted above, has been designated by Yahoo! as Highly Confidential – Outside Counsel Only.

7. Portions of the April 18, 2012 Joint Letter describe the substance of Mr. Eaton's and Ms. Cofer's deposition testimony, both of which Yahoo! designated Highly Confidential – Outside Counsel Only.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 18, 2012, in San Francisco, California.

*/s/ John K. Blake, Jr.*
John K. Blake, Jr.

CASE NO. C-09-5386 JCS
sf-3133743

2