[Complete list of counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUGME TECHNOLOGIES, INC., <br><br> Plaintiff, <br> v. <br> YAHOO! INC., <br><br> Defendant. | CASE NO. C 09-5386 JCS <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING YAHOO! FINANCIAL PRODUCTION** <br><br> **Judge: Hon. Magistrate Joseph C. Spero** |
| YAHOO! INC., <br><br> Counterclaim Plaintiff, <br> v. <br> AUGME TECHNOLOGIES, INC. and WORLD TALK RADIO, LLC, <br><br> Counterclaim Defendants. | |

1  The parties, through their undersigned counsel, hereby stipulate, subject to the Court's
2  approval, as follows:
3  WHEREAS, on April 18, 2012, the parties filed a Joint Letter Brief to the Court regarding
4  a discovery dispute concerning production of Yahoo!'s financial information for the accused
5  products;
6  WHEREAS, on April 20, 2012, the parties agreed to the following stipulation:
7  **Stipulation**:
8  **The parties stipulate, for purposes of this litigation, that the U.S. revenues (*e.g.*, "USA
9  Region," "United States," "Manually Billed," "US," and "BL US revenue") identified in
10  Yahoo!'s production at the Bates label numbers listed below relate to systems and activities
11  within the United States. The parties will not argue that the identified U.S. revenues relate
12  to systems or activities located outside the United States, or that revenues identified in
13  Yahoo!'s production as outside the United States are due to allegedly infringing systems or
14  conduct.**

15  **Referenced documents:**

**YAH-2373732**
**YAH-2373733**
**YAH-2373739**
**YAH-2373740**

**YAH-2373731**
**YAH-2373741**

**YAH-2385376**

**YAH-2385271**
**YAH-2497972**

**YAH-2373734**
**YAH-2373736**

**YAH-2373738**
**YAH-2373742**
**YAH-2373743**
**YAH-2373744**

2

**YAH-2373745**
**YAH-2373746**

**YAH-2373735**
**YAH-2373737**

**YAH-2500113**
**YAH-2500114**
**YAH-2500115**
**YAH-2500115a**

WHEREAS, the parties agree that entry of the above stipulation resolves the dispute raised in the parties' April 18, 2012 Joint Letter Brief;

THEREFORE, based on the parties' agreement, the parties respectfully request that the Court enter an order adopting the above stipulation and withdrawing the April 18, 2012 Joint Letter Brief.

Dated: April 20, 2012                                    Respectfully submitted,

By: */s/ Gregory S. Bishop*
Thomas J. Scott Jr. (pro hac vice)
tscott@goodwinprocter.com
Jennifer A. Albert (pro hac vice)
jalbert@goodwinprocter.com
GOODWIN PROCTER LLP
901 New York Avenue NW
Washington, DC 20001
Tel.: (202) 346-4000; Fax: (202) 346-4444

Erica D. Wilson (SBN 161386)
ewilson@goodwinprocter.com
Gregory S. Bishop (SBN 184680)
gbishop@goodwinprocter.com
Charles F. Koch (SBN 256683)
ckoch@goodwinprocter.com
Rebecca Unruh (SBN 267881)
runruh@goodwinprocter.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: (650) 752-3100; Fax: (650) 853-1038

Michael Strapp (pro hac vice)
mstrapp@goodwinprocter.com
GOODWIN PROCTER llp

3

|   |   |
|---|---|
| 1 | Exchange Place |
| 2 | 53 State Street |
|   | Boston, MA  02109 |
|   | Tel.:  617.570.1000; Fax:  617.523.1231 |
| 3 |   |
|   | Attorneys for Plaintiff and Counterclaim |
| 4 | Defendant AUGME TECHNOLOGIES, INC. |
|   | and Counterclaim Defendant |
| 5 | WORLD TALK RADIO, LLC |

6

Dated: April 20, 2012                                    Respectfully submitted,

7

8                                                                By: */s/ Richard S.J. Hung*
                                                                       Rachel Krevans (116421)
9                                                                   rkrevans@mofo.com
                                                                       Richard S.J. Hung (197425)
10                                                                 rhung@mofo.com
                                                                       Daniel P. Muino (209624)
11                                                                 dmuino@mofo.com
                                                                       J. Ryan Gilfoil (246493)
12                                                                 jgilfoil@mofo.com
                                                                       John K. Blake, Jr. (262906)
13                                                                 jblake@mofo.com
                                                                       MORRISON & FOERSTER LLP
14                                                                 425 Market Street, 32nd Floor,
                                                                       San Francisco, California  94105-2482
15                                                                 Tel.:  415.268.7000
                                                                       Fax:  415.268.7522
16
                                                                   Attorneys for Defendant and Counterclaim
17                                                                 Plaintiff YAHOO! INC.

18

19

20

21

22

23

24

25

26

27

28

4

1
2 **[~~PROPOSED~~ ORDER]**

3    PURSUANT TO STIPULATION, IT IS SO ORDERED.

4
5 Date: __4/24_____, 2012

6
7                                                    _____
                                                     UNITED STATES MAGISTRATE JUDGE

*Judge Joseph C. Spero*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                             5

**GENERAL ORDER 45 ATTESTATION**

I, John K. Blake, Jr., am the ECF User whose ID and Password are being used to file this **STIPULATION AND [PROPOSED] ORDER REGARDING YAHOO! FINANCIAL PRODUCTION.**

In compliance with General Order 45, X.B., I hereby attest that Gregory S. Bishop and Richard S.J. Hung have concurred to its filing.

Dated: April 20, 2012

                                           */s/ John K. Blake, Jr.*
                                           John K. Blake, Jr.