**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7    AUGME TECHNOLOGIES, INC.,              No. C-09-5386 JCS
8              Plaintiff(s),
                                           **ORDER REGARDING FILING OF**
9         v.                               **MOTION FOR SUMMARY JUDGMENT**
10   YAHOO!, INC.,
11             Defendant(s).
12   _____/
13        The Court hereby reminds counsel that each side may file one (1)  summary judgment
14   motion regarding the Augme Patents and one (1) summary judgment motion regarding the Yahoo!
15   Patents without leave of Court.
16        IT IS SO ORDERED.
17
18   Dated: May 10, 2012
19                                          _____
20                                          JOSEPH C. SPERO
                                            United States Magistrate Judge
21
22
23
24
25
26
27
28