[Complete list of counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUGME TECHNOLOGIES, INC., <br><br> Plaintiff, <br> v. <br> YAHOO! INC., <br><br> Defendant. | CASE NO. C 09-5386 JCS <br><br> **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR FACT DISCOVERY REGARDING PRIOR ART ADDED IN YAHOO!'S SECOND SUPPLEMENT TO FIRST AMENDED INVALIDITY CONTENTIONS** <br><br> **Judge: Hon. Magistrate Joseph C. Spero** |
| YAHOO! INC., <br><br> Counterclaim Plaintiff, <br> v. <br> AUGME TECHNOLOGIES, INC. and WORLD TALK RADIO, LLC, <br><br> Counterclaim Defendants. | |

1   Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the parties, through their undersigned
2   counsel, hereby stipulate, subject to the Court's approval, as follows:
3   WHEREAS, following the Further Case Management Conference held on January 6, 2012,
4   the Court Ordered that the Discovery cutoff would be March 16, 2012;
5   WHEREAS, a portion of the Court's March 15, 2012 order enlarging fact discovery
6   (Docket No. 243) stated that discovery deadlines would be modified as follows:

| Event | Date |
|---|---|
| Discovery cutoff for the limited purpose of completing the depositions set forth below and any necessary follow-on discovery on the topics listed. | April 4, 2012 |
| Opening Expert Reports on party with burden of proof | April 20, 2012 |
| Expert Reports on party with no burden of proof | May 18, 2012 |
| Expert Discovery Cutoff | June 7, 2012 |
| File Dispositive Motions | June 8, 2012 |
| Opposition to Dispositive Motion | June 22, 2012 |
| Reply to Dispositive Motion | June 29, 2012 |

19   WHEREAS, the Court allowed Yahoo! to amend its Invalidity Contentions on April 5,
20  2012 (Docket No. 262);
21   WHEREAS, the Court acknowledged that Yahoo! has agreed to reasonable discovery
22  relating to the art added in Yahoo!'s Second Supplement to First Amended Invalidity Contentions
23  (Docket No. 282);
24   WHEREAS, Augme asserts that it needs to take additional discovery for prior art added in
25  Yahoo!'s Second Supplement to First Amended Invalidity Contentions;
26   WHEREAS, the parties have agreed to extend the close of fact discovery to allow Augme
27  to take reasonable third party discovery (including the deposition of Mark Scheele) regarding the
28  art added in Yahoo!'s Second Supplement to First Amended Invalidity Contentions to

1

1  June 29, 2012;

2  WHEREAS, the parties have agreed to extend the close of fact discovery to allow Augme
3  to take reasonable discovery on Yahoo! regarding the art added in Yahoo!'s Second Supplement to
4  Amended First Invalidity Contentions to June 20, 2012;

5  WHEREAS, Augme has been unable to schedule Mr. Scheele's deposition for before
6  June 29, 2012;

7  WHEREAS, Yahoo! has agreed to respond to Augme's Sixth Set of Interrogatories to
8  Yahoo!, Augme's Fourth Set of Requests for Production of Documents to Yahoo!, and Augme's
9  Requests for Admission (Set Two) to Yahoo! by June 5, 2012;

10  WHEREAS, Yahoo! reserves the right to object to discovery that is unreasonable or not
11  narrowly tailored;

12  WHEREAS, no other scheduled dates in this action will be changed due to this extension;

13  THEREFORE, based on the parties' agreement, the parties respectfully request that the
14  Court enter an order:

- Extending time for Augme to conduct reasonable third party discovery regarding the art added in Yahoo!'s Second Supplement to First Amended Invalidity Contentions to June 29, 2012, for the sole purpose of allowing Augme to fully investigate this newly-added prior art; and

- Extending time for Augme to conduct reasonable discovery on Yahoo! regarding the art added in Yahoo!'s Second Supplement to First Amended Invalidity Contentions to June 20, 2012, for the sole purpose of allowing Augme to fully investigate this newly-added prior art.

Dated: May 23, 2012                                    Respectfully submitted,

By: */s/ Daniel W. Richards*
Thomas J. Scott Jr. (pro hac vice)
tscott@goodwinprocter.com
Jennifer A. Albert (pro hac vice)
jalbert@goodwinprocter.com
GOODWIN PROCTER LLP
901 New York Avenue NW

2

|   |   |
|---|---|
| 1 | Washington, DC 20001<br>Tel.: (202) 346-4000; Fax: (202) 346-4444 |
| 2 | |
| 3 | Erica D. Wilson (SBN 161386)<br>ewilson@goodwinprocter.com |
| 4 | Gregory S. Bishop (SBN 184680)<br>gbishop@goodwinprocter.com |
| 5 | Charles F. Koch (SBN 256683)<br>ckoch@goodwinprocter.com |
| 6 | Rebecca Unruh (SBN 267881)<br>runruh@goodwinprocter.com |
| 7 | Daniel W. Richards (280595)<br>drichards@goodwinprocter.com |
|   | GOODWIN PROCTER LLP |
| 8 | 135 Commonwealth Drive<br>Menlo Park, California 94025-1105 |
| 9 | Tel.: (650) 752-3100; Fax: (650) 853-1038 |
| 10 | Michael Strapp (pro hac vice)<br>mstrapp@goodwinprocter.com |
| 11 | GOODWIN PROCTER llp<br>Exchange Place |
| 12 | 53 State Street<br>Boston, MA 02109 |
| 13 | Tel.: 617.570.1000; Fax: 617.523.1231 |
| 14 | Attorneys for Plaintiff and Counterclaim<br>Defendant AUGME TECHNOLOGIES, INC. |
| 15 | and Counterclaim Defendant WORLD TALK<br>RADIO, LLC |
| 16 | |
|   | Dated: May 23, 2012 | Respectfully submitted, |
| 17 | |
| 18 | By: /s/ *Richard S.J. Hung* |
|   | Rachel Krevans (116421) |
| 19 | rkrevans@mofo.com |
|   | Richard S.J. Hung (197425) |
| 20 | rhung@mofo.com |
|   | Daniel P. Muino (209624) |
| 21 | dmuino@mofo.com |
|   | J. Ryan Gilfoil (246493) |
| 22 | jgilfoil@mofo.com |
|   | John K. Blake, Jr. (262906) |
| 23 | jblake@mofo.com |
|   | MORRISON & FOERSTER LLP |
| 24 | 425 Market Street, 32nd Floor, |
|   | San Francisco, California 94105-2482 |
| 25 | Tel.: 415.268.7000 |
|   | Fax: 415.268.7522 |
| 26 | |
|   | Attorneys for Defendant and Counterclaim |
| 27 | Plaintiff YAHOO! INC. |
| 28 | |

STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR FACT DISCOVERY        CASE NO. C 09-5386 JCS
LIBA/2302779.3

1
2 [~~PROPOSED~~ **ORDER**]

3 PURSUANT TO STIPULATION, IT IS SO ORDERED.

4
5 Date: _____May 29_____, 2012

6 _____
7 UNITED STATES MAGISTRATE JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GENERAL ORDER 45 ATTESTATION**

I, Daniel W. Richards, am the ECF User whose ID and Password are being used to file this

**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR FACT DISCOVERY**

In compliance with General Order 45, X.B., I hereby attest that Richard S.J. Hung has concurred to its filing.

Dated: May 23, 2012

                                             */s/ Daniel W. Richards*
                                             Daniel W. Richards