1    [Complete list of counsel on signature page]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11   AUGME TECHNOLOGIES, INC.,          CASE NO. C 09-5386 JCS

12              Plaintiff,              **STIPULATION AND [~~PROPOSED~~]**
                                        **ORDER ENLARGING TIME FOR**
13        v.                            **EXPERT DISCOVERY**

     YAHOO! INC.,                       **Judge: Hon. Magistrate Joseph C. Spero**
14
              Defendant.
15   YAHOO! INC.,

16              Counterclaim Plaintiff,

17        v.

18   AUGME TECHNOLOGIES, INC. and
     WORLD TALK RADIO, LLC,
19
              Counterclaim Defendants.
20

21

22

23

24

25

26

27

28

1      Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the parties, through their undersigned

2 counsel, hereby stipulate, subject to the Court's approval, as follows:

3      WHEREAS, on March 15, 2012, the Court adopted the parties' stipulation to extend the

4 close of expert discovery for the Augme Patents to June 7, 2012 (Docket No. 243);

5      WHEREAS the parties have agreed that Yahoo! may take the deposition of Dr. Samrat

6 Bhattacharjee for no more than ten hours, consisting of no more than five hours for each expert

7 report and no more than one questioning attorney;

8      WHEREAS, accordingly, the parties have scheduled the following expert depositions:

9     • May 31, 2012: Shishir Gundavaram

10     • June 4 and 5, 2012: Samrat Bhattacharjee

11     • June 6, 2012: Stephen Gray

12      WHEREAS, the parties have met and conferred regarding the scheduling of the expert

13 deposition of Glenn Weadock;

14      WHEREAS, based on Mr. Weadock's and counsel's schedules, the parties have agreed to

15 extend the close of expert discovery to June 8, 2012, for the sole purpose of the deposition of

16 Glenn Weadock;

17      WHEREAS, the parties have agreed to work cooperatively to schedule the depositions of

18 damages experts Michele Riley and Dr. Allyn Strickland in July 2012, and plan to seek an

19 extension separately for those depositions once they have agreed to a schedule for them;

20      WHEREAS, no other scheduled dates in this action will be changed due to this extension;

21      THEREFORE, based on the parties' agreement, the parties respectfully request that the

22 Court enter an order extending expert discovery to June 8, 2012, for the sole purpose of the

23 deposition of Glenn Weadock.

24

Dated: June 5, 2012           Respectfully submitted,

25

26                    By: */s/ Gregory S. Bishop*

                        Thomas J. Scott Jr. (pro hac vice)

27                        tscott@goodwinprocter.com

                        Jennifer A. Albert (pro hac vice)

28

STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR EXPERT DISCOVERY
CASE NO. C 09-5386 JCS
**sf-3154911**

1    jalbert@goodwinprocter.com
     GOODWIN PROCTER LLP
2    901 New York Avenue NW
     Washington, DC  20001
3    Tel.: (202) 346-4000; Fax: (202) 346-4444

4    Erica D. Wilson (SBN 161386)
     ewilson@goodwinprocter.com
5    Gregory S. Bishop (SBN 184680)
     gbishop@goodwinprocter.com
6    Charles F. Koch (SBN 256683)
     ckoch@goodwinprocter.com
7    Rebecca Unruh (SBN 267881)
     runruh@goodwinprocter.com
8    GOODWIN PROCTER LLP
     135 Commonwealth Drive
9    Menlo Park, California  94025-1105
     Tel.: (650) 752-3100; Fax: (650) 853-1038
10
     Michael Strapp (pro hac vice)
11   mstrapp@goodwinprocter.com
     GOODWIN PROCTER llp
12   Exchange Place
     53 State Street
13   Boston, MA  02109
     Tel.:  617.570.1000; Fax:  617.523.1231
14
     Attorneys for Plaintiff and Counterclaim
15   Defendant AUGME TECHNOLOGIES, INC.
     and Counterclaim Defendant
16   WORLD TALK RADIO, LLC

17   Dated: June 5, 2012                      Respectfully submitted,

18

19                                            By: */s/ Richard S.J. Hung*
                                                  Rachel Krevans (116421)
20                                                rkrevans@mofo.com
                                                  Richard S.J. Hung (197425)
21                                                rhung@mofo.com
                                                  Daniel P. Muino (209624)
22                                                dmuino@mofo.com
                                                  J. Ryan Gilfoil (246493)
23                                                jgilfoil@mofo.com
                                                  John K. Blake, Jr. (262906)
24                                                jblake@mofo.com
                                                  MORRISON & FOERSTER LLP
25                                                425 Market Street, 32nd Floor,
                                                  San Francisco, California  94105-2482
26                                                Tel.:  415.268.7000
                                                  Fax:  415.268.7522
27
                                             Attorneys for Defendant and Counterclaim
28
                                                  3

1       Plaintiff YAHOO! INC.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1

**[PROPOSED ORDER]**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Date: _____June 6_____, 2012

5

6

_____

7

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR EXPERT DISCOVERY
CASE NO. C 09-5386 JCS
**sf-3154911**

**GENERAL ORDER 45 ATTESTATION**

I, John K. Blake, Jr., am the ECF User whose ID and Password are being used to file this

**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR EXPERT DISCOVERY**

In compliance with General Order 45, X.B., I hereby attest that Gregory S. Bishop and Richard

S.J. Hung have concurred to its filing.

Dated: June 5, 2012

*/s/ John K. Blake, Jr.*
John K. Blake, Jr.

6