1 | [SEE SIGNATURE PAGE OF COUNSEL]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| AUGME TECHNOLOGIES, INC., <br><br> Plaintiff, <br> v. <br> YAHOO! INC., <br><br> Defendant. | Case No. C-09-5386 JCS <br><br> **NOTICE OF WITHDRAWAL OF REBECCA UNRUH, COUNSEL OF RECORD FOR PLAINTIFF AUGME TECHNOLOGIES, INC., AND ORDER PERMITTING WITHDRAWAL** |
| YAHOO! INC., <br><br> Counterclaim Plaintiff, <br> v. <br> AUGME TECHNOLOGIES, INC. AND WORLD TALK RADIO, LLC, <br><br> Counterclaim Defendants. | Judge: Hon. Magistrate Joseph C. Spero |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that pursuant to Local Rule 11-5, Rebecca Unruh is no longer counsel of record for Plaintiff Augme Technologies, Inc. and should be removed from the Court's ECF system.  The ground for withdrawal is that Ms. Unruh has left her employment with Goodwin Procter LLP.  The undersigned certifies that other attorneys of Goodwin Procter LLP will remain on the case as counsel and that this withdrawal will have no effect on the posture of the case or the court's calendar.

Dated:  June 27, 2012                    Respectfully Submitted,

                               */s/ Gregory S. Bishop*
                                Gregory S. Bishop

Thomas J. Scott Jr. (pro hac vice)
*tscott@goodwinprocter.com*
Jennifer A. Albert (pro hac vice)
*jalbert@goodwinprocter.com*
GOODWIN PROCTER LLP
901 New York Avenue NW
Washington, DC  20001
Tel.:  202.346.4000; Fax:  202.346.4444

Erica D. Wilson (161386)
*ewilson@goodwinprocter.com*
Gregory S. Bishop (184680)
*gbishop@goodwinprocter.com*
Charles F. Koch (256683)
*ckoch@goodwinprocter.com*
Daniel W. Richards (280595)
*drichards@goodwinprocter.com*
Ruchi W. Kwatra (270905)
*rkwatra@goodwinprocter.com*
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California  94025-1105
Tel.:  650.752.3100; Fax:  650.853.1038

Michael G. Strapp (pro hac vice)
mstrapp@goodwinprocter.com
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA  02109
Tel.:  617.570.1000; Fax:  617.523.1231

1                                                   Attorneys for Plaintiff and Counterclaim
Defendant AUGME TECHNOLOGIES, INC.
2                                                   and Counterclaim Defendant
WORLD TALK RADIO, LLC

5 **SO ORDERED,**

Dated: July __3__, 2012                     _____
Honorable Judge Joseph C. Spero
United States District Magistrate Judge

2

NOTICE OF WITHDRAWAL                                                                         CASE NO. C-09-5386 JCS
LIBA/2307045.1