UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGME TECHNOLOGIES, INC., <br><br>　　　　Plaintiff(s), <br><br>　v. <br><br>YAHOO!, INC., <br><br>　　　　Defendant(s). <br> _____ / | No. C-09-5386 JCS <br><br> **ORDER TO FILE UNDER SEAL COURT'S AUGUST 8, 2012 ORDER GRANTING YAHOO!'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT; DENYING AUGME'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

　　　　The Court hereby ORDERS that its August 8, 2012 Order Granting Yahoo!'s Motion for Summary Judgment of Non-Infringement; Denying Augme's Motion for Partial Summary Judgment [Docket No. 332] is under seal. The Court intends to publish the entire opinion in the public record within thirty (30) days of the date of this Order. If any party believes that the Court's opinion contains any confidential information entitled to protection, that party shall file with the Court a declaration establishing such entitlement and any proposed redactions not later than fourteen (14) days from the date of this Order. Objections to proposed redactions, if any, may be filed not later than twenty-one (21) days from the date of this Order.

　　　　IT IS SO ORDERED.

Dated: August 8, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge