RACHEL KREVANS (CA SBN 116421)
(rkrevans@mofo.com)
RICHARD S.J. HUNG (CA SBN 197425)
(rhung@mofo.com)
DANIEL P. MUINO (CA SBN 209624)
(dmuino@mofo.com)
J. RYAN GILFOIL (CA SBN 246493)
(jgilfoil@mofo.com)
JOHN K. BLAKE, JR. (CA SBN 262906)
(jblake@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street, 32d Floor
San Francisco, California 94105-2482
Telephone:   (415) 268-7000
Facsimile:   (415) 268-7522

Attorneys for Defendant and Counterclaim Plaintiff
YAHOO! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUGME TECHNOLOGIES, INC.,<br><br>           Plaintiff,<br><br>  v.<br><br>YAHOO! INC.,<br><br>           Defendant. | Case No.   C-09-5386 JCS<br><br>**[~~PROPOSED~~] ORDER SEALING PORTIONS OF THE COURT'S AUGUST 8, 2012 SUMMARY JUDGMENT ORDER** |
| YAHOO! INC.,<br><br>           Counterclaim Plaintiff,<br><br>  v.<br><br>AUGME TECHNOLOGIES, INC. and WORLD TALK RADIO, LLC,<br><br>           Counterclaim Defendants. | Judge:  Hon. Joseph C. Spero |

1    IT IS ORDERED THAT Yahoo! Inc.'s request that portions of the Court's August 8, 2012 Order Granting Yahoo!'s Motion for Summary Judgment; Denying Augme's Motion for Partial Summary Judgment ("Summary Judgment Order") be filed under seal is **GRANTED.**

Accordingly, the designated portions of the Summary Judgment Order shall be filed under seal, and a public redacted version of the Summary Judgment Order shall be filed.

**IT IS SO ORDERED**.

Date: August 21, 2012

_____
THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge