1  [Complete list of counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| AUGME TECHNOLOGIES, INC., | CASE NO. C 09-5386 JCS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE YAHOO!'S CLAIM FOR INFRINGEMENT OF U.S. PATENT NO. 7,512,622** |
| v. | |
| YAHOO! INC., | |
| Defendant. | **Judge: Hon. Magistrate Joseph C. Spero** |
| YAHOO! INC., | |
| Counterclaim Plaintiff, | |
| v. | |
| AUGME TECHNOLOGIES, INC. and WORLD TALK RADIO, LLC, | |
| Counterclaim Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a) and (c), the parties, through their undersigned counsel, hereby stipulate, subject to the Court's approval, as follows:

WHEREAS, in this action, Yahoo! Inc. ("Yahoo!") asserts Patent Infringement Count One for infringement of U.S. Patent No. 7,512,622 (the "'622 Patent") by Augme Technologies, Inc. ("Augme") and World Talk Radio, LLC ("WTR");

WHEREAS, in the interest of narrowing the issues for trial and sparing the parties the burden of discovery, Yahoo! wishes to dismiss its claim for infringement of the '622 Patent with prejudice;

WHEREAS, Augme and WTR agree to dismissal of Yahoo!'s claim for infringement of the '622 Patent;

THEREFORE, based on the parties' agreement, the parties respectfully request that the Court enter an order dismissing Yahoo!'s Patent Infringement Count One against Augme and WTR with prejudice.

Dated: August 21, 2012            Respectfully submitted,

By: */s/ Daniel P. Muino*
Rachel Krevans (116421)
rkrevans@mofo.com
Richard S.J. Hung (197425)
rhung@mofo.com
Daniel P. Muino (209624)
dmuino@mofo.com
J. Ryan Gilfoil (246493)
jgilfoil@mofo.com
John K. Blake, Jr. (262906)
jblake@mofo.com
MORRISON & FOERSTER LLP
425 Market Street, 32nd Floor,
San Francisco, California 94105-2482
Tel.: 415.268.7000
Fax: 415.268.7522

Attorneys for Defendant and Counterclaim Plaintiff YAHOO! INC.

2


Dated: August 21, 2012            Respectfully submitted,

By: */s/ Gregory S. Bishop*
Thomas J. Scott Jr. (pro hac vice)
tscott@goodwinprocter.com
Jennifer A. Albert (pro hac vice)
jalbert@goodwinprocter.com
GOODWIN PROCTER LLP
901 New York Avenue NW
Washington, DC 20001
Tel.: (202) 346-4000; Fax: (202) 346-4444

Erica D. Wilson (SBN 161386)
ewilson@goodwinprocter.com
Gregory S. Bishop (SBN 184680)
gbishop@goodwinprocter.com
Charles F. Koch (SBN 256683)
ckoch@goodwinprocter.com
Rebecca Unruh (SBN 267881)
runruh@goodwinprocter.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: (650) 752-3100; Fax: (650) 853-1038

Michael Strapp (pro hac vice)
mstrapp@goodwinprocter.com
GOODWIN PROCTER llp
Exchange Place
53 State Street
Boston, MA 02109
Tel.: 617.570.1000; Fax: 617.523.1231

Attorneys for Plaintiff and Counterclaim Defendant AUGME TECHNOLOGIES, INC. and Counterclaim Defendant WORLD TALK RADIO, LLC

**[PROPOSED ORDER]**

PURSUANT TO STIPULATION, Yahoo!'s Patent Infringement Count One is dismissed with prejudice.

Date: _____, 2012

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

4

STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIM FOR INFRINGEMENT OF '622 PATENT
CASE NO. C 09-5386 JCS
sf-3184294

**CIV. L.R. 5-1(i)(3) ATTESTATION**

I, J. Ryan Gilfoil, am the ECF User whose ID and Password are being used to file this

**STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE CLAIMS RELATING TO YAHOO!'S U.S. PATENT NO. 7,512,622**

In compliance with Civ. L.R. 5-1(i)(3), I hereby attest that Gregory S. Bishop and Daniel P. Muino have concurred to its filing.

Dated: August 21, 2012

*/s/ J. Ryan Gilfoil*
J. Ryan Gilfoil