UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUGME TECHNOLOGIES, INC.,<br><br>                Plaintiff,<br>    v.<br>YAHOO! INC.,<br><br>                Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. C-09-5386 JCS |
| YAHOO! INC.,<br><br>                Counterclaim Plaintiff,<br>    v.<br>AUGME TECHNOLOGIES, INC. AND WORLD TALK RADIO, LLC,<br><br>                Counterclaim Defendants. | Judge: Honorable Joseph C. Spero |

1  Claim construction has been heard and a decision has been rendered, and the issues in
2  Yahoo! Inc.'s Motion For Summary Judgment Of Non-Infringement have been heard and a
3  decision has been rendered.

4  **IT IS HEREBY ORDERED AND ADJUDGED** that separate and final judgment
5  pursuant to Fed. R. Civ. P. 54(b) is entered for Defendant Yahoo! Inc. ("Yahoo!") and against
6  Plaintiff Augme Technologies, Inc. ("Augme") on: (1) Augme's claim that Yahoo! infringes
7  claims 21 and 25 of U.S. Patent No. 6,594,691 and claims 1-3, 9, 14, 20, and 25 of U.S. Patent No.
8  7,269,636; and (2) Yahoo!'s counterclaim of invalidity of claims 19 and 20 of U.S. Patent No.
9  6,594,691 for indefiniteness. Yahoo!'s remaining counterclaims of invalidity have been dismissed
10 without prejudice. Yahoo!'s counterclaim of infringement of U.S. Patent No. 7,640,320 remains
11 pending before the Court.

Dated: November 15, 2012

Honorable
U.S. District Judge Joseph C. Spero

1

**JUDGMENT IN A CIVIL CASE**  **CASE NO. CC-09-5386 JCS**