1  [SEE SIGNATURE PAGE FOR COMPLETE LIST OF COUNSEL]

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

| | |
|---|---|
| AUGME TECHNOLOGIES, INC., <br><br>    Plaintiff, <br>v. <br><br>YAHOO! INC., <br><br>    Defendant. | CASE NO. C 09-5386 JCS <br><br>**STIPULATION REGARDING YAHOO! INC.'S BILL OF COSTS** <br><br>**Judge: Hon. Magistrate Joseph C. Spero** |
| YAHOO! INC., <br><br>    Counterclaim Plaintiff, <br>v. <br><br>AUGME TECHNOLOGIES, INC. and WORLD TALK RADIO, LLC, <br><br>    Counterclaim Defendants. | |

1  Pursuant to Civil L. R. 7-12 and 54, the parties, through their undersigned counsel, hereby
2  stipulate, subject to the Court's approval, as follows:
3  WHEREAS, on November 15, 2012, the Court entered separate and final judgment for
4  Yahoo! Inc. ("Yahoo!") on: (1) Augme Technologies, Inc.'s ("Augme's") claim that Yahoo!
5  infringes claims 21 and 25 of U.S. Patent No. 6,594,691 and claims 1-3, 9, 14, 20, and 25 of U.S.
6  Patent No. 7,269,636, and (2) Yahoo!'s counterclaim of invalidity of claims 19 and 20 of U.S.
7  Patent No. 6,594,691 for indefiniteness. (ECF No. 357.);
8  WHEREAS, on November 29, 2012, Yahoo! timely served and filed an administrative
9  motion to seal a Bill of Costs pertaining to Augme's patent infringement claims and Yahoo!'s
10  counterclaims of invalidity. (ECF No. 358.) In its Bill of Costs, Yahoo! identified $169,635.94 in
11  costs taxable to Augme. (*Id.*);
12  WHEREAS, on December 3, 2012, the Court granted Yahoo!'s administrative motion to
13  seal portions of its Bill of Costs. (ECF No. 359.);
14  WHEREAS, on December 3, 2012, pursuant to the Court's order, Yahoo! filed sealed and
15  public redacted versions of its Bill of Costs. (ECF Nos. 360, 361.);
16  WHEREAS, on December 12, 2012, Augme informed Yahoo! that it objected to $30,550
17  in costs identified by Yahoo!;
18  WHEREAS, on December 14, 2012, counsel for Augme and Yahoo! met and conferred
19  regarding the costs identified by Yahoo! and Augme's objections to those costs;
20  WHEREAS, following these discussions, Augme maintains its objection to $29,314.66 of
21  costs sought by Yahoo!, and Yahoo! agrees to waive $29,314.66 of the costs it sought;
22  THEREFORE, Augme and Yahoo! stipulate and request as follows:
23  1. That Yahoo! timely served and filed its bill of costs.
24  2. That Augme timely objected to Yahoo!'s bill of costs.
25  3. That $140,321.28 in costs is properly taxable against Augme, pertaining to
26  Augme's patent infringement claims and Yahoo!'s counterclaims of invalidity.
27  4. That the Clerk of Court tax costs in the amount of $140,321.28 against Augme.
28  It is so STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 17, 2012 | Respectfully submitted, |
| 3 | | By: */s/ Gregory S. Bishop* |
| 4 | | Thomas J. Scott Jr. (*pro hac vice*)<br>tscott@goodwinprocter.com |
| 5 | | Jennifer A. Albert (*pro hac vice*)<br>jalbert@goodwinprocter.com |
| 6 | | GOODWIN PROCTER LLP<br>901 New York Avenue NW |
| 7 | | Washington, DC  20001<br>Tel.:  202.346.4000; Fax:  202.346.4444 |
| 8 | | Erica D. Wilson (161386) |
| 9 | | ewilson@goodwinprocter.com<br>Gregory S. Bishop (184680) |
| 10 | | gbishop@goodwinprocter.com<br>Charles F. Koch (256683) |
| 11 | | ckoch@goodwinprocter.com<br>Daniel Willis Richards (280595) |
| 12 | | drichards@goodwinprocter.com<br>Ruchi W. Kwatra (270905) |
| 13 | | rkwatra@goodwinprocter.com<br>GOODWIN PROCTER LLP |
| 14 | | 135 Commonwealth Drive<br>Menlo Park, CA  94025-1105 |
| 15 | | Tel.:  650.752.3100; Fax:  650.853.1038 |
| 16 | | Michael G. Strapp (*pro hac vice*)<br>GOODWIN PROCTER LLP |
| 17 | | Exchange Place<br>53 State Street |
| 18 | | Boston, MA  02109<br>Tel.:  617.570.1000; Fax:  617.523.1231 |
| 19 | | *Attorneys for Plaintiff and Counterclaim* |
| 20 | | *Defendant AUGME TECHNOLOGIES and Counterclaim Defendant WORLD TALK* |
| 21 | | *RADIO, LLC* |
| 22 | Dated: December 17, 2012 | Respectfully submitted, |
| 23 | | By: /s/  *Daniel P. Muino* |
| 24 | | Rachel Krevans (116421)<br>rkrevans@mofo.com |
| 25 | | Richard S.J. Hung (197425)<br>rhung@mofo.com |
| 26 | | Daniel P. Muino (209624)<br>dmuino@mofo.com |
| 27 | | J. Ryan Gilfoil (246493)<br>jgilfoil@mofo.com |
| 28 | | John K. Blake, Jr. (262906)<br>jblake@mofo.com |

3

| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| 2 | 425 Market Street, 32nd Floor, |
|   | San Francisco, California 94105-2482 |
| 3 | Tel.: 415.268.7000 |
|   | Fax: 415.268.7522 |

Attorneys for Defendant and Counterclaim Plaintiff YAHOO! INC.

Dated: 12/19/12

IT IS SO ORDERED

Judge Joseph C. Spero

4

**ATTESTATION OF E-FILED SIGNATURES**

I, John K. Blake, Jr., am the ECF User whose ID and Password are being used to file this

**STIPULATION REGARDING YAHOO! INC.'S BILL OF COSTS**

In compliance with Civ. L.R. 5-1(i)(3), I hereby attest that Gregory S. Bishop and Daniel P. Muino have concurred to its filing.

Dated: December 17, 2012

                                                           /s/ *John K. Blake, Jr.*