1 | [SEE SIGNATURE PAGE FOR COMPLETE LIST OF COUNSEL]
2
3
4
5
6
7
8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10 | SAN FRANCISCO DIVISION

11 | AUGME TECHNOLOGIES, INC., | CASE NO. C 09-5386 JCS
12 |     Plaintiff, | **STIPULATION REGARDING YAHOO! INC.'S SECOND BILL OF COSTS**
13 |   v. |
14 | YAHOO! INC., | **Judge: Hon. Magistrate Joseph C. Spero**
15 |     Defendant. |
   | YAHOO! INC., |
16 |     Counterclaim Plaintiff, |
17 |   v. |
18 | AUGME TECHNOLOGIES, INC. and WORLD TALK RADIO, LLC, |
19 |   |
20 |     Counterclaim Defendants. |

1     Pursuant to Civil L. R. 7-12 and 54, the parties, through their undersigned counsel, hereby stipulate, subject to the Court's approval, as follows:

    WHEREAS, on December 14, 2012, the Court entered judgment for Yahoo! Inc. ("Yahoo!") on Yahoo!'s counterclaim that Augme Technologies, Inc. ("Augme") and World Talk Radio LLC ("WTR") infringe claims 1-2, 4, 7-8 and 10 of U.S. Patent No. 7,640,320 (the "'320 Patent"), except for an accounting, pursuant to 28 U.S.C. § 1292(c)(2). (ECF No. 365.);

    WHEREAS, on December 20, 2012, Yahoo! timely served and filed an administrative motion to seal a Second Bill of Costs pertaining to Yahoo!'s patent infringement claims. (ECF No. 372.) In its Second Bill of Costs, Yahoo! identified $22,874.33 in costs taxable to Augme. (*Id.*);

    WHEREAS, on December 21, 2012, Augme and WTR informed Yahoo! that they objected to $210 in costs identified by Yahoo!;

    WHEREAS, Yahoo! agrees to waive $210 of the costs it sought;

    THEREFORE, Yahoo!, Augme, and WTR stipulate and request as follows:

1. That Yahoo! timely served and filed its second bill of costs.
2. That Augme and WTR timely objected to Yahoo!'s second bill of costs.
3. That $22,664.33 in costs is properly taxable against Augme and WTR, pertaining to Yahoo!'s patent infringement claims.
4. That the Clerk of Court tax costs in the amount of $22,664.33 against Augme and WTR.

It is so STIPULATED.

Dated: December 27, 2012                        Respectfully submitted,

                                                 By: */s/ Gregory S. Bishop*
                                                      Thomas J. Scott Jr. (*pro hac vice*)
                                                      tscott@goodwinprocter.com
                                                      Jennifer A. Albert (*pro hac vice*)
                                                      jalbert@goodwinprocter.com
                                                      GOODWIN PROCTER LLP
                                                      901 New York Avenue NW
                                                      Washington, DC 20001

| | |
|---|---|
| 1 | Tel.: 202.346.4000; Fax: 202.346.4444 |
| 2 | Erica D. Wilson (161386)<br>ewilson@goodwinprocter.com |
| 3 | Gregory S. Bishop (184680)<br>gbishop@goodwinprocter.com |
| 4 | Charles F. Koch (256683)<br>ckoch@goodwinprocter.com |
| 5 | Daniel Willis Richards (280595)<br>drichards@goodwinprocter.com |
| 6 | Ruchi W. Kwatra (270905)<br>rkwatra@goodwinprocter.com |
| 7 | GOODWIN PROCTER LLP<br>135 Commonwealth Drive |
| 8 | Menlo Park, CA 94025-1105<br>Tel.: 650.752.3100; Fax: 650.853.1038 |
| 9 | |
| 10 | Michael G. Strapp (*pro hac vice*)<br>GOODWIN PROCTER LLP |
| 11 | Exchange Place<br>53 State Street |
| 12 | Boston, MA 02109<br>Tel.: 617.570.1000; Fax: 617.523.1231 |
| 13 | *Attorneys for Plaintiff and Counterclaim Defendant AUGME TECHNOLOGIES and* |
| 14 | *Counterclaim Defendant WORLD TALK RADIO, LLC* |

Dated: December 27, 2012                Respectfully submitted,

By: /s/ *Richard S.J. Hung*
Rachel Krevans (116421)
rkrevans@mofo.com
Richard S.J. Hung (197425)
rhung@mofo.com
Daniel P. Muino (209624)
dmuino@mofo.com
J. Ryan Gilfoil (246493)
jgilfoil@mofo.com
John K. Blake, Jr. (262906)
jblake@mofo.com
MORRISON & FOERSTER LLP
425 Market Street, 32nd Floor,
San Francisco, California 94105-2482
Tel.: 415.268.7000
Fax: 415.268.7522

Attorneys for Defendant and Counterclaim
Plaintiff YAHOO! INC.

STIPULATION REGARDING YAHOO! INC.'S SECOND BILL OF COSTS     Case No. C 09-5386 JCS
sf-3233172

**ATTESTATION OF E-FILED SIGNATURES**

I, John K. Blake, Jr., am the ECF User whose ID and Password are being used to file this **STIPULATION REGARDING YAHOO! INC.'S SECOND BILL OF COSTS**

In compliance with Civ. L.R. 5-1(i)(3), I hereby attest that Gregory S. Bishop and Richard S.J. Hung have concurred to its filing.

Dated:  December 27, 2012

/s/ *John K. Blake, Jr.*

Dated:  Jan. 2, 2013



IT IS SO ORDERED
Judge Joseph C. Spero

4